**EXHIBIT REPORT CONTINUATION**
**SUITE DU RAPPORT SUR LES PIÈCES À CONVICTION**

| Exhibit Report No. / N° de rapport sur les p. à c. | Occurrence No. - N° d'incident Y - A |
|---|---|
| 2013-730651 | 2013-730651 |

| Consecutive Item No. / N° de pièce consécutif | Description of Exhibits Seized / Description des pièces à conviction saisies | Date seized - Date saisi |
|---|---|---|
| 5 (continued...) | PHOTO = one (1) non-child pornography image of a young boy's face.<br><br>PDF Document = consists of 15 pages of "CHAT" logs with time stamps (in UNIX time) indicated, between KIK user 'rebeccatill05' and KIK user 'kylerj723', between January 26, 2013 and March 25, 2013. | 2013-08-26 |
| 6 | "Record format" legend/key document, originally created and provided by KIK Interactive Inc. for Law Enforcement, inserted herein among these Exhibits by OZGA, upon gathering Exhibits #1 through #5 on 2013-08-26. This legend/key is to be used to 'decipher and de-code' the records/data/information "BIND" and "CHAT" logs gathered from KIK Interactive Inc. | |
| 7 | ONE DVD/CD (MAXELL DVD-R 4.7GB) CREATED BY RCMP CPL. JUDY FALBO ON 2013-09-13 IN ORDER TO ENCRYPT WITH "TRUE CRYPT" ALL 25 (TWENTY FIVE) PICTURES/IMAGES FOUND ON ORANGE LEXAR USB THUMB DRIVE FOLDER OF EXHIBIT ITEM #5 ABOVE. THESE IMAGES WERE PROVIDED TO RCMP BY KIK IN UN-ENCRYPTED FORMAT. IMAGES ENCRYPTED TO PROTECT MINOR CHILDREN AND BECAUSE CONSIDERED CHILD PORNOGRAPHY. ALSO REPRODUCED/COPIED ON THIS DVD (ITEM 7), UN-ENCRYPTED, ARE ENTIRE CONTENTS OF (REMAINING CONTENTS O ORANGE LEXAR USB THUMB DRIVE, ITEM #5 ABOVE. THIS EXHIBIT ITEM #7 (DVD) WILL BE SENT TO USA AUTHORITIES IN-LIEU OF ITEM #5 ABOVE, WHICH WILL BE DESTROYED ONCE USA AUTHORITIES CONFIRM RECEIPT AND VIEWING OF ALL CONTENTS, INCLUDING CP IMAGES. | |

CERTIFIED CORRECT - CERTIFIÉ CONFORME

Signature of Investigator - Signature de l'enquêteur: Cst. Sab OZGA #51308
Date: 2013-08-26

Signature of Custodian - Signature du responsable des p à c

RCMP GRC 1625 (1999-08)

Rep. Page du rapp. of/de

EXHIBIT B