UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20106-MOORE

UNITED STATES OF AMERICA,

vs.

PATRICK KILLEN, JR.,

    Defendant.
_____/

**NOTE FROM JURY**

Can we all have a copy of Jury instructions.

Date: 7/10/2015

Time: 5:28

Jury Foreperson

COURT'S EXHIBIT NO. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20106-MOORE

UNITED STATES OF AMERICA,

vs.

PATRICK KILLEN, JR.,

    Defendant.
_____/

**NOTE FROM JURY**

Count 12 everthing for February 11th

Date: 7/10/2015
Time: 5:46

Jury Foreperson

COURT'S EXHIBIT NO. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20106-MOORE

UNITED STATES OF AMERICA,

vs.

PATRICK KILLEN, JR.,

    Defendant.
_____/

**RESPONSE FROM COURT**

Dear Jurors, I am in receipt of your note. Can you please clarify what your question is regarding Count 12?

_K. M. Moore_
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Date: 7/10/2015

Time: _____

COURT'S EXHIBIT NO. 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20106-MOORE

UNITED STATES OF AMERICA,

vs.

PATRICK KILLEN, JR.,

    Defendant.
_____/

### NOTE FROM JURY

Where there any visual image of any prepubescent boys on the mac book pro and which exibits can we find those visual images on?

_____
Jury Foreperson

Date: 6:05
Time: 7/10/2015

COURT'S EXHIBIT NO. 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20106-MOORE

UNITED STATES OF AMERICA,

vs.

PATRICK KILLEN, JR.,

    Defendant.
_____/

**NOTE FROM JURY**

What happens if we are not unanimous on one count

_____
Jury Foreperson

Date: 7/10/2015
Time: 7:03

COURT'S EXHIBIT NO. 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20106-MOORE

UNITED STATES OF AMERICA,

vs.

PATRICK KILLEN, JR.,

    Defendant.
_____/

**NOTE FROM JURY**

We have made a decision

                                                      _____
                                                      Jury Foreperson

Date: 7/10/2015
Time: 7:30

                        COURT'S EXHIBIT NO. 6