**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-cr-20106(s)-KMM

UNITED STATES OF AMERICA

vs.

PATRICK KILLEN JR.,

     Defendant.

_____/

**VERDICT FORM**

We, the Jury, find as to Count 1:

GUILTY __✓__                    NOT GUILTY _____

We, the Jury, find as to Count 2:

GUILTY __✓__                    NOT GUILTY _____

We, the Jury, find as to Count 3:

GUILTY __✓__                    NOT GUILTY _____

We, the Jury, find as to Count 4:

GUILTY __✓__                    NOT GUILTY _____

We, the Jury, find as to Count 5:

GUILTY __✓__                    NOT GUILTY _____

We, the Jury, find as to Count 6:

GUILTY __✓__                    NOT GUILTY _____

We, the Jury, find as to Count 7:

GUILTY __✓__                                      NOT GUILTY _____

We, the Jury, find as to Count 8:

GUILTY __✓__                                      NOT GUILTY _____

We, the Jury, find as to Count 9:

GUILTY __✓__                                      NOT GUILTY _____

We, the Jury, find as to Count 10:

GUILTY __✓__                                      NOT GUILTY _____

We, the Jury, find as to Count 11:

GUILTY __✓__                                      NOT GUILTY _____

We, the Jury, find as to Count 12:

GUILTY __✓__                                      NOT GUILTY _____

[Note: If you find the Defendant not guilty as charged in Count 12, you do not need to consider the below paragraph.]

We, the Jury, having found the Defendant guilty of the offense charged in Count 12, further find with respect to that Count that he possessed a visual depiction that involved the following (place an X in the appropriate box):

(a)     A prepubescent minor who had
        not attained twelve years of age.                    ☒

(b)     No prepubescent minors who had
        not attained twelve years of age.                    ☐

We, the Jury, find as to Count 13:

GUILTY __✓__                                      NOT GUILTY _____

We, the Jury, find as to Count 14:

GUILTY _____        NOT GUILTY _✓_

We, the Jury, find as to Count 15:

GUILTY _✓_        NOT GUILTY _____

[Note: If you find the Defendant not guilty as charged in Count 15, you do not need to consider the below paragraph.]

We, the Jury, having found the Defendant guilty of the offense charged in Count 15, further find with respect to that Count that he possessed a visual depiction that involved the following (place an X in the appropriate box):

(a)      A prepubescent minor who had not attained twelve years of age.      ☒

(b)      No prepubescent minors who had not attained twelve years of age.      ☐

We, the Jury, find as to Count 16:

GUILTY _✓_        NOT GUILTY _____

SO SAY WE ALL

_____
FOREPERSON OF THE JURY

7/10/2015
_____
DATED