**Karen L. Killen, MBA, PhD**

August 19, 2018

Honorable Robert N. Scola, Jr.
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 12-3
Miami, Florida 33128

Re: Patrick Killen, Jr. vs. United States

Dear Judge Scola:

First and foremost, our son, Patrick Killen, Jr. is not guilty of the crimes he has been charged with. Patrick is a sweet, gentle, boy who would harm no one. I cannot begin to tell you the anger I feel for the way this case was handled and for the United States government destroying our son and our lives.

On February 11, 2014 two FBI agents entered our home. After we graciously opened our home to them, they coerced, threatened, and abused our son and family. They **violated our Fourth Amendment rights!**

On December 23, 2015, Michael Caruso, Federal Public Defender, testified before the Honorable Kathleen Cardone:

"…there is not an efficient and reliable method for criminal defense lawyers to obtain evidence in a foreign country. Mutual Legal Assistance Treaties (MLATs) are limited to law enforcement officials involved in criminal investigations. Access to evidence though an MLAT is, therefore, restricted to prosecutors, and governmental agencies that investigate criminal conduct. Criminal defense lawyers are constricted to using letters rogatory, a much less effective method, to secure evidence located abroad. Due process dictates that each side in a criminal case have the ability and opportunity to access the same information. This is lacking." (Retrieved from: https://cjastudy.fd.org/sites/default/files/hearing-archives/miami-florida/pdf/michaelcarusomiamiwritten-testimony-done.pdf)

The use of MLATs in Patrick Killen, Jr.'s case clearly violated his due process and **violated his Fifth Amendment rights!**

During the trial, Patrick Killen, Jr. was not allowed to confront his accusers. The United States government used hearsay and only allowed the parents to testify. Patrick's younger sister, when she was 11 and 12 years old, participated in the University of Miami's mock trials wherein the law students were taught how to question a child witness. Patrick's younger sister took the witness stand two years in a row allowing the law students to question her. There was no reason for the three young men mentioned in the Indictment not to testify. Not allowing Patrick Killen, Jr. to confront his accusers **violated his Sixth Amendment rights**!

Patrick is a very good boy who has *never* been in trouble. For the United States government to accuse him of a crime he did not commit and then to sentence him to 139 years in prison is truly

Honorable Robert N. Scola, Jr.
August 19, 2018
Page Two

cruel and unusual punishment. To sentence him for another 15 or 30 years would continue to be cruel and unusual punishment and a **violation of his Eighth Amendment rights**!

I used to think the conspiracies and documentaries on the internet were merely fear mongers looking for attention. After what has happened to our son and family, I now believe all to be true. I fear the United States government no longer has any respect for the United States Constitution, nor has any respect for United States citizens, nor has any respect for the rights of United States citizens. How awful that a 62-year old breast cancer survivor, who has paid close to $500,000 in federal income taxes no longer feels safe in her own country. **I awaken every morning fearful of the United States government!**

Please do the right thing, Judge Scola. Do not allow Patrick Killen, Jr.'s Constitutional rights to be violated, do not convict an innocent boy of crimes he did not commit, and dismiss all charges against Patrick Killen, Jr.

Respectfully submitted,

Karen L. Killen, MBA, PhD

:klk

Killen
6880 Pinehurst Drive
Miami FL 33015

MIAMI FL 331
22 AUG 2018 PM 3 L

USMS
INSPECTED
RECEIVED

[Postmark: AUG 22 2018 11:27 AM, USA Forever stamp]

Honorable Robert N. Scola, Jr., United States Courthouse
Wilkie D. Ferguson Jr.
400 N. Miami Avenue
Room 12-3
Miami FL 33128

33128-181048