**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-CR-20106-SCOLA**


**UNITED STATES OF AMERICA**

**vs.**

**PATRICK KILLEN, JR.,**

     **Defendant.**

_____/

## NOTICE OF FILING OF GOVERNMENT EXHIBIT

NOW COMES the United States of America, by and through its undersigned attorney, respectfully submits the attached exhibit in advance of the sentencing on August 27, 2018.   The exhibit contains descriptions of ten images and videos of child pornography found on one of Patrick Killen, Jr.'s electronic devices.   In total, the electronic devices the FBI seized from the defendant contained 12,521 images and 1,164 videos of child pornography.


        Respectfully submitted,

        BENJAMIN G. GREENBERG
        UNITED STATES ATTORNEY

By:   *Robert J. Emery*_____
        ROBERT J. EMERY
        Assistant United States Attorney
        Court ID No. A5501892
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Telephone: 305-961-9421
        Email: Robert.emery2@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on August

24, 2018, via CM/ECF and therefore on counsel of record.


*s/Robert J. Emery*
Robert J. Emery
Assistant United States Attorney