**GOVERNMENT EXHIBIT 7**

**305G-MM-4436153**

## CP Videos/Images on MacBook Pro

1.  File Name: !2010[MB]Juanito 8yo Lizeth bro fuck(comp15'37)

    Description: Video begins with a male child, who appears to be approximately 8 years old, looking at a computer screen. An adult male later pulls the child's pants down and masturbates the child's penis. The adult male then anally penetrates the child with his penis.

    Length of video: 15 minutes, 36 seconds

2.  File Name: Boy 3yo New2.avi

    Description: Image consisting of several screenshots from a video depicting an adult male penis penetrating a male child's anus. The male child appears to be approximately 3 years old.

3.  File Name: Boy man in the office-01 ysaacbelo.flv.swf

    Description: Video depicting an adult male anally penetrating a child with his penis. The child appears to be approximately 8 years old. The video later shows the child's anus and genitalia.

    Length: 3 minutes, 4 seconds

4.  File Name: Boy8j&Man02hcore

    Description: Video depicts an adult male touching the penis of a male child, who appears to be approximately 8 years old. The adult male later inserts his penis into the child's mouth

    Length: 17 minutes, 14 seconds

5.  File Name: jason4 vh.AVI

    Description: Image consisting of several screenshots from a video depicting an adult male anally penetrating a male child with his penis. The male child appears to be approximately 9 years old. The child has handcuffs on his wrists and tape over his mouth.

6. File Name: MOV01869.avi

   Description: Image consisting of several screenshots from a video depicting a male baby, who appears to be approximately 1 year old, with an adult male penis in his mouth. The baby's genitalia is displayed in one of the screenshots.

7. File Name: Noname14a.mpg

   Description: Image consisting of several screenshots from a video depicting an adult male inserting his penis into a male child's mouth. The child appears to be approximately 10 years old. The child's hands are bound with a rope.

8. File Name: PICT0302.AVI

   Description: Image consisting of several screenshots form a video depicting a nude male toddler, who appears to be approximately 2 years old, with his hands bound to his legs. An adult male anally penetrates the child with his penis.

9. File Name: 2 – BoyLove Proteccion and Defense IS BACK!.divy

   Description: Video depicts an adult male and a nude male child, who appears to be approximately 10 years old. The adult male anally penetrates the child with his penis. The child moves very little throughout the duration of the video and appears to be semi-unconscious.

   Length: 16 minutes, 45 seconds

10. File Name: 10yo boy getting fucked then cum on his little cock.kf08

   Description: Video depicts an adult male anally penetrating a male child with his penis. The child appears to be approximately 10 years old.

   Length: 10 minutes, 45 seconds.