```
1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2                            MIAMI
                 CASE NO. 15-CR-20106-KMM
3    ─────────────────────────────────────────────────

4     UNITED STATES OF AMERICA,
                        Plaintiff
5            vs.                          August 27, 2018

6     PATRICK KILLEN, JR,
                        Defendant.
7    ─────────────────────────────────────────────────

8                     RESENTENCING HEARING

9           BEFORE THE HONORABLE ROBERT N. SCOLA,

10          UNITED STATES DISTRICT COURT JUDGE
     ─────────────────────────────────────────────────
11
                      A P P E A R A N C E S
12
     FOR THE PLAINTIFF:     ROBERT J. EMERY, AUSA
13   UNITED STATES OF       JASON WU, AUSA
     AMERICA                U.S. Attorney's Office
14                          99 NE 4th Street
                            Miami, FL 33132
15                          (305) 961-9421
                            Robert.emery@usdoj.gov
16                          Jason.wu@usdoj.gov

17   FOR THE DEFENDANT:     KATHERINE CARMON, AFPD
     PATRICK KILLEN, JR     Federal Public Defender's Office
18                          150 W. Flagler Street, Suite 1700
                            Miami, FL  33130
19                          (305) 533-4201
                            Katie_Carmon@fd.org
20

21   REPORTED BY:           GIZELLA BAAN-PROULX, RPR, FCRR
                            United States Court Reporter
22                          400 North Miami Avenue, Suite 8S32
                            Miami  FL  33128
23                          (305) 523-5634
                            gizella_baan-proulx@flsd.uscourts.gov
24

25   Also present:  Special Agent Laura Schwartzenberger
                    Riselda Ruiz, U.S. Probation Office
```

1                      **I N D E X**

2    Witness              Direct     Cross     Redirect     Recross

3    TERA JO FROST           25

4    TERRY COOK              33

5

6

7

8

9

10          **G O V E R N M E N T   E X H I B I T S**

11                         (None)

12

13

14

15

16             **D E F E N S E   E X H I B I T S**

17                         (None)

18

19

20

21

22

23

24

25

1          **P R O C E E D I N G S**

2       *(The following proceedings were held in open court.)*

3          THE COURT:  All right.  Good morning, everyone.

4   Welcome.  Please be seated.

08:45   5          All right.  Our first matter this morning is United

6   States of America versus Patrick Killen.

7          Counsel, state your appearances for the record.

8          **AUSA EMERY:**  Good morning, Your Honor.  Robert Emery

9   on behalf of the United States and along with me is AUSA Jason

08:45   10  Wu and FBI Special Agent Laura Schwartzenberger, who is the

11  case agent.

12         **THE COURT:**  Good morning.

13         **AFPD CARMON:**  Good morning, Your Honor.  Katie Carmon

14  and Bernardo Lopez for Mr. Killen, and he is present and in

08:45   15  custody.

16         **THE COURT:**  Good morning.  Good morning, Mr. Killen.

17         **PROBATION:**  Good morning.  Riselda Ruiz with the U.S.

18  Probation office.

19         **THE COURT:**  Good morning.  This matter is set for

08:46   20  resentencing.  Are both sides prepared to go forward with the

21  resentencing?

22         **AUSA EMERY:**  Yes, Your Honor.

23         **AFPD CARMON:**  Yes, Your Honor.

24         **THE COURT:**  It's my understanding from the opinion and

08:46   25  mandate that there are no issues relating to the guidelines

1 calculations.  Is that correct?

2          **AUSA EMERY**:  That is correct, Your Honor.

3          **AFPD CARMON**:  Yes, Your Honor.

4          **THE COURT**:  Okay.  So starting then with the total

08:46  5 offense level, level 43, which under the guidelines would be a

6 life sentence, but none of these counts are punishable by life.

7          So in light of the sentencing guideline range, the 18

8 United States Code, Section 3553(a) factors, the guidance from

9 the 11th Circuit's opinion, and, in particular, the court --

08:46 10 was it the Kapordelis case that the 11th Circuit focused

11 somewhat on -- what is the government's position as to an

12 appropriate sentence and why?

13          **AUSA WU**:  Good morning, Your Honor.  Jason Wu on

14 behalf of the government.  The United States recognizes that

08:47 15 we're having a bit of a dispute here over the interpretation of

16 the 11th Circuit's opinion in this case.

17          And as much as possible, we would like to avoid

18 creating an unnecessary issue while obviously respecting the

19 need to create a sufficient sentence in this case under

08:47 20 3553(a).  With that in mind, the government has somewhat

21 modified its recommendation.

22          We would recommend a sentence in the range 80 to 110

23 years, which, as we indicated in our sentencing memorandum, is

24 where very-similar offenders such as Mr. Chansler in the Middle

08:47 25 District of Florida case that we cited, that's where he was

1 sentenced.

2          And the reason we believe that's appropriate is

3 because, first of all, that's less than the sentence that was

4 given the first time around.  So we believe that respects the

08:48 5 mandates of the 11th Circuit, even though we have a contrary

6 interpretation of that opinion.

7          However, that will also satisfy 3553(a) because it

8 will be consistent with sentences received by similar offenders

9 and will acknowledge some of the aggravating circumstances in

08:48 10 this case, including the particularly very-high number of

11 victims.

12          **THE COURT:**  All right.  Anything else the government

13 wants to say?

14          **AUSA EMERY:**  Yes, Your Honor.  There is just a few

08:48 15 things that I wanted to bring to the Court's attention today as

16 far as the government's presentation.

17          First, Your Honor, with respect to some housekeeping

18 matters, the government had filed some exhibits under seal,

19 exhibits 3 through 6, which were letters that were filed by

08:48 20 some of the victims of the parents and also by one of the

21 victims.

22          Exhibits 3 through 5 were filed before Judge Moore,

23 and then exhibit 6 is an updated letter from Mr. Jeffrey

24 Eckerd.  So I just wanted to bring those to the Court's

08:49 25 attention and make sure that those are part of the record, Your

1   Honor.

2               **THE COURT:**  I have reviewed them.

3               **AUSA EMERY:**  And then also with respect to

4   government's exhibit 7 which we filed on Friday, which is to

08:49   5   update the numbers that were in the presentence investigation

6   report as far as the total number of images and videos of child

7   pornography that were found on the defendant's electronic

8   devices, that being 12521 images and 1164 videos of child

9   pornography.

08:49   10               And I'd like to move that exhibit -- or at least those

11   numbers into the record, Your Honor, without the testimony of

12   the agents.  And I understand there's no objection to that from

13   the defense.

14               **THE COURT:**  Okay.

08:50   15               **AFPD CARMON:**  That's correct, Your Honor.

16               **THE COURT:**  Okay.

17               **AUSA EMERY:**  And attached to exhibit 7, Your Honor, is

18   the -- we also had summarized ten of those videos that -- some

19   of which -- I think maybe one or two are discussed in the

08:50   20   presentence investigation report, but those -- which is

21   attached to exhibit 7, again, summaries of ten images and/or

22   videos that were found on the defendant's electronic devices.

23               And, again, those are being moved into the record

24   without objection from the defense.

08:50   25               **AFPD CARMON:**  That's correct.

**AUSA EMERY:**  So Your Honor, and just to follow up to what my colleague Mr. Wu just said as far as why we're seeking a sentence between the 80 and 110 range is that it's very important to keep in mind that Judge Moore found that this defendant was a serial abuser of children.  And he made that finding based on the number of victims in this case which is 288 victims, Your Honor.  That's what Judge Moore found at the previous sentencing hearing.

And as testified to by the case agent at that sentencing, that number is very, very conservative.  But it is, nonetheless, Your Honor, a very, very alarming number, and that should more than justify the sentence that the government is asking for.

And that is precisely the basis why Judge Moore initially sentenced the defendant to 139 years was based on the overwhelming and alarming number of victims in this case.

Your Honor, it's also important to keep in mind exactly what the defendant did to these children and the extortion that he did.

And at the end of my presentation, I'm going to want to call two of the parents who would like to address the Court as far as what's been going on with their sons since the last sentencing so it's clear as far as the harm and the danger that this type of crime encapsulates and why it's necessary that the defendant receive a sentence within that range that the

1  government just discussed.

2  Because, Your Honor, the fact is the defendant what he

3  did here, Your Honor, not only did he destroy the souls of

4  these boys that he extorted, but he also destroyed the souls of

08:52  5  these families.

6  And going to, then, the 3553(a) factors, that first

7  being the nature and the circumstances of the offense and the

8  characteristics of the defendant, Your Honor, this is an

9  elaborate scheme that the defendant concocted that occurred

08:53  10  over years.

11  He pretended to be a 14-year-old female cheerleader,

12  and what he did precisely is he would research these victims

13  online.  He would go on Facebook, Instagram, and he would just

14  put in a general name, John Smith, and see what would come up,

08:53  15  and he would look for boys in the range 11 to 14 years old.

16  And once he found his victims, he would then

17  communicate with them through, for example, Facebook Messenger

18  or through Instagram, and he would pretend to be, for example,

19  this female by the name of Carly Manning, who he adopted the

08:53  20  screen name as Chanel Izzabel.

21  He would then strike up a conversation with these

22  boys, and he would talk about things of interest to someone of

23  that age, for example, Miley Cyrus.  He would talk about the

24  most recent hit of Miley Cyrus.  He would lure them into a

08:53  25  conversation.

1          And then he would send them pictures of who he was.

2   He was pretending to this woman, Carly Manning, a.k.a. Chanel

3   Izzabel.  And the boys would then communicate with him and say,

4   oh, boy, you really look like Carly Manning.

08:54   5          And the thing is Carly Manning at the time, Your

6   Honor, is a very popular cheerleader who lives in Texas.  She

7   testified, actually, at the trial.  She has somewhere in the

8   range, at the time, 500,000 followers on Instagram.

9          And the defendant then went to Carly Manning's

08:54  10   Instagram and Facebook pages and stole her videos, and he stole

11   her images.  And then he was then using those images to

12   convince the boys that he was actually Carly Manning.  And once

13   he gained the boys' trust, he would then say, "do you have a

14   Kik account?"

08:54  15          And when I first started with this case, Your Honor,

16   many years back, 2015, I had no idea what Kik was essentially

17   it's an application that is popular with kids in the ages

18   between 10 to 14, because all you need is a WiFi connection,

19   and you're able to chat, share photos, and that's basically how

08:55  20   that works.

21          So then he would say, "hey, do you have a Kik account?

22   Let's talk on Kik.  They would go over to Kik and, again, they

23   talked about Miley Cyrus, things of interest of boys of that

24   age, sports, for example.

08:55  25          Eventually then -- and rather quickly -- the defendant

1 would escalate the conversation to a sexual tone.  We start

2 saying, "hey, do you want to see some photos?  Do you want to

3 see my pictures?  I will send you pictures of me naked if you

4 send me pictures of you."

08:55   5         And so that's how he started to lure these boys into

6 his trap, Your Honor.  And they would continue to have this

7 conversation.  And then the boys would start sending him

8 pictures, maybe with his shirt off at first, and the defendant

9 would say "no, I want to see more."

08:55  10         In exchange, the defendant would also send more

11 pictures to these boys.  And eventually what the defendant then

12 convinced these boys to do is to send naked pictures of

13 themselves with erections.  And that is exactly what was done

14 with all 288 of these victims, Your Honor.

08:56  15         The defendant obtained pictures of these boys in

16 sexually-explicit positions.  That's exactly what the defendant

17 was charged with, and that's what the jury found in this case.

18 And the defendant did that, and he wanted these photographs,

19 Your Honor, for his sexual gratification and also for the

08:56  20 sexual gratification of others.

21         And it's just not the defendant who obtained these

22 photographs.  He convinced these boys to produce these

23 photographs.  He convinced these boys to sexually molest

24 themselves for his own sexual gratification.

08:56  25         And it didn't just stop there, Your Honor.  The

defendant then distributed these photographs over the internet

with like-minded pedophiles.  He actively traded these boys'

photographs.  That was the evidence that was put on at trial,

Your Honor, is he exchanged these photographs that he extorted

08:57   5   from these boys with individuals with the screen name of

Vanyher, Natty0524.

7           And in these conversations that were put on at trial,

8   the defendant over and over uses the word traded, traded,

9   traded and -- because the defendant had certain photographs

08:57   10   that he wanted.  He had a certain age range.  And in these

11   chats, Your Honor, he talks about how the defendant calls these

12   boys "hot", he talks about how he likes skater boys, and how he

13   likes American boys.

14           The defendant clearly exhibited his interest in the

08:57   15   boys in the range 10 to 14.  If that doesn't characterize the

16   defendant and say that he's not a pedophile, I'm not sure what

17   meets that definition.

18           His conduct got worse.  He went from photographs, Your

19   Honor, to then producing videos, what the defendant then called

08:58   20   as Camy (ph.).

21           And he worked with other pedophiles, for example,

22   Vanyher, in this case, to get sexually-explicit videos of these

23   boys masturbating.  He wanted to see them ejaculate.  And what

24   the defendant did is he, again, used the alias, the screen name

08:58   25   Chanel Izzabel, and he would talk to these boys over Skype.

1       And the defendant set up an elaborate plan where the

2  boys would think that they were video chatting with Chanel

3  Izzabel, that is, Carly Manning, and that they were having a

4  video chat with her.  And because the defendant was able to

08:58  5  obtain just some general video of a woman online who was

6  masturbating, and he would share that photograph with these

7  young boys.  In exchange, the boys would masturbate.  So that's

8  what the defendant then called Camy (ph.).

9       And on a lot of these chats where he's talking with

08:59 10  other pedophiles on software and asked -- for example, one

11  that's called GigaTribe, the defendant would share these

12  photographs and share these videos with other like-minded

13  pedophiles.

14       Your Honor, I do have some of the chats that were

08:59 15  entered into evidence through the FBI analyst, Melissa Starman,

16  that was an exhibit that was put in that supports everything

17  that I just discussed with, Your Honor.  I can go ahead and put

18  those chats on the screen if Your Honor wishes to see those, or

19  if it was sufficient, just my summary, I can just go ahead and

09:00 20  move onto my next point, Your Honor.

21       **THE COURT:**  I've reviewed your summary so I'm --

22  whatever you want to do.  It's your presentation.

23       **AUSA EMERY:**  Very well, Your Honor.

24       Your Honor, can I have the ELMO?  And, Your Honor, is

09:00 25  there a way to turn off the screens in the audience?

1          **THE COURT:**  Okay.  They're off.

2          **AUSA EMERY:**  And, Your Honor, what I just want to go

3     over with Your Honor is the -- this is a chat conversation

4     through Kik that was between the defendant posing as Chanel

09:01 5     Izzabel and a boy by the name of Frosty, whose full name is

6     Garrett Frost, but he had the Kik name of Frost2499.

7          And Your Honor, at the end of my presentation, you're

8     actually going to hear from Mrs. Frost who is going to tell you

9     about the severe impact of the defendant's crime that's had

09:01 10    upon her son and upon her family.

11         And this is government exhibit 19-B, as in boy, that

12    was entered into evidence.  And as you can see here, Your

13    Honor -- so --

14         Your Honor, for some reason my -- Jake, my screen, my

09:02 15    touch screen isn't working.

16         **AUSA WU:**  I think it is working, but it's too faint;

17    it's making it in white color.

18         **AUSA EMERY:**  Oh, all right.  So as I said, Your Honor,

19    that's the screen name that the defendant used, and he admitted

09:02 20    to using at trial.  The conversation -- and Frosty2499 is

21    Garrett Frost.  And he just starts chatting with him.  This is

22    a Kik conversation.

23         The defendant says, "hey, what's up?"  And Frosty says

24    "nothing; what about you?"  "Nothing, same, just school."  The

09:03 25    defendant later on in the conversation says about how he just

1   wants to -- for Garrett to talk to him.  Later on the defendant

2   says "we didn't even talk dirty.  WTF."  And then later on the

3   boy says "I know.  I'm sorry.  Please don't put them on

4   Instagram; I'm begging.  I'll send one more, but you have to

09:04  5   delete them, please."

6        And this goes precisely to the extortion count.  And

7   what was going on before that, Your Honor, in the discussion

8   Garrett here had sent the defendant a naked picture of himself.

9   And the defendant keeps demanding more and more pictures or

09:04  10   else he's going to post them on the internet.

11        And here, Your Honor, unfortunately is some child

12   pornography.  As you can see, that is Garrett Frost in this

13   picture, Your Honor.  And the defendant here is saying exactly

14   how he wants photographs.  He says he wants a photograph like

09:05  15   this, but he says, "but I want it with balls too."  And Frosty

16   says -- Garrett says "okay."

17        Next in the conversation Garrett sends the defendant

18   another photograph of himself, and he's begging the defendant

19   to please delete them all.  And what does the defendant

09:05  20   respond?  "No."  The defendant says -- he sends back the same

21   picture.  He said he "wants more photographs like this."  He

22   wants to see Garrett with an erection.  But just not with an

23   erection, but he also says he "wants to see it with balls."

24        And again, Your Honor, I apologize for my language,

09:05  25   but this is the tone, this is the crime the defendant

committed.  And later on he says "that pic you just sent is
nothing like this."  Garrett responds "I'm not hard anymore.
I'm scared that you'll post them."  "I'm like freakish out
right now.  I will literally go to jail.  I'm crying right now.
09:06  Please."

You can just literally read and feel the fear that the
defendant put this boy through.  And at the time, Your Honor, I
believe that Garrett was 13 at the time.  Garrett:  "I'm so
scared."  The defendant:  "Wow, I will post then."  The
09:06  defendant is unrelenting, Your Honor.  He just does not stop.
Garrett asks:  No.  Why are you being like this?  WTF?  You do
realize I could post your video, right?"  Defendant threatened
again:  "Posting.  Buy."  "No, fine."  Garrett responds:  "I'll
do it."  Later on he sends the photograph exactly how the
09:07  defendant wanted.  And he says "I literally can't get hard.
Please stop."

The conversation continues like that, Your Honor.
Later on Garrett says "you threatened my life again.  I'm
crying right now."  How does the defendant respond?  Does he
09:08  show any compassion at all?  Not at all.  "LMFAO.  You caused
that yourself."  At the end the defendant again complains to
Garrett "you didn't even show me cum, like WTF."

And Your Honor, and there is a similar conversation to
that, that the defendant had with another boy by the name of
09:09  Jackson Cook.  And we have the father here of Jackson Cook.

1   He's going to testify that Jackson Cook was also one of the

2   listed victims in the indictment who the defendant was found to

3   have threatened.

4          Again, similar MO, similar threats, and these are all

09:09   5   based on chats that were entered in the trial.  I'm not going

6   to go over those because they're so similar to what Your Honor

7   just saw where the defendant threatens to post Jackson Cook's

8   pictures that he sent, the sexually-explicit photographs again

9   of Jackson with an erection.

09:09   10         And the defendant just keeps beating and beating and

11  just saying this is -- "I want certain photographs, with flash,

12  without."  And ultimately the boy in this case, Jackson, does

13  whatever the defendant wants.  What he wants -- what Jackson

14  wants to make sure is that his photographs that he sent the

09:09   15  defendant never end up on the internet.

16         But again, the defendant doesn't care.  He gets the

17  photographs he wants.  And he ultimately and later shares those

18  photographs with other pedophiles.

19         This is a conversation, Your Honor -- this is

09:10   20  government's 19-F.  This is a conversation between the

21  defendant and another pedophile, screen name Natty0524 where

22  the defendant then starts to trade these pictures with

23  Natty0524.  And as you can see, the defendant again is Chanel

24  Izzabel, and the defendant says -- because up above, Natty0524

09:11   25  is saying "you have a whole set of him?"  "I have a lot of sets

1  of guys, some with videos, ha-ha," obviously referring to the

2  photograph above.  And the defendant responds, "yes, actually I

3  know him because that's my boy.  I traded to one guy who showed

4  everyone."

09:11  5          Your Honor, this is government's 17-B which was

6  entered into evidence at trial.  This is a conversation on that

7  application software that I mentioned before called GigaTribe,

8  where the defendant is having a conversation with an individual

9  by the name of Karucem.

09:12  10         And the testimony that was at trial -- and the

11  defendant admitted this when he took the stand -- that in these

12  chats, that the defendant is -- has the user name

13  BeverlyHills05, and that he's speaking with an individual by

14  the name of Karucem.

09:12  15         And Karucem, Your Honor, and there was some discussion

16  at trial about this with Judge Moore.  Karucem was arrested

17  later on in -- after the defendant's arrest here in the

18  Southern District of -- or shortly before the defendant's

19  arrest here in the Southern District of Florida.  Karucem was

09:12  20  arrested in Italy in September of 2014.  But these

21  conversations that the defendant has with Karucem occurred in

22  2013.

23         Again, government's 17-B.  So here, Your Honor, this

24  is the defendant speaking, and he's chatting with Karucem on

09:13  25  GigaTribe.  The defendant says "you cam ^  any of my boys"

1  which is consistent with what I spoke with about earlier where

2  the defendant who is not only obtaining sexually-explicit

3  images from these boys but also sexually-explicit videos.

4       He's having a conversation back and forth with Karucem

09:13  5  about these boys.  Later on BeverlyHills tells Karucem -- the

6  defendant, when talking about all these boys -- the defendant

7  characterizes them as "hot."

8       Later on in the conversation, the defendant is having

9  a conversation with Karucem about how do you actually get these

09:14 10  photographs.  And the defendant brags to Karucem "well, I

11  blackmailed Joey."

12       Next page, again, talking about multiple boys in these

13  conversations and the photographs, the sexually-explicit

14  photographs they obtained and how to do it.

09:15 15       The defendant tells Karucem about one particular boy,

16  about Joey.  "He lives 10 minutes away from me.  I know what

17  school he goes to."

18       Again, consistent with the defendant's MO, he

19  researched these boys on social media sites and search engines

09:15 20  such as -- for example, such as Google.

21       I also want to the show Your Honor government's

22  exhibit 16-A.  This is the downloads, the file trees that were

23  done by the FBI of the defendant's -- one of his electronic

24  devices which was his MacBook.  These were entered into trial.

09:16 25  And this is just to show Your Honor some of these -- the names

1  of these files that were -- and videos and images that were

2  found on the defendant's MacBook, for example.

3        As the government had indicated earlier and -- the

4  defendant had over 12,000 images of child pornography and over

09:16  5  1,000 videos.  On his computer there are literally thousands of

6  downloads that he had of videos.

7        For example, here you see *manboy new*, *manboy15*.  And

8  as was testified by Special Agent Schwartzenberger at trial,

9  the numbers in those videos indicates the age of the boys.

09:17  10  That's typical in child pornography cases such as these.  The

11  defendant's Dell laptop that was seized from him, government

12  40-A, more videos such as *two boys wanking and sucking*.

13        And Your Honor, additional reason why the government

14  believes that this Court should impose a sentence within the

09:19  15  80-years-to-100-year range is it's also important to keep in

16  mind the defendant's actions.

17        The FBI first went to speak with the defendant in

18  February of 2014.  That's when they went to his house.  That's

19  when they got the MacBook computer that I just talked about and

09:19  20  I showed Your Honor some of those files that were on that

21  computer.  And this is all trial testimony that came out is the

22  Special Agent Schwartzenberger brought this to the parents'

23  attention.  She talked to the defendant about it, about the

24  seriousness of what he's doing here and that he needs to get

09:19  25  help.

1          And so the agents left that day in February 2014

2    because they went back to analyze the electronic devices that

3    were taken from him.  For example, in this case, the MacBook.

4          After February of 2014, the FBI determined that the

09:19  5    defendant was continuing to download child pornography.  He was

6    still using his Facebook, the fake Facebook website that he

7    created in the name of Chanel Izzabel that he stole from Carly

8    Manning.  The defendant was updating that profile on Facebook.

9          When the agents -- and based on this, Your Honor, the

09:20  10   government obtained a search warrant and executed that search

11   warrant on the defendant's house in March of 2015.  And that's

12   when the defendant was arrested.

13          And the government then seized also this Dell MacBook

14   -- or this Dell laptop computer which is, again, what I just

09:20  15   showed Your Honor, the file tree that had hundreds of videos of

16   child pornography, some of which were downloaded after the FBI

17   first went to his house in February of 2014.

18          The -- one additional factor that Judge Moore pointed

19   out at the sentencing was the defendant's complete lack of

09:21  20   acceptance of responsibility for his crime.  Judge Moore found

21   that when the defendant took the stand, he repeatedly lied on

22   the stand about his involvement and what he did in this crime.

23   The defendant showed no remorse at all for his crime when he

24   took the stand at trial and at his sentencing.

09:21  25          I do want to touch upon some of the things that the

defense has brought up in their -- with respect to the

defendant; the fact that he was adopted out of a Romanian

orphanage.  And the government, as we recognized in our filing,

the defendant does have some mitigating factors, but the

09:21  5   seriousness of this crime, the number of victims completely

outweighs any sort of mitigation that this Court should

consider in this case.

8          And based on the literature that -- not only that the

9      defense submitted but what the government submitted in its

09:22 10   filing, Your Honor, the key in those studies with respect to

11     people in -- kids in Romanian orphanages is early intervention.

12     And that's exactly what happened in this case.

13         The defendant was adopted when he was -- and brought

14     over to the United States when he was three and a half years

09:22 15   old.  And by all accounts, according to the PSI and the

16     defendant's -- and his parents' own words, he had a very loving

17     and supportive family, which based on the literature, that is

18     the key in order to improve a situation of kids who are adopted

19     out of Romanian orphanages.  And that's exactly what happened

09:22 20   in this case.

21         Also, Your Honor, it's important to note the report

22     submitted by the doctor by the defense.  In the literature that

23     was submitted, the defense noted that kids who had issues out

24     of these Romanian orphanages had very low IQs.  The doctor in

09:23 25   this case found the defendant to be of average IQ and

1 above-average reading level, at least higher than the high

2 school range.

3          Now, the government also submits with respect to

4 Dr. Triparket's (ph.) report, it's completely incomplete.

09:23  5 Based on what the government read, the doctor in that case just

6 spoke with the defendant in person, spoke with the parents, and

7 then also looked at five shafts.

8          That doctor did not have the benefit of sitting

9 through this trial for the whole week and reviewing all of the

09:23 10 child pornography evidence that the FBI seized from the

11 defendant in this case.  The doctor in that case did not look

12 at that.  And what's quite surprising to the government is that

13 the doctor found the defendant not to be a pedophile.

14          Again, Your Honor, I just pointed out -- these are a

09:24 15 few of the conversations of many where the defendant is talking

16 to his victims, about his targets, about these boys, about he

17 likes boys, American boys, in the ages of 11 to 14.  He calls

18 them "hot", Your Honor.  He calls them "his boys"; definitely

19 the language of a pedophile.

09:24 20          With respect also, Your Honor, to the characteristics

21 of the defendant, I know there is this claim that the defendant

22 was raped while he was in prison.  Your Honor, I'm not going to

23 spend too much time on that other than to point out to the

24 Court though that the defendant overall has severe credibility

09:24 25 issues.

1          The defendant lied on the stand, as found by Judge

2    Moore.  When the FBI went to initially meet the defendant in

3    February 2014, he initially lied about his involvement in the

4    crime.  Also, Your Honor, he lied about his identity to all 288

09:25   5    of his victims.

6          There's one other thing that was submitted by

7    probation that the defendant, when he was in prison serving his

8    sentence, he told BOP that he was transgender.  And he did that

9    in order to get a benefit because he was told that if he told

09:25  10    BOP he was transgender, he would get better housing or be

11    treated better.  Once he found out that was not the case, he

12    recanted; he told BOP that he lied; that, in fact, he was not

13    transgender.

14          So again, Your Honor, I'll just point out that the

09:25  15    defendant reported what happened to him six to eight months

16    after it, and he has severe credibility issues.

17          The next point I want to address is deterrence and why

18    this Court should impose the requested sentence.  I think it's

19    clear, Your Honor, even since the government first tried this

09:26  20    case in the summer of 2015, sextortion has exploded.  You can

21    see by the government's exhibit 2 what a problem that this is.

22          And in the defense's filing, they seem to downplay the

23    significance, the fact that the government had zero evidence

24    that the defendant ever physically molested any of these boys.

09:26  25    That aside, Your Honor, the defendant did molest these boys,

1  but he did it in a different way.  And the harm is just as

2  great that these boys suffered.  He made these boys sexually

3  molest themselves.  And the fact that he did this through the

4  internet shows the danger.

09:27  5       This defendant was able to -- you know, I think it's

6  fair to say that your typical parents thinks that once they

7  close the door and lock it and have your kids, that they're

8  safe.  But that's not the case, Your Honor.  The defendant was

9  able to penetrate and get inside these homes and sexually abuse

09:27  10  these boys while many of these parents were in the very house

11  with these boys.

12       A hefty sentence is necessary, Your Honor, because of

13  the defendant's distribution.  These boys -- and you're going

14  to hear from the parents -- are going to be living with this

09:27  15  for the rest of their lives.

16       Garrett and Jackson, they're going to have to live for

17  the rest of their lives, that when they go to apply for a job,

18  are their photographs going to come up?  Are people going to

19  find their photographs on the internet and bring them up?  This

09:28  20  is a constant fear that these boys live in.  They're going to

21  have to deal with this for the rest of their lives.

22       Also, Your Honor, with these types of crimes, suicide

23  is something that also occurs.  As submitted in the

24  government's response and as played out by some of the cases

09:28  25  that the government has discussed in its filing, that suicide

1  is a very real consequence of sextortion and precisely what the

2  defendant did in this case.  Can I have one minute, Your Honor?

3       **THE COURT:**  All right.

4       **AUSA EMERY:**  Your Honor, the United States calls Tera

09:29  5  Jo Frost.

6       **THE COURT:**  Are they going to testify, or are they

7  just going to address me?

8       **AUSA EMERY:**  Your Honor, I was going to put her up on

9  the stand.

09:30  10  Thereupon,

11                     **TERA JO FROST,**

12  having been duly sworn by the court reporter, testified as

13  follows:

14

09:30  15                     _**DIRECT EXAMINATION**_

16  **BY AUSA EMERY:**

17  Q.   Hello.

18  A.   **Good morning.**

19  Q.   Would you state your full name for the record and spell

09:30  20  your last name?

21  A.   **Tera Frost, F-R-O-S-T.**

22  Q.   Where do you live?

23  A.   **Cedar Park, Texas.**

24  Q.   How long have you been there?

09:30  25  A.   **I think -- 12 years, I think.**

```
 1  Q.  And you're the mother of Garrett Frost?

 2  A.  I am.

 3  Q.  Do you have a daughter also?

 4  A.  I do.

 5  Q.  And do you have -- is your husband's name Mark?

 6  A.  Yes.

 7  Q.  Were you living in Cedar Park, Texas, then in September of

 8  2013?

 9  A.  We were.

10  Q.  How old was Garrett at the time?

11  A.  I'm thinking that he was 12, maybe, almost 13.

12  Q.  12, almost 13?

13  A.  I think so.

14  Q.  And I'm showing you what was admitted at trial as

15  government's 42-C.  Do you recognize them?

16  A.  Yes, I do.

17  Q.  And who is that?

18  A.  That's my son, Garrett, and my husband Mark.

19  Q.  And in September of 2013, did something happen to your son?

20  A.  It did.  We had kind of a rough night when I came home from

21  a school meeting.

22  Q.  And what happened?

23  A.  He was very pale, ashen-colored, and he kept saying "I'm

24  sorry, Mom.  I'm so sorry, Mom.  I'm sorry; so sorry, Mom."

25  And so it took me a little bit to figure out what was going on
```

1  with him.

2         He told me that -- he goes, "I know you've always told

3  me not to do this, and I sent pictures."  And I said, "well who

4  did you send pictures to?"  And he said, "a girl."  And I said,

09:32  5  "well, was this girl a girl from your school, or where is this

6  girl from?"  And he proceeded to say that he did not know who

7  this -- where this girl was potentially from and who he had

8  sent those pictures to.  And he did not know if it was a person

9  from his school or not.

09:32  10  Q.  Was he scared?

11  A.  Oh, very scared.  Very, very scared.

12  Q.  And what -- and so essentially what happened in this case,

13  was it fair to say that your son sent some pictures of himself,

14  some sexually-explicit photographs to this person who he

09:32  15  thought was a female teenager?

16  A.  Right.  I asked him about how many pictures he had sent,

17  and he said approximately 8.  And he said, "they kept asking

18  for more or else they were going to post it online, Mom."  And

19  that's what was making him so scared.

09:33  20  Q.  And then after this event occurred, how did your son begin

21  to act?

22  A.  Garrett started to become withdrawn.  We live in a very

23  active neighborhood with lots of boys his age.  He was in

24  sports, and so he pulled himself away from the neighborhood

09:33  25  boys where they usually would play football out in the park.

He was involved with the youth group at our church and pulled

himself out of that.  And Mark was actually the group leader of

that.  And so he just stopped going even though Mark was the

leader to that.

09:34    5          His attitude towards us changed, and family changed a

lot.  He would not come down to dinner with us anymore; really

angry at Mark and I verbally and just very different student.

Just -- before then, he was just all smiles.  His smile would

light up the room.  His teachers just loved him and adored him.

09:34   10  He was just a sweet, sweet kid.

11  Q.   And is it fair to say then after you saw this happen to

12  him, you saw a dramatic change in his behavior?

13  A.   Yeah.  I would pick him up from school and he'd say, "I

14  hate school.  I just hate school."  And in his sixth grade

09:35   15  year, he was reading in the 12th-grade level.  He was excelling

16  in everything.

17  Q.   And so we're talking, after this event occurred in

18  September 2013, did that behavior continue like that up until

19  the present?

09:35   20  A.   Yes.  Yeah.  We have -- it's been walking on egg shells in

21  our household for the last how many years since then.  It's

22  been very difficult.  Garrett has been verbally abusive

23  probably to Mark and I, on occasion, but that's not who our

24  family is, and so we typically shut that down pretty quickly.

09:35   25  Q.   And how did you, as a result of this incident, how would

1  you characterize your relationship with your son?

2  A.   It's definitely strained.  It's been strained for a lot of

3  years.  And that's just not who our family is.

4        We have always taken family vacations together, played

09:36  5  together, we have just done things together as a family.  And,

6  you know, Garrett pulls away from even grandparents now and

7  doesn't want to be associated with my brothers, who are his

8  uncles, and doesn't want to hang out with cousins anymore.  So

9  everything has been extremely strained from all levels of our

09:36  10  family, even future and past (inaud.).

11  Q.   Is that the relationship you just described that you have

12  now with him, the problematic relationship, is that the same

13  type with your husband?

14  A.   Yes, but not to the extent that it has been with Garrett

09:36  15  and I.  Garrett and I have definitely been -- I don't know if

16  it was just -- I can't predict why that is, but I can assume

17  that because I'm the one that's testified, and I've been the

18  most active in this whole process, that it's probably a little

19  bit of alienation from them.

09:37  20  Q.   And as a result of this incident, did you go to counseling?

21  A.   We did.  We mainly -- not for mental health; more than

22  trying to get our family communications system back in play.

23        So for about four times, and at that point in time

24  Garrett refused to go anymore.  He would not go with us.  He

09:37  25  felt like we were kind of picking on him to be able to go.  And

1   so I probably continued maybe two, maybe three times more past

2   that point to just -- so that the counselor could give me the

3   verbiage that I needed to de-escalate the situations at home

4   and be able to have a conversation with my son that would be a

09:38   5   healthy conversation.

6   Q.   And who paid for this counseling?

7   A.   We did, out of our pocket.

8   Q.   Now, you testified that your son Garrett sent multiple

9   pictures to the defendant, correct?

09:38  10   A.   Yes, sir.

11   Q.   And how do you feel about those pictures being out on the

12   internet?

13   A.   Well, it's scary.  I mean, we have all known that this is

14   not something that we want for our children.  We have -- we

09:38  15   actually had a family friend that did exactly that, and the

16   family ended up having to move because the pictures had gone

17   around the middle school.  And this young girl had worked -- or

18   had gone to school there.  And when those pictures went out,

19   the family just was devastated, and everybody had seen them in

09:39  20   the community, so they ended up moving.

21          So we use that as an opportunity to have a

22   conversation with Garrett even before this had happened of why

23   we don't send pictures and why we don't take pictures and those

24   kinds of things.  So even after that, this is what's happened.

09:39  25   So it's just -- we understand how devastating it can be.

1  Q.   What about after this incident occurred, did Garrett start

2  to drink alcohol?

3  A.   **Yeah.  From an early age, kind of learning to kind of cope**

4  **with things, I think.  We found some up in his refrigerator in**

09:40  5  **his room.**

6        **And there was at one point in time that he sat down**

7  **and told us that that's just what he was going to do and then**

8  **he proceeded to scream at us for sending him to a therapist and**

9  **that we have ruined his life.**

09:40  10  Q.   How are his relationships, since this occurred, with his

11  friends?

12  A.   **So the friends that were in our neighborhood, he never did**

13  **-- re-have those friendships.  He has now friends through**

14  **lacrosse, so he's been able to develop new friends there.**

09:40  15        **But as far as like girlfriends, never a relationship.**

16  **I would say that his friendships are kind of at a hand's width.**

17  **He doesn't let anybody get real close to him.**

18  Q.   Fair to say he has a problem with trust since this

19  incident?

09:41  20  A.   **I would believe so, yes.**

21        **AUSA EMERY:**   If I could have one minute, Your Honor.

22  **BY AUSA EMERY:**

23  Q.   And Mrs. Frost, I'm just going to ask you -- you don't have

24  to if you don't want to, but if there's anything else you'd

09:41  25  like to tell the Court with respect to what happened in this

1  case and what you think should happen?

2  A.   Well, so what I know is that our family works very

3  different from the minute this happened to when we lived life

4  before that.

09:42  5        We have got a daughter that has done very, very well

6  and does not have any of these same tendencies as Garrett.  And

7  like I said, we have always been a close-knit family, doing

8  things together, taking family vacations together.  So our life

9  has been extremely strained the last six years.

09:42  10       So I am a firm believer that when somebody does

11  something like this, that they should have to have some

12  consequences for that, and he has pretty much ruined my son's

13  life and our family's life.  Everybody's feeling it, all the

14  way down to our grandparents, and my brothers and Mark's

09:42  15  brothers and sisters.

16        AUSA EMERY:  Thank you.  The government tenders the

17  witness, Your Honor.

18        THE COURT:  Do you have any questions?

19        AFPD CARMON:  No, Your Honor.

09:42  20       THE COURT:  All right.  Thank you, ma'am.  You may

21  step down.

22        AUSA EMERY:  The government would now call Terry Cook.

23  Thereupon,

24                      TERRY COOK,

25  having been duly sworn by the courtroom deputy, testified as

1  follows:

2

3                          *DIRECT EXAMINATION*

4  **BY AUSA WU:**

09:45  5  Q.   Good morning.  Could you tell us where you work?

6  A.   **Yes.  I work in St. Augustine, Florida, at the joint force**

7  **headquarters for the State of Florida.**

8  Q.   And what is your job title?

9  A.   **So I'm the senior army advisor to the State of Florida.  I**

09:45 10  **work directly for Major Calhoun, senior military person in the**

11  **state as appointed by Governor Scott, so I give counsel about**

12  **federal issues to the adjunct general and also to Governor**

13  **Scott on behalf of the federal government.**

14  Q.   And what is your rank in the military currently?

09:46 15  A.   **So I'm a colonel.**

16  Q.   And how long have you been in the military?

17  A.   **I've been in -- well, I did four years at West Point**

18  **Military Academy and I'm at 29 plus years now.  I'll retire**

19  **June of '19.**

09:46 20  Q.   So when did you join the military?

21         **THE COURT:**  Let's gat to why he's here this morning.

22  A.   **1985.**

23  **BY AUSA WU:**

24  Q.   So do you recall learning that your son, Jackson Cook, fell

09:46 25  victim to an online extortion scheme by the defendant, Patrick

```
 1  Killen?

 2  A.   Yes.

 3  Q.   And when do you recall that occurring?

 4  A.   It was 2013.  I was in Afghanistan.

 5  Q.   And could you describe Jackson's personality before those

 6  events in 2013?

 7  A.   Yeah.  He's a very outgoing.  I call him an introvert

 8  [sic].  He was very social, just a normal 13-year-old, you

 9  know, very comfortable in his environment and what he's doing.

10  He's a very outgoing kid.

11  Q.   And did you notice any changes in his personality or

12  behavior after September 2013?

13  A.   Yeah.  Yes.

14  Q.   And could you describe some of those changes?

15  A.   Well, he became more reserved to himself, almost

16  antisocial.  I mean, he's almost removed himself from our

17  family unit.

18       Just, yeah, became a different person than what we're

19  used to.  He got a lot of anger issues.  He was actually

20  suspended from school for fighting.

21       Removed himself from -- he likes athletic sporting

22  opportunities.  He was an all-star second baseman, and then he

23  stopped playing baseball.

24       So antisocial, stayed in his room.  I mean, just -- I

25  mean, I don't want to say destroyed our family unit, but it was
```

09:46
09:47
09:47
09:47
09:47

1  extraordinarily hard because he didn't want to be part of this.

2       It was just like lack of trust.  There was some

3  alcohol abuse at a very early age.  Suicide ideation where, you

4  know, he talked to his mom about hurting himself.

09:48  5       And we -- under the care of a psychiatrist now.  Yeah.

6  It was a complete transition from the kid that I was trying to

7  raise as a son.

8  Q.   And have you seen any changes specifically in his

9  relationship with you?

09:48  10  A.   Yes.  I'm almost excluded -- not removed as a father, but

11  he talks to his mother.  I would say he has issues with males

12  and authority.  It's just a challenging.  It's a challenge for

13  me and him to have a relationship.  He does talk to his mother

14  more than me.  There's a lot of self doubt.  There's trust

09:49  15  issues.  I mean, not necessarily what I would have preferred as

16  a father.

17  Q.   And do you have other children, Colonel Cook?

18  A.   Yes, he has two older sisters.

19  Q.   Have you experienced any of these similar issues with them?

09:49  20  A.   None.  Absolutely, the -- I mean, the oldest we moved four

21  times when she was in high school.  She would go out for

22  cheerleading teams, she was a student gymnast University of

23  Alabama, veterans affairs and pastor for the university, just

24  very outgoing social part -- yeah, the two girls are uniquely

09:49  25  different now than what my son is.

1  Q.   Thank you.  And is there anything else that you would like

2  to tell the Court about this matter or what you think should

3  happen, please?

4  A.   **You know, these are combat stripes.  I've been to combat 7**

09:49  5  **years, and I have 18-year-old-kids that make decisions of life**

6  **and death.  We hold them accountable at that age for the**

7  **decisions they're making for the rest of their life.**

8  **My family has been destroyed based on this incident by**

9  **one person.  I know it's manifested across a lot more people**

09:50  10  **than my family, but this isn't the son that I would have**

11  **expected to -- where he's at right now in his life.**

12  **And I wonder about his ability to have a family, his**

13  **ability to a have an intimate relationship with somebody who he**

14  **hasn't yet.  It makes me extraordinarily -- I'm angry.**

09:50  15  **I feel like he's been taken -- a lot has been taken**

16  **away from him, and I'm concerned that will he be a father, will**

17  **he be able to raise his children, will he overcome this over**

18  **time?  I have zero compassion.**

19  **I'm going to hold soldiers accountable for decisions**

09:50  20  **they make for the rest of their life, and I'll leave it at**

21  **that.**

22  **AUSA EMERY:**  Thank you, Colonel Cook.  We tender the

23  witness.

24  **THE COURT:**  Do you have any questions?

09:50  25  **AFPD CARMON:**  No, Your Honor.

1          **THE COURT:**  Thank you, sir, you may step down.

2  A.    **Thank you, sir.**

3          **THE COURT:**  Anything else from the government?

4          **AUSA EMERY:**  If we can have one minute, Your Honor.

09:51  5  Nothing else, Your Honor.

6          **THE COURT:**  All right.  And the parents don't want to

7  stay for the sentencing now that we've finished --

8          **AUSA EMERY:**  Yes.  I'll ask them to come back in.

9          **THE COURT:**  All right.  So Ms. Carmon, before I hear

09:51 10  from the defense side, in fairness to you and Mr. Killen, I

11  want to give you some of my preliminary thoughts and concerns

12  that hopefully you can address.

13          I don't think I've ever read as much in preparation

14  for a sentencing.  I read the entire trial transcript, the

09:52 15  sentencing transcript.  Since the 11th Circuit talked about

16  this Kapordelis case, I read that opinion.  I read the

17  sentencing memorandum in that case from both the government and

18  the defense.  Each side has presented some very persuasive

19  sentencing memorandum in this case.

09:52 20          The first thing that really jumped out at me when I

21  read the sentencing transcript and, in particular, was

22  Mr. Killen's inability to control himself, his complete lack of

23  remorse and compassion, and that caused me grave concern.

24          And then I read your very powerful sentencing

09:52 25  memorandum where within there you made a representation that he

now understands that what he did was completely wrong, and he

has compassion for his victims.  And on the same day that I

received your sentencing memorandum where he is obviously

talking to you about his remorse, I get a letter from his

09:53  mother which I filed in the court file.

       The first sentence is:  First and foremost, our son,

Patrick Killen Junior, is not guilty of the crime he's been

charged with.

       So my first thought is how -- is his mother just some

09:53  nut case that she has these thoughts on her own independent of

her son?  Is your son telling you something that he knows is

going to help him in the sentencing memorandum, and meanwhile

he really believes he did nothing wrong, and that's what the

conversation with his mom is?  And I don't want him to be

09:53  responsible for something his mom did.

       And then Friday I get a filing that he, himself, made

of his mother's affidavit that was filed relating to the motion

to suppress.  So obviously he's still personally involved with

contesting matters that are not in play right now.

09:53  So I don't know.  Is he really remorseful, or is he

just telling you what he wants me to hear today?  And what is

the point of him filing a memorandum or an affidavit of his

mother about how the FBI conducted the search in the case?

       How is that going to help me?  My job is hard;

09:54  sentencing guilty people is very difficult.  I did not take

1    this job to sentence innocent people.  So people who claim that

2    they're innocent when in the face of mountains of evidence they

3    are not does not help me to really come to a good decision in

4    their favor.

09:54    5    AFPD CARMON:  And Your Honor, I appreciate that.  I am

6    going to ask that Your Honor not hold anything that Ms. Killen

7    has sent to you against her son and that pro se filing was

8    drafted by Mrs. Killen and sent by Mrs. Killen.

9    So Patrick himself is not sending anything to the

09:54   10    Court protesting his innocence.  And in fact, as I laid out in

11    my sentencing memorandum, as Dr. DiTomaso noted from his

12    conversations with Patrick, it has been years since Patrick was

13    arrested and years still since he went to trial, and he has a

14    lot more insight now as in the year --

09:55   15    THE COURT:  Is the filing of docket entry 184 that

16    came directly from his mother and not through the jail?

17    AFPD CARMON:  I'm sorry.  I was just confirming that

18    did not come from the jail, no.  And I have received multiple

19    filings of the same, and I am not adopting any of them, Judge.

09:55   20    THE COURT:  So I'm trying to tell you -- so obviously

21    the time of the first sentencing, his mother seemed to be,

22    based on what he was saying, on the same page of not denying

23    everything.  So if he still has a relationship with her and

24    he's come in his own mind to the realization "I did something

09:56   25    wrong; I am guilty" how is that not being communicated to his

1    mother?  I mean, she's writing saying "I've lost faith in the

2    criminal justice system.  I'm going to spend the rest of my

3    life going around telling everybody I know that the FBI is

4    corrupt and the courts are corrupt."  So how is that happening

09:56    5    with someone who is very close to him?  What message is he

6    giving her?

7         AFPD CARMON:  I don't know about their private

8    dealings.  I do know every time that I have spoken to Patrick

9    he knows what he did is wrong.  He acknowledges what he did.

09:56   10    He's acknowledged it to Mr. Lopez.  He's acknowledged it to

11    Sara Shannon (ph.), who is our mitigation specialist in this

12    case.

13         All I can tell you, Your Honor, is my interactions

14    with the family, and my interactions with Patrick are two --

09:56   15    take two very different tenors.  And if the family is sending

16    you material that they have created, I'm going to ask that Your

17    Honor disregard it and not hold it against Mr. Killen because

18    my job here is to help Patrick, not what his parents want.

19    This is my client.  This is the person that I'm standing by and

09:57   20    speaking on behalf of --

21         THE COURT:  But he's going to disavow here in court

22    all of those submissions of his mother?

23         AFPD CARMON:  He is going to read to you or have me

24    read, if he can't do it, a letter that he's written to you

09:57   25    about what he acknowledges, what he did.  He's remorseful.

1  Now, does he feel -- and I'll be honest.  Does he feel like the

2  FBI came into his house and didn't treat him well?  Yes.  But

3  is he saying I didn't do the things that I they say I did, no.

4          THE COURT:  Okay.  Is his mother here in the

09:57  5  courtroom?

6          AFPD CARMON:  She is.

7          THE COURT:  Can he tell her, "Mom, I'm really guilty

8  of these things.  Please stop bothering the judge and don't

9  tell other people I'm not guilty because I really am guilty?"

09:57  10  Can he do that.

11          AFPD CARMON:  He certainly can.

12          THE COURT:  I don't want him to do that just because

13  he thinks -- I want this to be his honestly-held belief.  I

14  don't want some mother suffering because they think an innocent

09:58  15  child of theirs is in prison.  So this would be doing your mom

16  a favor if it's really the truth that you're guilty of this so

17  she can move on with her life and figure out the next phase of

18  her life.

19          THE DEFENDANT:  Good morning, Your Honor.  I did what

09:58  20  I did, but I believe in some context that the government has

21  taken it and blown it out of proportion.  I'm not a pedophile.

22  I did what I did.  I extorted nude images from teenage boys

23  because I was curious about myself, sir.

24          And I explained that to my parents, and they know

09:59  25  everything that has happened, but the way that my mom has

contexting [sic], it is not that I'm innocent of crimes that --
that what I have done, but what the extent of the language of
the crime that's being charged.  I was young.  I was immature.
I was stupid.  I extorted these teenage boys out of nude
09:59  images, but -- and the videos I didn't even watch the videos,
sir.  I never watched those videos.

So I possessed them, but I didn't watch them.  They
were automatically downloaded onto my computer, so therefore,
when the government says "possess and distribute" I didn't do
09:59  that.  I possessed them, but I didn't make these videos, sir.
I did not make these videos as the government is saying.  Those
were downloaded off of Karucem's computer.

And in the mix of that I was in a -- I was in a -- I
was confused.  I was confused.  I was -- so yes, to make it
10:00  short, I will say it now.  And I've said it before to my mom
that I did these things, and they understand that I did these
things.

**THE COURT:**  Okay.

**THE DEFENDANT:**  And I'm sorry.  Thank you.

10:00  **THE COURT:**  Thank you.  All right.  Ms. Carmon, go
ahead.

**AFPD CARMON:**  Thank you, Your Honor.

**THE COURT:**  And for the record, I am not going to
consider any of those submissions of the mother or the pro se
10:00  filing that was in the name of Mr. Killen that his mother sent.

1   So let's just -- I'm not in any way going to consider those in

2   imposing a sentence.  Go ahead.

3       **AFPD CARMON:**  Thank you.  What the government is

4   asking the Court to do today is a sentence that is essentially

10:00   5   life without parole.  Patrick is 25 years old.  When he was

6   committing these crimes, he was 19 and 20 years old.

7       If the Court were to impose the sentence that the

8   government is asking for, he would, at the youngest, I suppose,

9   be about 100 when he got out of prison; and at the high end of

10:01   10   what the government wants, 140 something, which is -- they're

11   asking for a sentence of life without parole.  And that type of

12   sentence, we believe, is substantively unreasonable.

13       We believe that it not only violates the mandates of

14   the 11th Circuit in their opinion, we believe that it violates

10:01   15   the 8th Amendment in its prohibition against cruel and unusual

16   punishment.

17       And what a sentence like that says is that Patrick is

18   beyond rehabilitation.  A sentence of life without parole, that

19   Patrick is so dangerous he cannot never be allowed out in

10:01   20   society at all.  There is nothing that can be done to correct

21   the path to right the wrong and that it's not a life worth

22   saving.

23       And despite what Patrick has done and despite the

24   reprehensible actions that he has taken, I can tell Your Honor

10:01   25   with confidence in the ten years that I've been a public

1    defender -- I've certainly represented people who have done

2    horrible reprehensible things, execute family members, execute

3    rival gang members, sexually violate their own children, and

4    I've had contact with people who have been remorseful to

10:02   5    remorseless, insightful to in complete denial.

6              And I cannot comment on Patrick three years ago

7    because I didn't know him but I do know, and I can tell Your

8    Honor with complete confidence that Patrick's life is worth

9    saving.

10:02   10             And what I'm about to say -- I want to be clear that

11   none of it excuses what Patrick has done.  Patrick acknowledges

12   what he did, and the circumstances of who he is, and the

13   mindset that he had, and his immaturity, and the way he grew

14   up, none of that excuses our behavior ever.  And certainly he

10:02   15   should be held accountable, but when talking about

16   accountability, a life without parole sentence is unreasonable.

17             And so I think it's worth diving into Patrick's

18   upbringing and the horrific conditions he endured, not to

19   excuse but to place into context.  And so as I wrote in my

10:03   20   sentencing memorandum, Patrick was born in 1993.

21             Communism falls in Romania in 1989 but the backlash of

22   -- from 1965 to 1989 Ceausescu is in power, and he is the

23   person who placed these mandates on Romania such as a child

24   with this tax, he rewarded couples who had 8, 9, 10 children.

10:03   25             Their abortion was banned, and, in fact, there were

1  police officers that were tasked with going into work places

2  where women worked to check to see if they were menstruating

3  because Ceausescu thought that the way to boom the economy was

4  to first increase the population.

10:03  5         And unfortunately for Romania, one happened and the

6  other didn't.  And so you end up with a country with incredible

7  overpopulation and no economy and resources to support it.

8         And so the vast majority of children who were born

9  during this time find themselves in institutions.  And it was

10:04  10  only after communism fell that the western world was sort of

11  offered a glimpse into what that life was like.  And from news

12  reports and psychological studies that have been done, we know

13  that those conditions were horrific.

14         And, in fact, when Patrick was adopted, he was adopted

10:04  15  at age 3 and a half.  So he was adopted in 1997.  It was not

16  until 1998 that Romania created a department of children and

17  families, for lack of a better term, but their version of a

18  department meant to protect children.

19         And unfortunately what the studies have shown is that

10:04  20  the actual institutionalized population increased after the

21  fall of communism because it takes 10, 15, 20 years to rebuild

22  an economy.

23         So Patrick was in a Romanian orphanage in Romania

24  during this time.  And he comes to the United States with scars

10:05  25  on his upper arms and his lower legs because he's been strapped

1    to a crib for three and a half years.

2           And the conditions that are described both by

3    psychologists who visited these places from interviews of

4    workers and interviews of people who came from those

10:05   5    institutions are horrific, and they describe 15 to 20 infants

6    or 12 to 15 infants per one caregiver, no stimulization [sic]

7    at all, nobody's playing with these children, nobody is giving

8    them blocks, nobody is having them paint colors, nobody is

9    talking to them.

10:05  10          And scientists agree that that sort of stimulation,

11   that sort of sensory deprivation that occurs in these critical

12   periods leads to profound ill effects.  And really the most ill

13   effect that I think is pertinent here is that sensory

14   deprivation leads to social and emotional underdevelopment and

10:06  15   a lack of ability to form attachments.  And that's exactly what

16   happened to Patrick.

17          And I know the government pointed to a study that

18   suggests that early intervention -- and they're absolutely

19   right.  Early intervention is really one of the only ways to

10:06  20   combat these sort of long-term ill effects of sensory

21   deprivation and lack of care in this critical period.

22          The study that the government cites, Patrick was six

23   months older than the oldest cohort that was adopted, but the

24   most important part about -- and what distinguishes Patrick's

10:06  25   situation from the study cited by the government is that this

1   was a highly-controlled study.

2          And so children were randomly assigned either to stay

3   institutionalized or to be placed with foster care families.

4   And then they were monitored at different stages in the foster

10:07  5   care family versus the institutional organization or whatever

6   orphanage they stayed in and then their development was

7   compared.

8          But the highlight of it is that -- so even though

9   Patrick was adopted at 3 and a half, certainly a lot older than

10:07 10   a lot of these children in a study that went on to show

11   significant gains in cognitive and developmental.

12          The study -- and this is from the language itself

13   reads that those placed in foster care who did exhibit the

14   gains, they were given social workers and mental health

10:07 15   practitioners who were assigned to work with their foster

16   parents.

17          And specifically, social workers monitored the

18   relationship between the foster caregivers and the children and

19   provided guidance for behavioral management when necessary and

10:07 20   informed the foster parents of the highly specialized needs of

21   the children in their care.

22          None of that happened with Patrick's family.  And, in

23   fact, Patrick's family actually thought they were adopting a

24   little girl, and they had agreed to adopt a little girl.  But

10:08 25   apparently the practice in Romania is to shave all the

1  children's head to avoid lice and other diseases.  And so the

2  little person who gets off the plane to meet Patrick's parents

3  is Patrick, a little boy.

4          And so their family was afforded none of the

10:08  5  highly-controlled social workers and mental health

6  professionals that should have been assigned to someone to say

7  "this is what this kid's been through, and they're going to

8  need a lifetime of therapy to help."  And it's certainly not

9  the fault of the Killens and that they didn't know that these

10:08  10  things should have happened.

11          But all scientists agree that maltreatment during

12  these really critical periods of development when they're that

13  young, they have profound effects on the cognitive, social, and

14  emotional growth of children.

10:08  15          And I think what's pertinent in this case is that the

16  magistrate court found Patrick to be very immature and not as

17  cognitively and socially developed as his biological age.

18          The district court adopted that finding.  And as Your

19  Honor pointed out, the trial transcripts support that finding.

10:09  20  I read his testimony.  It's rife with outbursts, with vulgar

21  language, with petty language.  And he had no insight at all as

22  to what he had done.  That is not the man that sits next to me.

23  And I say man because he's gaining insight into his behavior.

24  He's older now.  And he is remorseful.

10:09  25          And I think if we ever question whether Patrick's life

is worth saving, meaning not handing out a sentence that is
life without parol, is that acknowledgment that in the three
years that have passed Patrick has shown growth and gains which
bodes well that Patrick can be rehabilitated.

10:09     And so as ugly as it was to read that trial testimony,
I think the comparison is important with who Patrick is now,
and just the fact that he was able to talk to you ten minutes
ago.

     You know, the PSI notes and Dr. DiTomaso's
10:10 conversations with Patrick's parents confirm that Patrick was a
very isolated kid himself, and he didn't have a whole lot of
friends, he didn't have nights out, he never really developed
sort of any meaningful relationship and, in fact, he's home
schooled the last couple of years of high school.

10:10     And unfortunately the family dynamic was not as serene
as might have been appropriate to help Patrick because the
Killens -- and this was -- they took a loving step outward to
adopt more children.  Unfortunately, they brought two boys into
their home when Patrick was younger that sort of threw the
10:10 family into chaos.

     And these children, the older one in particular, there
was a lot of sort of sexual misbehavior that Dr. DiTomaso
describes, and I think in her conversations with Dr. DiTomaso,
Mrs. Killen described because she was the one at home.  She was
10:11 actually, I think, working on an advanced degree and was

working from home and had the most interactions with these

kids, but threw the house into chaos, so much so that DCF

opened up a study and actually received the children back into

DCF because the Killens could not handle the family dynamic

anymore.

So it's not the pristine, serene home with therapeutic

and cognitive behavioral therapy that obviously would have

benefitted someone who had been through what Patrick went

through.

But he lives at home.  He's 18, 19, 20.  I mean he has

jobs but menial jobs, and he's never responsible for himself.

So his meals are cooked, his laundry is done, and he is treated

like a child, and he never really matured.

And so we then find ourselves asking who is this

person that Your Honor is reading the chats from because it

doesn't sound like an isolated, friendless, powerless kid.  And

unfortunately, Patrick finds the internet which allows him to

be this person that he is not.  And it allows him to be this

powerful, coercive, rude, vulgar person.

And it's the anonymity of the internet.  It's being

behind the screen.  It's never having to interact with these

people in real life that allowed him to take on this persona

and literally the persona of a different person and be the sort

of horrible person and do these horrible things that Your Honor

has heard about.

1        And what I think is -- Dr. DiTomaso in his evaluation

2  finds that Patrick would never have acted like this in real

3  life, and I just want to read just a portion of Dr. DiTomaso's

4  evaluation that I think really hits --

10:13    5        **THE COURT:**  This did happen in real life.  He may not

6  have done it face to face with somebody, but he did it in real

7  life.

8        **AFPD CARMON:**  Right.  And I don't mean certainly like

9  this didn't happen.  But, you know, the internet, when you

10:13   10  never have to interact person to person, it allows you to

11  become this person that either is a better version of yourself

12  -- I mean, people on Instagram are posting, you know, in front

13  of the Ferrari that they don't own or the club that they

14  actually didn't go to.

10:13   15        Or it can make you be a worse version of yourself, and

16  someone like Patrick who I can imagine has ever felt powerful

17  in his entire life, that's where he found the ability to make

18  these kids do what he wanted to do.  And it does not make it

19  right, but I think Dr. DiTomaso says it better than I can say

10:13   20  it.

21        Dr. DiTomaso on page 10 of his evaluation says "while

22  clinically not a pedophile, Patrick's behavior in regard to the

23  images he downloaded and solicited was inappropriate, not

24  normal, and clinically meaningful.

10:14   25        It is my impression that this behavior ensued from a

conflux of several factors that included loneliness, gross

psychological immaturity, profound social introversion,

confusion about his sexual identity, and for that matter his

identity in general.

10:14        Fear and confusion over any repressed homosexuality he

may have, and anger over having been rejected by both male and

female peers, along with some obsessive compulsive tendencies,

and Patrick's online activity wove a path around these issues.

        It was human contact that appeased his loneliness, and

10:14   he contacted persons who were as immature as himself.  His

social introversion was deflected by the fact that there was no

actual person in the room.

        His identity confusion was actually personified by

taking on a female identity, and his choice of 14 years old for

10:15   his female identity was probably a good match for his own

psychological maturity level.

        And when the persons whom he contacted paid some

attention and showed some interest in his alter ego, she hurt

him, reminiscent of the manner in which those whom Patrick

10:15   showed interest in the past used to hurt him."

        And what Dr. DiTomaso says is "this is not predation.

A predator wants to make contact with a target.  Patrick wanted

to stay miles away from the persons with which he interacted."

And, again, this is not to excuse Patrick's behavior.

10:15        The district court in Gall at the district level said

1  that "immaturity at the time of the offense is not an

2  inconsequential consideration."  Recent studies on the

3  development of the human brain conclude that human brain

4  development may not become complete until the age of 25.

10:15  5      And, in fact, the recent National Institutes of Health

6  report confirms that there is not a bold line demarcating at

7  what age a person reaches full maturity.  While age does not

8  excuse behavior, a sentencing court should account for age when

9  inquiring into the conduct of a defendant.

10:16  10     And I'm sure that Your Honor is familiar with the

11 debate that's going on now amongst the death penalty community

12 asking for an extension of Roper versus Simmons, and asking in

13 -- at least the LWOP community asking for an extension of

14 Graham versus Florida or Florida versus Graham because at 18,

10:16  15 we don't know that the brain is done developing.  And, in fact,

16 studies seem to suggest that 25 is really more accurate.

17     And so in considering what the government is asking

18 the Court to impose in this context which is essentially a

19 sentence of life without parole, Patrick in this case operated

10:16  20 like a teenage defender.  And we think that an LWOP sentence

21 would violate the constitution, and his sentence would be

22 unreasonable.

23     We place that against the sentence that we are asking

24 for which is 15 years in federal prison and understanding that

10:16  25 that is the minimum that the Court can give, but I am not

asking that Patrick be released tomorrow.  I'm not asking that

Patrick be released in five years.  A 15-year sentence is still

a very significant sentence, especially for someone who has

never been in trouble.  And this Court with a period of

10:17  lifetime supervision takes away Patrick Killen's weapon which

is the computer.

When he is on supervision, either actively by the

Southern District of Florida or wherever he may live or just

being a registered sex offender wherever he has to go, he will

10:17  never be able to possess a computer, a device that accesses the

internet.  He will have to register twice or four times a year,

depending on where he lives with whatever state or jurisdiction

he's in.

When his parents pass away, which I hope is not before

10:17  Patrick is able to leave prison, but when his parents pass, if

Patrick cannot take on the mortgage of the home that they have,

he will have to move, because ultimately that home would be

grandfathered into the living restriction that he will have as

a sex offender.  If he's not able to keep that home, then he's

10:18  going to have about four places to live in Miami-Dade County,

and one of those is under a bridge.

So this is not a situation where Patrick's going to

get a little bit of jail time and nobody is going to know what

he's doing.  The State of Florida will always know where he is.

10:18  The State of Florida will always be consuming -- they'll be

watching him for contact, for living, where he can go, where he

can work, and then this Court knows that any supervision means

never a computer, never a phone that can access the internet.

And that's his weapon, and the Court can take it away and will

10:18  statutorily have to be taken away.

We have talked a lot about what Patrick did.  And I

think it's worth noting what Patrick didn't do in talking about

comparison cases and other sentences that have been imposed.

Obviously Patrick didn't touch anyone.  He did not

10:19  attempt to have physical contact.  He did not arrange to meet

for sex.  He did not -- he was never in the same room as these

boys.  And Dr. DiTomaso opines that Patrick is not a risk to do

any of that.  And he's not a risk to engage in any hands-on

behavior.  Dr. DiTomaso believes that Patrick can be

10:19  rehabilitated, and that he will require a lifetime of

counseling and assistance, but Patrick is amenable to that.

And some of the cases cited by the government in their

comparisons in their sentencing memorandum, what strikes me as

different about those cases -- and I think those cases form the

10:19  basis for the range of years that they're asking the Court to

consider.

What strikes me as different is the lack of

sophistication and the lack of maturity that Patrick has versus

the sophistication in some of these cases.  In the Ivory

10:20  Dickerson case which is the case in the Middle District of

Florida, Mr. Dickerson was 33 years old.  He had webcams that

he would use to watch and record these kids.  He was actually

manufacturing his own child pornography, which involved

bestiality.  He used threats of violence -- and certainly

10:20  Patrick's language to these boys was unforgiving -- but he

never threatened to hurt a mom, a dad, a sister, a brother, and

Mr. Dickerson was using threats of violence like that.

**THE COURT:**  Wasn't there somebody that wanted to

commit suicide or said I'm going to commit suicide, and he said

10:20  "I don't care; go ahead"?

**AFPD CARMON:**  He said you're making me -- I don't have

the chat here.

**AUSA EMERY:**  Yes, Your Honor.  In -- yeah, I mean, in

the chats that I just showed with Garrett Frost, he says he's

10:21  -- thoughts about how scared he is and defendant says he

doesn't care.

In the government's submission at docket entry 177,

there he has a conversation with the defendant with Karucem

talking about -- Karucem asks him "aren't you concerned that

10:21  they might kill themselves?"  And the defendant says, "no,

because they never do."  Complete remorse or any concern for

what these boys might do as a result of the defendant's crime.

**THE COURT:**  Okay.

**AFPD CARMON:**  And that's exactly right.  But what

10:21  Patrick didn't do -- and particularly in the Dickerson case, he

1    knew that one of the girl's sister -- where she went to school,

2    and Mr. Dickerson threatened to hurt her and find her at school

3    if this girl didn't do what he wanted her to do.  Mr. Dickerson

4    was a grown man in his 30s who owned a home and had a family of

10:22  5    his own.

6            In the Chancellor case in the Middle District of

7    Florida, defendant Chancellor used --nand I wasn't sure from

8    the filings, but it's some sort of either onion network or VPN

9    network to hide his IP address.  So when law enforcement came

10:22  10    onto his scheme, they would find that these IP addresses

11    bounced from Brazil to China to Russia and that they were never

12    able to sort of zone in until one day he slipped up.

13            And I don't know if it was his VPN network was off or

14    what allowed them to see the IP address, but he was using very

10:22  15    sophisticated methods to hide his IP address.  Patrick was just

16    using his dad's internet that comes directly back to the house.

17            Mr. Chancellor also secretly recorded video chats that

18    he was having with some of these girls, and he also used

19    threats of direct violence against them and their family

10:22  20    members.

21            The other two cases that the government cites, one is

22    the Robert Ables case from the Northern District of Texas.

23    This was quite a scam where Mr. Able would solicit photos of

24    young girls and then use those photos to solicit nude photos of

10:23  25    adult males.  And so he would take the young girls' photos.  He

1  would then go over to -- he would submit those to older men,

2  ask for images in return, and then he would solicit money if

3  the men did not return the favor with nude photographs of

4  themselves.

10:23  5        And Mr. Able in that scheme actually collected about

6  $50,000 in 2014.  And so when I say sophistication, I'm not

7  talking about the ability to turn on a computer and use a

8  web-based chat function, but I am talking about the -- a lot of

9  the cases the government cites -- these are men.  These are men

10:23  10  with their own families, their own homes.

11        They're not essentially a child who was living at home

12  having his needs taken care of and is grossly -- at least at

13  that time -- psychologically immature and probably operating at

14  about the age level of the boys that he was contacting.

10:24  15        The last point that I will make, Your Honor, is that

16  when Patrick was sentenced to 139 years -- because that was

17  essentially a life sentence, even though I don't believe

18  Patrick would qualify for a penitentiary that sentence made him

19  so.  And so he's sent to Coleman penitentiary.

10:24  20        And I know the government takes issue with Patrick's

21  credibility, but Patrick is 5'6"; he's 135 pounds.  The mean

22  age of men who are in prison, in federal prison for production

23  of child pornography is 42.  Those statistics are cited in our

24  sentencing memorandum, but they're much older than Patrick.  So

10:25  25  Patrick was raped while he was at Coleman.  He had reported

1    being afraid of a cell mate.  That cell mate -- there was an

2    investigation.  That cell mate was ultimately left in Patrick's

3    cell, and then Patrick reported later that the cell mate had

4    raped him, and there was an investigation done, and the cell

10:25  5    mate was finally at that point removed.

6          And you're right, after that, he told officials that

7    he was transgender in hopes of getting more protection than he

8    had been offered because he had twice gone to Bureau of Prisons

9    to complain about this particular inmate.  And the second time

10:25 10   he's going to actually report the rape that's happened.

11         And so did Patrick get some bad advice from the

12   residents at Coleman?  Yes.  And obviously he was not afforded

13   any protections, but that comment --

14         **THE COURT:**  -- he got bad advice, he still had to act

10:26 15   on it by falsely -- you know very well.  You had a client last

16   week who was actually transgender, and all the concerns -- at

17   least I have and I'm sure you sincerely had of their treatment

18   in prison.

19         So when people are falsely claiming to be transgender,

10:26 20   that makes it even more difficult for people who actually are

21   transgender.

22         **AFPD CARMON:**  It absolutely does.  And I can only tell

23   you that that was done because he had previously complained

24   about an inmate.  Nothing was done about it.  That inmate ends

10:26 25   up sexually assaulting Patrick, and Patrick did not feel that

1   he was safe at Coleman.

2          And so obviously none of -- he's not transgender, and

3   he does not identify that way, and those records have been

4   corrected within BOP, but Patrick did endure a pretty horrible

10:26   5   physical and sexual assault while he was there.

6          **THE COURT:**  And how long before he reported the sexual

7   assault had the person been moved out of his cell?

8          **AFPD CARMON:**  It was around two weeks before.

9          So Your Honor can take into account Patrick's

10:27  10   susceptibility to further abuse.  It's a valid consideration

11   for Your Honor.

12          As Your Honor knows, people who are convicted of this

13   offense are not looked fondly upon in prison, and the studies

14   that I cited to Your Honor make it clear that inmates with a

10:27  15   sexual conviction on their record are at far higher risk to be

16   sexually assaulted by inmates and guards than others.

17          And so given Patrick's health issues which include a

18   very advanced kidney disease.  That's -- and some days he's

19   okay, and then other days he's in a lot of pain, and he's very

10:27  20   weak.

21          Given his stature, his medical issues, and history of

22   abuse at this point, I think he is susceptible to further

23   abuse, and so that's certainly a consideration for the Court.

24          At this point, Your Honor, Patrick is ready to accept

10:28  25   your decision, and this has been a long time coming.  He will

accept his punishment understanding that he will do whatever it

takes to be better.  He will go to counseling.  He will take

medication.  He will talk about what he was never able to talk

about before.  And I think it's just starting to scratch the

10:28  surface with Dr. DiTomaso.  Patrick's life is one that is worth

saving.  And we ask that Your Honor give a sentence that says

that.  Thank you.

            **THE COURT:**  Do you want to add something?

            **AFPD LOPEZ:**  Your Honor, the only thing I would add --

10:28  because I know we have talked about some specific cases --

there was a comprehensive report done by a sentencing

commission, and that's one of the things they have to do, and

they did it on child porn sentencing.  That was a 2012 report.

            There they talked about child production, and most of

10:29  the child production -- and this is how we end up with a

guideline range of life with an offense level of 43 -- most

child pornography production has to do with the raping of

prepubescent kids, and that's with the sentencing report.

            Even so, the average sentence for all child

10:29  production, most of whom are those kind of people who have

raped prepubescent kids is 274 months.  That's a little less

than 23 years.

            So all of those people, most of whom have committed

worse offenses than Patrick, that's the average sentence.  So I

10:29  think the court of appeals in its decision was clearly worried

1  about some sentencing disparities.

2         And I would just point out that -- and I know we have

3  brought it up in our memorandum, but that the law of the case

4  doctrine and the mandate rule really prevent this Court from

10:29  5  imposing that sentence which is what the government is asking

6  for.

7         But that report and the case that was cited by the

8  11th Circuit really gives you a true guidance as to what

9  sentence is appropriate in this case.  And I would just request

10:30  10  that, Your Honor.  Thank you.

11         **THE COURT:**  All right.  Mr. Killen, you have the right

12  to make a statement to me before I impose sentence.  You don't

13  have to say anything, but if you would like to say something,

14  this is your opportunity.

10:30  15         **THE DEFENDANT:**  Yes, Your Honor.  Good morning, Your

16  Honor.  Writing this letter to you has been truly one of the

17  most difficult things I've ever had to do.  I hope this letter

18  allows me to express at best to you how sincere I feel for the

19  seriousness of my actions.

10:30  20         Having come from a different country I have always

21  been curious and questioned everything.  Growing up I was never

22  particularly comfortable with myself.  I knew myself to be

23  extremely low self-esteemed, introverted, and lonely, which led

24  me to become severely depressed.

10:30  25         In the state of confusion of my immaturity contained

1  the person who I thought people wanted me to be rather than the

2  person I truly am.  Through these very difficult times as well

3  as positive experiences over the last four years, it has

4  allowed me to grow emotionally.

10:31  5       I realize now more than ever the effects that my past

6  behavior has had on others.  I continue to hope that this

7  Court, along with the others that I hurt, may accept my

8  apologies.

9       I apologize to the victims for the lifetime of hurt

10:31  10  that I have caused on them.  I apologize to this Court for my

11  past disrespectful behavior, and I apologize for my family for

12  the pain I placed on them.

13       And in addition, I thank my parents for the

14  never-ending love and support that they have given me

10:31  15  throughout this whole experience.

16       Through these difficult times of my life, I have

17  prayed to God, and I found that God does answer.  The answer

18  may not be the way I wanted to hear them, but I have learned

19  there is always an answer if I am sincere and ready to let go.

10:31  20       So I pray, Your Honor, that you may offer me mercy and

21  please find it in your heart to give me the opportunity to

22  regain my freedom and a future at home with my family.

23       Respectfully yours, Patrick Killen Junior, sir.

24       **THE COURT:**  All right.  Thank you.  All right.  The

10:32  25  Court has considered the statements of the parties, the

1  presentence investigation report which contains the advisory

2  guidelines, as well as the statutory factors set forth in 18

3  United States Code, Section 3553(a).

4          I also have reviewed the trial transcript, the

10:32  5  previous sentencing transcript, and the sentencing memorandum

6  submitted by the parties.

7          As a starting point, I will have to acknowledge that

8  is a very serious offense that went on for a very long period

9  of time and a lengthy sentence is warranted to provide respect

10:32 10  for the law, just punishment, and to protect the public from

11  the defendant.

12          The defendant prayed on young boys who were at a

13  particularly-awkward and sensitive time in their lives, both

14  sexually and emotionally.

10:33 15          And during the commission of the crime, he first

16  manipulated them and terrorized them to get them to do what he

17  wanted.  He had no remorse for the terror and anxiety and

18  distress he caused these boys during the commission of the

19  crime and even through the first sentencing hearing.

10:33 20          And these photographs are out there in the internet

21  universe, in the hands of multiple pedophiles, and they're

22  subject to resurfacing at any time, whether a year from now or

23  a decade from now or 30 years from now; that the thought of

24  that happening is going to weigh heavily upon all of these

10:33 25  victims.

1          In mitigation, you have to acknowledge that the

2   conditions in the Romanian orphanages were horrific, and I

3   think the evidence is clear and undisputed that those

4   experiences create tragic, long-term consequences for the

10:34   5   child's psychological, neurological, and biological

6   development.

7          As the defense pointed out, they may have been around

8   from the molecular structures to the level of the complex

9   social interactions, from brain structure to brain function,

10:34  10   the children that were brought up in those orphanages are

11   severely disadvantaged and the earlier the intervention, the

12   better.

13          Somebody characterized this as the defendant had early

14   intervention, but I don't think he did have early intervention.

10:34  15   I was a family court judge for 7 years, and I know one of the

16   things we struggle with as family court judges is there's a

17   trend -- and a good trend -- that when you have two good

18   parents, that they should have equal time sharing; that the mom

19   or the dad shouldn't have any particular advantage in time.

10:35  20          But that runs up against the science that we know that

21   in the first two years of a child's life, they're developing

22   their brain and the synapsis of their brain, and that most

23   children are important to bond with one person.

24          So you can't take them away from that person with whom

10:35  25   they bond because those synapses never develop.  And when you

1   are in these orphanages where nobody picks you up and nobody

2   gets involved with you, it creates permanent damage to your

3   brain structure that results in all this misbehavior.

4          So it is a horrific experience, and it's worthy of

10:35  5   some mitigation, but it's also a two-edged sword because it

6   just shows that these are permanent injuries that he sustained,

7   and he has to work very, very hard to overcome them.  And

8   there's always a concern that he's not going to be able to do

9   that, and he's not going to be able to conform his conduct to

10:36 10   society's norms.

11          This is somewhat borne out by his behavior in prison.

12   I mean, he falsely told the prison that he was transgender

13   because he thought he would get a better housing opportunity.

14   So that's a thought process.  Even if somebody misled him and

10:36 15   gave him the wrong -- he still was willing, in spite of being

16   more mature now, in spite of hopefully learning.  Every day as

17   life goes by, he still made a conscious decision to lie to the

18   Bureau of Prisons about his sexual identity so he could get a

19   better housing offer.

10:36 20          He also allowed another inmate to use his telephone

21   privileges.  And we know a lot of people lose their telephone

22   privileges because they're threatening witnesses or involved in

23   some other kind of very bad behavior.  So he still did not

24   conform himself to the rules.

10:37 25          Now, I read the last transcript, and I will say in

1   mitigation that he has shown much more respect for the judicial

2   process; that he's behaved here in the courtroom without any

3   outbursts.  A lot of people say, well, it's easy to sit here

4   for an hour and a half and not misbehave, but he couldn't even

10:37  5   do that the last time.  So he has shown somewhat of an increase

6   in maturity.

7           Even though there's some question about whether he was

8   actually molested, at least he certainly -- no question that

9   he's more susceptible to being sexually molested while being in

10:38 10  prison.

11          So we know he deserves a very lengthy sentence.  So

12  the question is what is the appropriate sentence?  What things

13  do we look at?

14          So we know from the 11th Circuit, the first thing I

10:38 15  have to look at is the Kapordelis case.  In the Kapordelis

16  case, the guideline range was 324 to 405 months.  And the judge

17  imposed a sentence of 35 years, which is 420 months, so it's 15

18  months above the top of the guidelines.  Remember, with every

19  sentencing, the starting point for the judge's consideration is

10:38 20  the sentencing guidelines.

21          So in Kapordelis case, the upper end of the guideline

22  range was 405 months.  In Mr. Killen's case, the guideline

23  range is life.  So even though the conduct might have been

24  different, the guidelines are also different.

10:39 25          In the Kapordelis case, there was a 20-year history of

drugging and molesting minors.  He traveled to have sex with

minors.  That defendant showed no remorse throughout the entire

court proceedings.  He compared the prosecutor to Hitler.  He

had hundreds of videos of boys being raped.  He used his skills

10:39  as an anesthesiologist to drug boys.  He obstructed justice and

asked a friend to destroy a hundred videos.  So there was a lot

of things about that case that are certainly more serious -- or

could be argued are more serious than what happened in this

case.

10:39   So I'm giving that sentence serious consideration, but

the fact that a particular judge gave a particular sentence is

not the ending point for my determination.  That doesn't set a

bar, a threshold, or a ceiling of what every sentence should be

after that.  What if the judge in that case gave the guy five

10:40  years, and for whatever reason went way below the guidelines?

So does that mean nobody else can get more than five years?

I have to give consideration to that sentence and to

consider whether my sentence is going to result in unwarranted

sentencing disparities.

10:40   And I read the government's sentencing memorandum in

that case as well as the defense.  And the government made a

very compelling argument for the judge to depart above the

guidelines, but the government asked for a sentence of life in

prison.

10:40   And I think nobody would disagree that if the judge

1    had given Mr. Kapordelis life in prison, that would not have

2    been an appropriate sentence.  But the judge only went up 15

3    months above the guidelines and gave the 420 months.

4              So I think the government made a very good argument

10:41   5    that the Dr. Kapordelis should have received a life sentence.

6              I've also looked at the sentences that both sides

7    pointed out, United States versus Philip.  That was a 204-month

8    sentence where the defendant had convinced one 14-year-old boy

9    to send pictures.  U.S. versus Ansack (ph.).  That was a case

10:41   10   in front of me where the defendant was going to meet with

11   somebody who he thought was nine years old to have sex.  He was

12   sentenced to 360 months.

13             I looked at the average sentences of production of 274

14   months.  I also looked at the sentencing in the case of the

10:41   15   United States versus Sarras of 100 years; Johnson, 140 years;

16   McGarity, life; Chansler, 105 years; Betcher, 750 years.  So

17   there's a lot of sentences that are very, very -- higher --

18   much higher than the sentence that Mr. Killen received the

19   first time around.

10:42   20             So I have considered all of those sentences, and I am

21   considering them.  However, in light of all the circumstances

22   under 18 United States Code Section 3553(a), it's the judgment

23   of the Court that the defendant is committed to the Bureau of

24   Prisons to be imprisoned for 600 months or 50 years.

10:42   25             His sentence consists of 360 months as to count 1; 360

months as to count 5; 240 months as to counts 2, 7, 8, 9, 10,
and 11; 24 months as to counts 4 and 6; 240 months as to counts
12 and 15; and 120 months as to counts 13 and 16.

All of those counts will be concurrent with each
other.

As to count 3, sentence is 240 months which would be
consecutive to the sentences that are in count 1 and the other
counts.

So the total sentence is 600 months in prison.

Upon release from imprisonment, he'll be placed on
supervised release for life.

This consists of life supervised release on counts 1,
2, 3, 5, 7, 8, 9, 10, 11, 12, 13, 15, and 16, and one year of
supervised release as to counts 4 and 6.  All of those will be
concurrent with each other.

Within 72 hours of release from the custody of the
Bureau of Prisons, he will report in person to the probation
office in the district where he's released.

While on supervised release, the following special
conditions will apply in addition to the standard and statutory
conditions of supervised release:  Data encryption restriction,
computer/modem restriction, computer possession restriction,
employer computer restriction disclosure, no contact with
minors, no contact with minors in employment, no involvement in
youth organizations, sex offender treatment, restricted from

possession of sexual materials, Adam Walsh Act search

condition, sex offender registration, and the financial

disclosure requirement, each of which are more specifically

noted in part G of the presentence investigation report.

10:45        The defendant must also pay a special assessment of

$100 on each count of conviction for a total of $1,500 payable

to the United States immediately.

        Now, was there an amount of restitution that had been

previously ordered?

10:45        **PROBATION:**  Yes, Your Honor.  There was a restitution

-- there wasn't a restitution hearing, but there was a

restitution order imposed subsequent to the sentencing of --

        **AUSA EMERY:**  $1,500.  The parties had stipulated to

that.

10:45        **THE COURT:**  Of restitution?

        **AUSA EMERY:**  Yes, Your Honor.

        **THE COURT:**  Okay.  So I'll order that the defendant

pay a restitution in the amount of $1,500.  If he's working at

a UNICOR job, he'll pay 50 percent of his wages towards his

10:46 financial obligations.  If he's not working a UNICOR job, he'll

pay $25 per quarter.  And upon release from incarceration, if

he still owes restitution, he'll pay that at the rate of 10

percent of his gross monthly earnings unless the Court sets a

different payment order in the interest of justice.

10:46        Is there any forfeiture or was that already resolved

1  during the first proceeding?

2       **AUSA EMERY:**  Yeah.  I believe it was already resolved.

3  And Your Honor, with respect to restitution, that was with

4  respect to a particular victim that the government had

10:46  5  indicated in its -- in the order.  Victim that goes by the name

6  of -- I believe it was Amie.  But I can provide that

7  information to --

8       **THE COURT:**  Just get that information to the

9  probation.  It was Sarah.

10:47  10       **AUSA EMERY:**  Okay.

11       **THE COURT:**  Is that the same one as the previous one?

12       **AUSA EMERY:**  It's the same one as the previous one.

13       **THE COURT:**  Well, just verify that and get to that

14  Jacob before we do the actual judgment.

10:47  15       **AUSA EMERY:**  I will.

16       **THE COURT:**  Now that sentence has been imposed, does

17  the defendant or his counsel object to the Court's finding of

18  fact, the manner in which sentence was pronounced, or any of

19  the Court's sentencing rulings?

10:47  20       **AFPD LOPEZ:**  Yes, Your Honor.  For the record, Your

21  Honor, we would object to the sentence imposed as being

22  substantively unreasonable.

23       In addition, we would note that the sentence imposed,

24  50 years, is more than double what the sentencing commission

10:47  25  has deemed the average sentence for all child pornography

production sentences, most of which would be even more

egregious than Mr. Killen.  We would argue that that is grossly

disproportionate to the sentences and would thus violate the

8th Amendment against cruel and unusual punishment.

10:47
        We would also -- as to the procedure that the Court

used to get to the sentence, we would argue that it would

violate 18 USC 3584(b) as noted in our sentencing memorandum.

        What this Court would not only have to go through to

3553 factors as a whole, but as to each offense for which the

10:48
imprisonment was imposed, which I don't think the Court

properly did in this case.

        We would also say that it violates the sentencing

guidelines section 5G1.2, subsections B and C as to how this

Court should impose a concurrent sentence.  So we would object

10:48
to all that, Your Honor.

        **THE COURT:**  All right.  And Mr. Killen, you have the

right to appeal the sentence that was imposed; however, any

notice of appeal must be filed within 14 days after entry of

the judgment.

10:48
        If you are unable to pay the cost of an appeal, you

can apply for leave to appeal in forma pauperis, which means

you can appeal without prepaying fees or costs.

        Is there anything further from either the government

or the defendant?

10:48
        **AUSA EMERY:**  No, Your Honor.  Thank you.

1          **AFPD CARMON:**  No, Your Honor.

2          **THE COURT:**  All right.  We'll be in recess until our

3    next hearing at 11:00.

4

5

6             (Thereupon, the above hearing was concluded.)

7

8                       *            *            *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               **C E R T I F I C A T E**

2

3          I hereby certify that the foregoing is an accurate

4     transcription of the proceedings in the above-entitled

5     matter.

6

8        10/11/2018        _____

9     DATE COMPLETED        GIZELLA BAAN-PROULX, RPR, FCRR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,500** [3] - 71:6, 71:13, 71:18
**$100** [1] - 71:6
**$25** [1] - 71:21
**$50,000** [1] - 58:6

## '

**'19** [1] - 33:19

## 1

**1** [3] - 69:25, 70:7, 70:12
**1,000** [1] - 19:5
**10** [9] - 9:18, 11:15, 18:16, 44:24, 45:21, 51:21, 70:1, 70:13, 71:22
**10/11/2018** [1] - 75:8
**100** [2] - 43:9, 69:15
**105** [1] - 69:16
**11** [4] - 8:15, 22:17, 70:2, 70:13
**110** [2] - 4:22, 7:3
**1164** [1] - 6:8
**11:00** [1] - 74:3
**11th** [8] - 4:9, 4:10, 4:16, 5:5, 37:15, 43:14, 62:8, 67:14
**12** [6] - 25:25, 26:11, 26:12, 46:6, 70:3, 70:13
**12,000** [1] - 19:4
**120** [1] - 70:3
**12521** [1] - 6:8
**12th** [1] - 28:15
**12th-grade** [1] - 28:15
**13** [5] - 15:8, 26:11, 26:12, 70:3, 70:13
**13-year-old** [1] - 34:8
**135** [1] - 58:21
**139** [2] - 7:15, 58:16
**14** [6] - 8:15, 9:18, 11:15, 22:17, 52:14, 73:18
**14-year-old** [2] - 8:11, 69:8
**140** [2] - 43:10, 69:15
**15** [8] - 45:21, 46:5, 46:6, 53:24, 67:17, 69:2, 70:3, 70:13
**15-CR-20106-KMM** [1] - 1:2
**15-year** [1] - 54:2
**150** [1] - 1:18
**16** [2] - 70:3, 70:13
**16-A** [1] - 18:22
**17-B** [2] - 17:5, 17:23
**1700** [1] - 1:18
**177** [1] - 56:17
**18** [6] - 4:7, 50:10, 53:14, 64:2, 69:22, 73:7
**18-year-old-kids** [1] - 36:5
**184** [1] - 39:15
**19** [2] - 43:6, 50:10

## 19-B / 2 column

**19-B** [1] - 13:11
**19-F** [1] - 16:20
**1965** [1] - 44:22
**1985** [1] - 33:22
**1989** [2] - 44:21, 44:22
**1993** [1] - 44:20
**1997** [1] - 45:15
**1998** [1] - 45:16

## 2

**2** [3] - 23:21, 70:1, 70:13
**20** [4] - 43:6, 45:21, 46:5, 50:10
**20-year** [1] - 67:25
**2012** [1] - 61:13
**2013** [7] - 17:22, 26:8, 26:19, 28:18, 34:4, 34:6, 34:12
**2014** [7] - 17:20, 19:18, 20:1, 20:4, 20:17, 23:3, 58:6
**2015** [3] - 9:16, 20:11, 23:20
**2018** [1] - 1:5
**204-month** [1] - 69:7
**23** [1] - 61:22
**24** [1] - 70:2
**240** [3] - 70:1, 70:2, 70:6
**25** [4] - 2:3, 43:5, 53:4, 53:16
**27** [1] - 1:5
**274** [2] - 61:21, 69:13
**288** [3] - 7:7, 10:14, 23:4
**29** [1] - 33:18

## 3

**3** [6] - 5:19, 5:22, 45:15, 47:9, 70:6, 70:13
**30** [1] - 64:23
**305** [3] - 1:15, 1:19, 1:23
**30s** [1] - 57:4
**324** [1] - 67:16
**33** [2] - 2:4, 56:1
**33128** [1] - 1:22
**33130** [1] - 1:18
**33132** [1] - 1:14
**35** [1] - 67:17
**3553** [1] - 73:9
**3553(a** [4] - 4:8, 5:7, 8:6, 69:22
**3553(a)** [2] - 4:20, 64:3
**3584(b** [1] - 73:7
**360** [2] - 69:12, 69:25

## 4

**4** [2] - 70:2, 70:14
**40-A** [1] - 19:12
**400** [1] - 1:22
**405** [2] - 67:16, 67:22
**42** [1] - 58:23
**42-C** [1] - 26:15
**420** [2] - 67:17, 69:3

## 43 / 4th column

**43** [2] - 4:5, 61:16
**4th** [1] - 1:14

## 5

**5** [3] - 5:22, 70:1, 70:13
**5'6** [1] - 58:21
**50** [3] - 69:24, 71:19, 72:24
**500,000** [1] - 9:8
**523-5634** [1] - 1:23
**533-4201** [1] - 1:19
**5G1.2** [1] - 73:13

## 6

**6** [4] - 5:19, 5:23, 70:2, 70:14
**600** [2] - 69:24, 70:9

## 7

**7** [7] - 6:4, 6:17, 6:21, 36:4, 65:15, 70:1, 70:13
**72** [1] - 70:16
**750** [1] - 69:16

## 8

**8** [4] - 27:17, 44:24, 70:1, 70:13
**80** [2] - 4:22, 7:3
**80-years-to-100-year** [1] - 19:15
**8S32** [1] - 1:22
**8th** [2] - 43:15, 73:4

## 9

**9** [3] - 44:24, 70:1, 70:13
**961-9421** [1] - 1:15
**99** [1] - 1:14

## A

**a.k.a** [1] - 9:2
**ability** [5] - 36:12, 36:13, 46:15, 51:17, 58:7
**able** [18] - 9:19, 12:4, 24:5, 24:9, 29:25, 30:4, 31:14, 36:17, 49:7, 54:10, 54:15, 54:19, 57:12, 57:23, 58:5, 61:3, 66:8, 66:9
**Ables** [1] - 57:22
**abortion** [1] - 44:25
**above-average** [1] - 22:1
**above-entitled** [1] - 75:4
**absolutely** [3] - 35:20, 46:18, 59:22
**abuse** [5] - 24:9, 35:3, 60:10, 60:22, 60:23
**abuser** [1] - 7:5
**abusive** [1] - 28:22
**Academy** [1] - 33:18
**accept** [3] - 60:24, 61:1, 63:7

## acceptance column

**acceptance** [1] - 20:20
**access** [1] - 55:3
**accesses** [1] - 54:10
**according** [1] - 21:15
**account** [4] - 9:14, 9:21, 53:8, 60:9
**accountability** [1] - 44:16
**accountable** [3] - 36:6, 36:19, 44:15
**accounts** [1] - 21:15
**accurate** [2] - 53:16, 75:3
**acknowledge** [3] - 5:9, 64:7, 65:1
**acknowledged** [2] - 40:10
**acknowledges** [3] - 40:9, 40:25, 44:11
**acknowledgment** [1] - 49:2
**act** [2] - 27:21, 59:14
**Act** [1] - 71:1
**acted** [1] - 51:2
**actions** [3] - 19:16, 43:24, 62:19
**active** [2] - 27:23, 29:18
**actively** [2] - 11:2, 54:7
**activity** [1] - 52:8
**actual** [3] - 45:20, 52:12, 72:14
**Adam** [1] - 71:1
**add** [2] - 61:8, 61:9
**addition** [3] - 63:13, 70:20, 72:23
**additional** [2] - 19:13, 20:18
**address** [7] - 7:21, 23:17, 25:7, 37:12, 57:9, 57:14, 57:15
**addresses** [1] - 57:10
**adjunct** [1] - 33:12
**admitted** [3] - 13:19, 17:11, 26:14
**adopt** [2] - 47:24, 49:18
**adopted** [10] - 8:19, 21:2, 21:13, 21:18, 45:14, 45:15, 46:23, 47:9, 48:18
**adopting** [2] - 39:19, 47:23
**adored** [1] - 28:9
**adult** [1] - 57:25
**advanced** [2] - 49:25, 60:18
**advantage** [1] - 65:19
**advice** [2] - 59:11, 59:14
**advisor** [1] - 33:9
**advisory** [1] - 64:1
**affairs** [1] - 35:23
**affidavit** [2] - 38:17, 38:22
**afforded** [2] - 48:4, 59:12
**Afghanistan** [1] - 34:4
**AFPD** [24] - 1:17, 3:13, 3:23, 4:3, 6:15, 6:25, 32:19, 36:25, 39:5, 39:17, 40:7, 40:23, 41:6, 41:11, 42:22,

43:3, 51:8, 56:11, 56:24, 59:22, 60:8, 61:9, 72:20, 74:1

**afraid** [1] - 59:1

**age** [16] - 8:23, 9:24, 11:10, 19:9, 27:23, 31:3, 35:3, 36:6, 45:15, 48:17, 53:4, 53:7, 53:8, 58:14, 58:22

**Agent** [4] - 1:25, 3:10, 19:8, 19:22

**agent** [2] - 3:11, 7:9

**agents** [3] - 6:12, 20:1, 20:9

**ages** [2] - 9:17, 22:17

**aggravating** [1] - 5:9

**ago** [2] - 44:6, 49:8

**agree** [2] - 46:10, 48:11

**agreed** [1] - 47:24

**ahead** [5] - 12:17, 12:19, 42:21, 43:2, 56:10

**Alabama** [1] - 35:23

**alarming** [2] - 7:11, 7:16

**alcohol** [2] - 31:2, 35:3

**alias** [1] - 11:24

**alienation** [1] - 29:19

**all-star** [1] - 34:22

**allowed** [5] - 43:19, 50:22, 57:14, 63:4, 66:20

**allows** [4] - 50:17, 50:18, 51:10, 62:18

**almost** [5] - 26:11, 26:12, 34:15, 34:16, 35:10

**alter** [1] - 52:18

**amenable** [1] - 55:16

**Amendment** [2] - 43:15, 73:4

**AMERICA** [2] - 1:4, 1:13

**America** [1] - 3:6

**American** [2] - 11:13, 22:17

**Amie** [1] - 72:6

**amount** [2] - 71:8, 71:18

**analyst** [1] - 12:15

**analyze** [1] - 20:2

**anesthesiologist** [1] - 68:5

**anger** [2] - 34:19, 52:6

**angry** [2] - 28:7, 36:14

**anonymity** [1] - 50:20

**Ansack** [1] - 69:9

**answer** [3] - 63:17, 63:19

**antisocial** [2] - 34:16, 34:24

**anxiety** [1] - 64:17

**apologies** [1] - 63:8

**apologize** [4] - 14:24, 63:9, 63:10, 63:11

**appeal** [5] - 73:17, 73:18, 73:20, 73:21, 73:22

**appeals** [1] - 61:25

**appearances** [1] - 3:7

**appeased** [1] - 52:9

**application** [2] - 9:17, 17:7

**apply** [3] - 24:17, 70:20,

73:21

**appointed** [1] - 33:11

**appreciate** [1] - 39:5

**appropriate** [6] - 4:12, 5:2, 49:16, 62:9, 67:12, 69:2

**argue** [2] - 73:2, 73:6

**argued** [1] - 68:8

**argument** [2] - 68:22, 69:4

**arms** [1] - 45:25

**army** [1] - 33:9

**arrange** [1] - 55:10

**arrest** [2] - 17:17, 17:19

**arrested** [4] - 17:16, 17:20, 20:12, 39:13

**ashen** [1] - 26:23

**ashen-colored** [1] - 26:23

**aside** [1] - 23:25

**assault** [2] - 60:5, 60:7

**assaulted** [1] - 60:16

**assaulting** [1] - 59:25

**assessment** [1] - 71:5

**assigned** [3] - 47:2, 47:15, 48:6

**assistance** [1] - 55:16

**associated** [1] - 29:7

**assume** [1] - 29:16

**athletic** [1] - 34:21

**attached** [2] - 6:17, 6:21

**attachments** [1] - 46:15

**attempt** [1] - 55:10

**attention** [4] - 5:15, 5:25, 19:23, 52:18

**attitude** [1] - 28:5

**Attorney's** [1] - 1:13

**audience** [1] - 12:25

**August** [1] - 1:5

**Augustine** [1] - 33:6

**AUSA** [35] - 1:12, 1:13, 3:8, 3:9, 3:22, 4:2, 4:13, 5:14, 6:3, 6:17, 7:1, 12:23, 13:2, 13:16, 13:18, 25:4, 25:8, 25:16, 31:21, 31:22, 32:16, 32:22, 33:4, 33:23, 36:22, 37:4, 37:8, 56:13, 71:13, 71:16, 72:2, 72:10, 72:12, 72:15, 73:25

**authority** [1] - 35:12

**automatically** [1] - 42:8

**Avenue** [1] - 1:22

**average** [6] - 21:25, 22:1, 61:19, 61:24, 69:13, 72:25

**avoid** [2] - 4:17, 48:1

**awkward** [1] - 64:13

**B**

**BAAN** [2] - 1:21, 75:9

**BAAN-PROULX** [2] - 1:21, 75:9

**backlash** [1] - 44:21

**bad** [3] - 59:11, 59:14, 66:23

**balls** [2] - 14:15, 14:23

**banned** [1] - 44:25

**bar** [1] - 68:13

**baseball** [1] - 34:23

**based** [10] - 7:6, 7:15, 16:5, 20:9, 21:8, 21:17, 22:5, 36:8, 39:22, 58:8

**baseman** [1] - 34:22

**basis** [2] - 7:14, 55:20

**beating** [2] - 16:10

**became** [2] - 34:15, 34:18

**become** [4] - 27:22, 51:11, 53:4, 62:24

**BEFORE** [1] - 1:9

**begging** [2] - 14:4, 14:18

**begin** [1] - 27:20

**behalf** [4] - 3:9, 4:14, 33:13, 40:20

**behaved** [1] - 67:2

**behavior** [14] - 28:12, 28:18, 34:12, 44:14, 48:23, 51:22, 51:25, 52:24, 53:8, 55:14, 63:6, 63:11, 66:11, 66:23

**behavioral** [2] - 47:19, 50:7

**behind** [1] - 50:21

**belief** [1] - 41:13

**believer** [1] - 32:10

**believes** [3] - 19:14, 38:13, 55:14

**below** [1] - 68:15

**benefit** [2] - 22:8, 23:9

**benefitted** [1] - 50:8

**Bernardo** [1] - 3:14

**best** [1] - 62:18

**bestiality** [1] - 56:4

**Betcher** [1] - 69:16

**better** [9] - 23:10, 23:11, 45:17, 51:11, 51:19, 61:2, 65:12, 66:13, 66:19

**between** [5] - 7:3, 9:18, 13:4, 16:20, 47:18

**BeverlyHills** [1] - 18:5

**BeverlyHills05** [1] - 17:13

**beyond** [1] - 43:18

**biological** [2] - 48:17, 65:5

**bit** [4] - 4:15, 26:25, 29:19, 54:23

**blackmailed** [1] - 18:11

**blocks** [1] - 46:8

**blown** [1] - 41:21

**bodes** [1] - 49:4

**bold** [1] - 53:6

**bond** [2] - 65:23, 65:25

**boom** [1] - 45:3

**BOP** [2] - 23:8, 23:10, 23:12, 60:4

**born** [2] - 44:20, 45:8

**borne** [1] - 66:11

**bothering** [1] - 41:8

**bounced** [1] - 57:11

**boy** [11] - 9:4, 13:5, 13:11, 14:3, 15:7, 15:24, 16:12, 17:3, 18:15, 48:3, 69:8

**boys** [56] - 8:4, 8:15, 8:22, 9:3, 9:12, 9:23, 10:5, 10:7, 10:11, 10:12, 10:15, 10:22, 10:23, 11:5, 11:12, 11:13, 11:15, 11:23, 11:25, 12:2, 12:7, 17:25, 18:3, 18:5, 18:6, 18:12, 18:19, 19:9, 19:12, 22:16, 22:17, 22:18, 23:24, 23:25, 24:2, 24:10, 24:11, 24:13, 24:20, 27:23, 27:25, 41:22, 42:4, 49:18, 55:12, 56:5, 56:22, 58:14, 64:12, 64:18, 68:4, 68:5

**boys'** [2] - 9:13, 11:2

**brags** [1] - 18:10

**brain** [8] - 53:3, 53:15, 65:9, 65:22, 66:3

**Brazil** [1] - 57:11

**bridge** [1] - 54:21

**bring** [3] - 5:15, 5:24, 24:19

**brother** [1] - 56:6

**brothers** [3] - 29:7, 32:14, 32:15

**brought** [6] - 19:22, 21:1, 21:13, 49:18, 62:3, 65:10

**Bureau** [4] - 59:8, 66:18, 69:23, 70:17

**buy** [1] - 15:13

**BY** [5] - 1:21, 25:16, 31:22, 33:4, 33:23

**C**

**calculations** [1] - 4:1

**Calhoun** [1] - 33:10

**cam** [1] - 17:25

**Camy** [2] - 11:20, 12:8

**cannot** [3] - 43:19, 44:6, 54:16

**care** [10] - 16:16, 35:5, 46:21, 47:3, 47:5, 47:13, 47:21, 56:10, 56:16, 58:12

**caregiver** [1] - 46:6

**caregivers** [1] - 47:18

**Carly** [8] - 8:19, 9:2, 9:4, 9:5, 9:9, 9:12, 12:3, 20:7

**CARMON** [22] - 1:17, 3:13, 3:23, 4:3, 6:15, 6:25, 32:19, 36:25, 39:5, 39:17, 40:7, 40:23, 41:6, 41:11, 42:22, 43:3, 51:8, 56:11, 56:24, 59:22, 60:8, 74:1

**Carmon** [3] - 3:13, 37:9, 42:20

**CASE** [1] - 1:2

**case** [55] - 3:11, 4:10, 4:16, 4:19, 4:25, 5:10, 7:6, 7:9, 7:16, 9:15, 10:17, 11:22, 16:12, 20:3, 21:7, 21:12, 21:20, 21:25, 22:5, 22:11, 23:11, 23:20, 24:8, 25:2, 27:12, 32:1, 37:16, 37:17, 37:19, 38:10, 38:23, 40:12, 48:15, 53:19, 55:25, 56:25, 57:6, 57:22, 62:3, 62:7, 62:9, 67:15, 67:16, 67:21, 67:22, 67:25, 68:7, 68:9, 68:14, 68:21, 69:9, 69:14, 73:11
**cases** [10] - 19:10, 24:24, 55:8, 55:17, 55:19, 55:24, 57:21, 58:9, 61:10
**caused** [4] - 15:20, 37:23, 63:10, 64:18
**Ceausescu** [2] - 44:22, 45:3
**Cedar** [2] - 25:23, 26:7
**ceiling** [1] - 68:13
**cell** [7] - 59:1, 59:2, 59:3, 59:4, 60:7
**certain** [3] - 11:9, 11:10, 16:11
**certainly** [10] - 41:11, 44:1, 44:14, 47:9, 48:8, 51:8, 56:4, 60:23, 67:8, 68:7
**certify** [1] - 75:3
**challenge** [1] - 35:12
**challenging** [1] - 35:12
**Chancellor** [3] - 57:6, 57:7, 57:17
**Chanel** [7] - 8:20, 9:2, 11:25, 12:2, 13:4, 16:23, 20:7
**change** [1] - 28:12
**changed** [2] - 28:5
**changes** [3] - 34:11, 34:14, 35:8
**Chansler** [2] - 4:24, 69:16
**chaos** [2] - 49:20, 50:2
**characteristics** [2] - 8:8, 22:20
**characterize** [2] - 11:15, 29:1
**characterized** [1] - 65:13
**characterizes** [1] - 18:7
**charged** [3] - 10:17, 38:8, 42:3
**chat** [5] - 9:19, 12:4, 13:3, 56:12, 58:8
**chats** [9] - 11:11, 12:9, 12:14, 12:18, 16:5, 17:12, 50:15, 56:14, 57:17
**chatting** [3] - 12:2, 13:21, 17:24
**check** [1] - 45:2
**cheerleader** [2] - 8:11, 9:6
**cheerleading** [1] - 35:22
**child** [20] - 6:6, 6:8, 14:11,

19:4, 19:10, 20:5, 20:16, 22:10, 41:15, 44:23, 50:13, 56:3, 58:11, 58:23, 61:13, 61:14, 61:15, 61:17, 61:19, 72:25
**child's** [2] - 65:5, 65:21
**children** [21] - 7:5, 7:18, 30:14, 35:17, 36:17, 44:3, 44:24, 45:8, 45:16, 45:18, 46:7, 47:2, 47:10, 47:18, 47:21, 48:14, 49:18, 49:21, 50:3, 65:10, 65:23
**children's** [1] - 48:1
**China** [1] - 57:11
**choice** [1] - 52:14
**church** [1] - 28:1
**Circuit** [6] - 4:10, 5:5, 37:15, 43:14, 62:8, 67:14
**Circuit's** [2] - 4:9, 4:16
**circumstances** [4] - 5:9, 8:7, 44:12, 69:21
**cited** [6] - 4:25, 46:25, 55:17, 58:23, 60:14, 62:7
**cites** [4] - 46:22, 57:21, 58:9
**claim** [2] - 22:21, 39:1
**claiming** [1] - 59:19
**clear** [5] - 7:23, 23:19, 44:10, 60:14, 65:3
**clearly** [2] - 11:14, 61:25
**client** [2] - 40:19, 59:15
**clinically** [2] - 51:22, 51:24
**close** [4] - 24:7, 31:17, 32:7, 40:5
**close-knit** [1] - 32:7
**club** [1] - 51:13
**Code** [3] - 4:8, 64:3, 69:22
**coercive** [1] - 50:19
**cognitive** [3] - 47:11, 48:13, 50:7
**cognitively** [1] - 48:17
**cohort** [1] - 46:23
**Coleman** [4] - 58:19, 58:25, 59:12, 60:1
**colleague** [1] - 7:2
**collected** [1] - 58:5
**Colonel** [2] - 35:17, 36:22
**colonel** [1] - 33:15
**color** [1] - 13:17
**colored** [1] - 26:23
**colors** [1] - 46:8
**combat** [3] - 36:4, 46:20
**comfortable** [2] - 34:9, 62:22
**coming** [1] - 60:25
**comment** [2] - 44:6, 59:13
**commission** [4] - 61:12, 64:15, 64:18, 72:24
**commit** [2] - 56:9
**committed** [3] - 15:1, 61:23, 69:23

**committing** [1] - 43:6
**communicate** [2] - 8:17, 9:3
**communicated** [1] - 39:25
**communications** [1] - 29:22
**communism** [3] - 44:21, 45:10, 45:21
**community** [3] - 30:20, 53:11, 53:13
**compared** [2] - 47:7, 68:3
**comparison** [2] - 49:6, 55:8
**comparisons** [1] - 55:18
**compassion** [4] - 15:20, 36:18, 37:23, 38:2
**compelling** [1] - 68:22
**complain** [1] - 59:9
**complained** [1] - 59:9
**complains** [1] - 15:21
**complete** [7] - 20:19, 35:6, 37:22, 44:5, 44:8, 53:4, 56:21
**COMPLETED** [1] - 75:9
**completely** [3] - 21:5, 22:4, 38:1
**complex** [1] - 65:8
**comprehensive** [1] - 61:11
**compulsive** [1] - 52:7
**computer** [12] - 19:5, 19:19, 19:21, 20:14, 42:8, 42:12, 54:6, 54:10, 55:3, 58:7, 70:22, 70:23
**computer/modem** [1] - 70:22
**concern** [3] - 37:23, 56:21, 66:8
**concerned** [2] - 36:16, 56:19
**concerns** [2] - 37:11, 59:16
**conclude** [1] - 53:3
**concluded** [1] - 74:6
**concocted** [1] - 8:9
**concurrent** [3] - 70:4, 70:15, 73:14
**condition** [1] - 71:2
**conditions** [6] - 44:18, 45:13, 46:2, 65:2, 70:20, 70:21
**conduct** [4] - 11:18, 53:9, 66:9, 67:23
**conducted** [1] - 38:23
**confidence** [2] - 43:25, 44:8
**confirm** [1] - 49:10
**confirming** [1] - 39:17
**confirms** [1] - 53:6
**conflux** [1] - 52:1
**conform** [2] - 66:9, 66:24
**confused** [2] - 42:14
**confusion** [4] - 52:3, 52:5, 52:13, 62:25
**connection** [1] - 9:18
**conscious** [1] - 66:17

**consecutive** [1] - 70:7
**consequence** [1] - 25:1
**consequences** [2] - 32:12, 65:4
**conservative** [1] - 7:10
**consider** [5] - 21:7, 42:24, 43:1, 55:21, 68:18
**consideration** [6] - 53:2, 60:10, 60:23, 67:19, 68:10, 68:17
**considered** [2] - 63:25, 69:20
**considering** [2] - 53:17, 69:21
**consistent** [3] - 5:8, 18:1, 18:18
**consists** [2] - 69:25, 70:12
**constant** [1] - 24:20
**constitution** [1] - 53:21
**consuming** [1] - 54:25
**contact** [7] - 44:4, 52:9, 52:22, 55:1, 55:10, 70:23, 70:24
**contacted** [2] - 52:10, 52:17
**contacting** [1] - 58:14
**contained** [1] - 62:25
**contains** [1] - 64:1
**contesting** [1] - 38:19
**context** [3] - 41:20, 44:19, 53:18
**contexting** [1] - 42:1
**continue** [3] - 10:6, 28:18, 63:6
**continued** [1] - 30:1
**continues** [1] - 15:17
**continuing** [1] - 20:5
**contrary** [1] - 5:5
**control** [1] - 37:22
**controlled** [2] - 47:1, 48:5
**conversation** [23] - 8:21, 8:25, 10:1, 10:7, 13:3, 13:20, 13:22, 13:25, 14:17, 15:17, 15:23, 16:19, 16:20, 17:6, 17:8, 18:4, 18:8, 18:9, 30:4, 30:5, 30:22, 38:14, 56:18
**conversations** [7] - 11:7, 17:21, 18:13, 22:15, 39:12, 49:10, 49:23
**convicted** [1] - 60:12
**conviction** [2] - 60:15, 71:6
**convince** [1] - 9:12
**convinced** [4] - 10:12, 10:22, 10:23, 69:8
**Cook** [7] - 15:25, 16:1, 32:22, 33:24, 35:17, 36:22
**COOK** [2] - 2:4, 32:24
**Cook's** [1] - 16:7
**cooked** [1] - 50:12
**cope** [1] - 31:3

**correct** [6] - 4:1, 4:2, 6:15, 6:25, 30:9, 43:20
**corrected** [1] - 60:4
**corrupt** [2] - 40:4
**cost** [1] - 73:20
**costs** [1] - 73:22
**Counsel** [1] - 3:7
**counsel** [2] - 33:11, 72:17
**counseling** [4] - 29:20, 30:6, 55:16, 61:2
**counselor** [1] - 30:2
**count** [6] - 14:6, 69:25, 70:1, 70:6, 70:7, 71:6
**country** [2] - 45:6, 62:20
**counts** [9] - 4:6, 70:1, 70:2, 70:3, 70:4, 70:8, 70:12, 70:14
**County** [1] - 54:20
**couple** [1] - 49:14
**couples** [1] - 44:24
**COURT** [49] - 1:1, 1:10, 3:3, 3:12, 3:16, 3:19, 3:24, 4:4, 5:12, 6:2, 6:14, 6:16, 12:21, 13:1, 25:3, 25:6, 32:18, 32:20, 33:21, 36:24, 37:1, 37:3, 37:6, 37:9, 39:15, 39:20, 40:21, 41:4, 41:7, 41:12, 42:18, 42:20, 42:23, 51:5, 56:8, 56:23, 59:14, 60:6, 61:8, 62:11, 63:24, 71:15, 71:17, 72:8, 72:11, 72:13, 72:16, 73:16, 74:2
**Court** [28] - 1:21, 7:21, 19:14, 21:6, 22:24, 23:18, 31:25, 36:2, 39:10, 43:4, 43:7, 53:18, 53:25, 54:4, 55:2, 55:4, 55:20, 60:23, 62:4, 63:7, 63:10, 63:25, 69:23, 71:23, 73:5, 73:8, 73:10, 73:14
**court** [13] - 3:2, 4:9, 25:12, 38:5, 40:21, 48:16, 48:18, 52:25, 53:8, 61:25, 65:15, 65:16, 68:3
**Court's** [4] - 5:15, 5:24, 72:17, 72:19
**courtroom** [3] - 32:25, 41:5, 67:2
**courts** [1] - 40:4
**cousins** [1] - 29:8
**create** [2] - 4:19, 65:4
**created** [3] - 20:7, 40:16, 45:16
**creates** [1] - 66:2
**creating** [1] - 4:18
**credibility** [3] - 22:24, 23:16, 58:21
**crib** [1] - 46:1
**crime** [13] - 7:24, 13:9, 14:25,

20:20, 20:22, 20:23, 21:5, 23:4, 38:7, 42:3, 56:22, 64:15, 64:19
**crimes** [3] - 24:22, 42:1, 43:6
**criminal** [1] - 40:2
**critical** [4] - 46:11, 46:21, 48:12
**cross** - 2:2
**cruel** [2] - 43:15, 73:4
**crying** [2] - 15:4, 15:19
**cum** [1] - 15:22
**curious** [2] - 41:23, 62:21
**custody** [2] - 3:15, 70:16
**Cyrus** [3] - 8:23, 8:24, 9:23

# D

**dad** [2] - 56:6, 65:19
**dad's** [1] - 57:16
**Dade** [1] - 54:20
**damage** [1] - 66:2
**danger** [2] - 7:23, 24:4
**dangerous** [1] - 43:19
**data** [1] - 70:21
**DATE** [1] - 75:9
**daughter** [2] - 26:3, 32:5
**days** [3] - 60:18, 60:19, 73:18
**DCF** [2] - 50:2, 50:4
**de** [1] - 30:3
**de-escalate** [1] - 30:3
**deal** [1] - 24:21
**dealings** [1] - 40:8
**death** [2] - 36:6, 53:11
**debate** [1] - 53:11
**decade** [1] - 64:23
**decision** [4] - 39:3, 60:25, 61:25, 66:17
**decisions** [3] - 36:5, 36:7, 36:19
**deemed** [1] - 72:25
**Defendant** [1] - 15:12
**defendant** [118] - 1:6, 7:5, 7:15, 7:18, 7:25, 8:2, 8:8, 8:9, 9:9, 9:25, 10:8, 10:10, 10:11, 10:15, 10:16, 10:18, 10:21, 11:1, 11:8, 11:9, 11:11, 11:14, 11:16, 11:19, 11:24, 12:1, 12:4, 12:8, 12:11, 13:4, 13:19, 13:23, 13:25, 14:1, 14:8, 14:9, 14:13, 14:17, 14:18, 14:19, 14:20, 14:25, 15:7, 15:9, 15:10, 15:15, 15:19, 15:21, 15:24, 16:2, 16:7, 16:10, 16:13, 16:15, 16:16, 16:21, 16:22, 16:23, 16:24, 17:2, 17:8, 17:11, 17:12, 17:21, 17:24, 17:25, 18:2, 18:6, 18:8, 18:10, 18:15, 19:4, 19:17, 19:23, 20:5, 20:8,

20:12, 20:21, 20:23, 21:2, 21:4, 21:13, 21:25, 22:6, 22:11, 22:13, 22:15, 22:21, 22:24, 23:1, 23:2, 23:7, 23:15, 23:24, 23:25, 24:5, 24:8, 25:2, 30:9, 33:25, 53:9, 56:15, 56:18, 56:20, 57:7, 64:11, 64:12, 65:13, 68:2, 69:8, 69:10, 69:23, 71:5, 71:17, 72:17, 73:24
**DEFENDANT** [4] - 1:17, 41:19, 42:19, 62:15
**defendant's** [15] - 6:7, 6:22, 13:9, 17:17, 17:18, 18:18, 18:23, 19:2, 19:11, 19:16, 20:11, 20:19, 21:16, 24:13, 56:22
**defender** [2] - 44:1, 53:20
**Defender's** [1] - 1:17
**defense** [10] - 6:13, 6:24, 21:1, 21:9, 21:22, 21:23, 37:10, 37:18, 65:7, 68:21
**defense's** [1] - 23:22
**definitely** [3] - 22:18, 29:2, 29:15
**definition** [1] - 11:17
**deflected** [1] - 52:11
**degree** [1] - 49:25
**delete** [2] - 14:5, 14:19
**Dell** [3] - 19:11, 20:13, 20:14
**demanding** [1] - 14:9
**demarcating** [1] - 53:6
**denial** [1] - 44:5
**denying** [1] - 39:22
**depart** [1] - 68:22
**department** [2] - 45:16, 45:18
**depressed** [1] - 62:24
**deprivation** [3] - 46:11, 46:14, 46:21
**deputy** [1] - 32:25
**describe** [2] - 34:5, 34:14, 46:5
**described** [3] - 29:11, 46:2, 49:24
**describes** [1] - 49:23
**deserves** [1] - 67:11
**despite** [2] - 43:23
**destroy** [2] - 8:3, 68:6
**destroyed** [3] - 8:4, 34:25, 36:8
**determination** [1] - 68:12
**determined** [1] - 20:4
**deterrence** [1] - 23:17
**devastated** [1] - 30:19
**devastating** [1] - 30:25
**develop** [2] - 31:14, 65:25
**developed** [2] - 48:17, 49:12
**developing** [2] - 53:15, 65:21
**development** [5] - 47:6,

48:12, 53:3, 53:4, 65:6
**developmental** [1] - 47:11
**device** [1] - 54:10
**devices** [4] - 6:8, 6:22, 18:24, 20:2
**Dickerson** [6] - 55:25, 56:1, 56:7, 56:25, 57:2, 57:3
**different** [14] - 24:1, 28:7, 32:3, 34:18, 35:25, 40:15, 47:4, 50:23, 55:19, 55:22, 62:20, 67:24, 71:24
**difficult** [6] - 28:22, 38:25, 59:20, 62:17, 63:2, 63:16
**dinner** [1] - 28:6
**direct** [2] - 2:2, 57:19
**DIRECT** [2] - 25:15, 33:3
**directly** [3] - 33:10, 39:16, 57:16
**dirty** [1] - 14:2
**disadvantaged** [1] - 65:11
**disagree** [1] - 68:25
**disavow** [1] - 40:21
**disclosure** [2] - 70:23, 71:3
**discussed** [4] - 6:19, 8:1, 12:17, 24:25
**discussion** [2] - 14:7, 17:15
**disease** [1] - 60:18
**diseases** [1] - 48:1
**disparities** [2] - 62:1, 68:19
**disproportionate** [1] - 73:3
**dispute** [1] - 4:15
**disregard** [1] - 40:17
**disrespectful** [1] - 63:11
**distinguishes** [1] - 46:24
**distress** [1] - 64:18
**distribute** [1] - 42:9
**distributed** [1] - 11:1
**distribution** [1] - 24:13
**district** [4] - 48:18, 52:25, 70:18
**District** [7] - 4:25, 17:18, 17:19, 54:8, 55:25, 57:6, 57:22
**DISTRICT** [3] - 1:1, 1:1, 1:10
**DiTomaso** [10] - 39:11, 49:22, 49:23, 51:1, 51:19, 51:21, 52:21, 55:12, 55:14, 61:5
**DiTomaso's** [2] - 49:9, 51:3
**diving** [1] - 44:17
**docket** [2] - 39:15, 56:17
**doctor** [6] - 21:22, 21:24, 22:5, 22:8, 22:11, 22:13
**doctrine** [1] - 62:4
**done** [18] - 10:13, 18:23, 29:5, 32:5, 42:2, 43:20, 43:23, 44:1, 44:11, 45:12, 48:22, 50:12, 51:6, 53:15, 59:4, 59:23, 59:24, 61:11
**door** [1] - 24:7

**double** [1] - 72:24
**doubt** [1] - 35:14
**down** [6] - 28:6, 28:24, 31:6, 32:14, 32:21, 37:1
**download** [1] - 20:5
**downloaded** [4] - 20:16, 42:8, 42:12, 51:23
**downloads** [2] - 18:22, 19:6
**downplay** [1] - 23:22
**Dr** [14] - 22:4, 39:11, 49:9, 49:22, 49:23, 51:1, 51:3, 51:19, 51:21, 52:21, 55:12, 55:14, 61:5, 69:5
**drafted** [1] - 39:8
**dramatic** [1] - 28:12
**drink** [1] - 31:2
**drug** [1] - 68:5
**drugging** [1] - 68:1
**duly** [2] - 25:12, 32:25
**during** [6] - 45:9, 45:24, 48:11, 64:15, 64:18, 72:1
**dynamic** [2] - 49:15, 50:4

## E

**early** [7] - 21:11, 31:3, 35:3, 46:18, 46:19, 65:13, 65:14
**earnings** [1] - 71:23
**easy** [1] - 67:3
**Eckerd** [1] - 5:24
**economy** [3] - 45:3, 45:7, 45:22
**edged** [1] - 66:5
**effect** [1] - 46:13
**effects** [4] - 46:12, 46:20, 48:13, 63:5
**egg** [1] - 28:20
**ego** [1] - 52:18
**egregious** [1] - 73:2
**eight** [1] - 23:15
**either** [5] - 47:2, 51:11, 54:7, 57:8, 73:23
**ejaculate** [1] - 11:23
**elaborate** [2] - 8:9, 12:1
**electronic** [4] - 6:7, 6:22, 18:23, 20:2
**ELMO** [1] - 12:24
**EMERY** [29] - 1:12, 3:8, 3:22, 4:2, 5:14, 6:3, 6:17, 7:1, 12:23, 13:2, 13:18, 25:4, 25:8, 25:16, 31:21, 31:22, 32:16, 32:22, 36:22, 37:4, 37:8, 56:13, 71:13, 71:16, 72:2, 72:10, 72:12, 72:15, 73:25
**Emery** [1] - 3:8
**emotional** [2] - 46:14, 48:14
**emotionally** [2] - 63:4, 64:14
**employer** [1] - 70:23
**employment** [1] - 70:24

**encapsulates** [1] - 7:24
**encryption** [1] - 70:21
**end** [8] - 7:20, 13:7, 15:21, 16:15, 43:9, 45:6, 61:15, 67:21
**ended** [2] - 30:16, 30:20
**ending** [2] - 63:14, 68:12
**ends** [1] - 59:24
**endure** [1] - 60:4
**endured** [1] - 44:18
**enforcement** [1] - 57:9
**engage** [1] - 55:13
**engines** [1] - 18:19
**ensued** [1] - 51:25
**entered** [5] - 12:15, 13:12, 16:5, 17:6, 18:24
**entire** [3] - 37:14, 51:17, 68:2
**entitled** [1] - 75:4
**entry** [3] - 39:15, 56:17, 73:18
**environment** [1] - 34:9
**equal** [1] - 65:18
**erection** [3] - 14:22, 14:23, 16:9
**erections** [1] - 10:13
**escalate** [2] - 10:1, 30:3
**especially** [1] - 54:3
**essentially** [6] - 9:16, 27:12, 43:4, 53:18, 58:11, 58:17
**esteemed** [1] - 62:23
**evaluation** [3] - 51:1, 51:4, 51:21
**event** [2] - 27:20, 28:17
**events** [1] - 34:6
**eventually** [2] - 9:25, 10:11
**evidence** [8] - 11:3, 12:15, 13:12, 17:6, 22:10, 23:23, 39:2, 65:3
**exactly** [6] - 7:18, 10:13, 10:16, 14:13, 15:14, 21:12, 21:19, 30:15, 46:15, 56:24
**EXAMINATION** [2] - 25:15, 33:3
**example** [10] - 8:17, 8:18, 8:23, 9:24, 11:21, 12:10, 18:20, 19:2, 19:7, 20:3
**excelling** [1] - 28:15
**exchange** [2] - 10:10, 12:7
**exchanged** [1] - 11:4
**excluded** [1] - 35:10
**excuse** [3] - 44:19, 52:24, 53:8
**excuses** [2] - 44:11, 44:14
**execute** [1] - 44:2
**executed** [1] - 20:10
**exhibit** [10] - 5:23, 6:4, 6:10, 6:17, 6:21, 12:16, 13:11, 18:22, 23:21, 47:13
**exhibited** [1] - 11:14

**exhibits** [3] - 5:18, 5:19, 5:22
**expected** [1] - 36:11
**experience** [2] - 63:15, 66:4
**experienced** [1] - 35:19
**experiences** [2] - 63:3, 65:4
**explained** [1] - 41:24
**explicit** [7] - 10:16, 11:22, 16:8, 18:2, 18:3, 18:13, 27:14
**exploded** [1] - 23:20
**express** [1] - 62:18
**extension** [2] - 53:12, 53:13
**extent** [2] - 29:14, 42:2
**extorted** [4] - 8:4, 11:4, 41:22, 42:4
**extortion** [3] - 7:19, 14:6, 33:25
**extraordinarily** [2] - 35:1, 36:14
**extremely** [3] - 29:9, 32:9, 62:23

## F

**F-R-O-S-T** [1] - 25:21
**face** [3] - 39:2, 51:6
**Facebook** [6] - 8:13, 8:17, 9:10, 20:6, 20:8
**fact** [16] - 8:2, 21:2, 23:12, 23:23, 24:3, 39:10, 44:25, 45:14, 47:23, 49:7, 49:13, 52:11, 53:5, 53:15, 68:11, 72:18
**factor** [1] - 20:18
**factors** [6] - 4:8, 8:6, 21:4, 52:1, 64:2, 73:9
**faint** [1] - 13:16
**fair** [4] - 24:6, 27:13, 28:11, 31:18
**fairness** [1] - 37:10
**faith** [1] - 40:1
**fake** [1] - 20:6
**fall** [1] - 45:21
**falls** [1] - 44:21
**falsely** [3] - 59:15, 59:19, 66:12
**familiar** [1] - 53:10
**families** [4] - 8:5, 45:17, 47:3, 58:10
**family** [36] - 13:10, 21:17, 28:5, 28:24, 29:3, 29:4, 29:5, 29:10, 29:22, 30:15, 30:16, 30:19, 32:2, 32:7, 32:8, 34:17, 34:25, 36:8, 36:10, 36:12, 40:14, 40:15, 44:2, 47:5, 47:22, 47:23, 48:4, 49:15, 49:20, 50:4, 57:4, 57:19, 63:11, 63:22, 65:15, 65:16
**family's** [1] - 32:13

**far** [7] - 5:16, 6:6, 7:2, 7:22, 7:23, 31:15, 60:15
**father** [4] - 15:25, 35:10, 35:16, 36:16
**fault** [1] - 48:9
**favor** [3] - 39:4, 41:16, 58:3
**FBI** [11] - 3:10, 12:15, 18:23, 19:17, 20:4, 20:16, 22:10, 23:2, 38:23, 40:3, 41:2
**FCRR** [2] - 1:21, 75:9
**fear** [3] - 15:6, 24:20, 52:5
**February** [5] - 19:18, 20:1, 20:4, 20:17, 23:3
**Federal** [1] - 1:17
**federal** [4] - 33:12, 33:13, 53:24, 58:22
**fees** [1] - 73:22
**fell** [2] - 33:24, 45:10
**felt** [2] - 29:25, 51:16
**female** [6] - 8:11, 8:19, 27:15, 52:7, 52:14, 52:15
**Ferrari** [1] - 51:13
**few** [2] - 5:14, 22:15
**fighting** [1] - 34:20
**figure** [2] - 26:25, 41:17
**file** [3] - 18:22, 20:15, 38:5
**filed** [7] - 5:18, 5:19, 5:22, 6:4, 38:5, 38:17, 73:18
**files** [2] - 19:1, 19:20
**filing** [9] - 21:3, 21:10, 23:22, 24:25, 38:16, 38:22, 39:7, 39:15, 42:25
**filings** [2] - 39:19, 57:8
**finally** [1] - 59:5
**financial** [2] - 71:2, 71:20
**fine** [1] - 15:13
**finished** [1] - 37:7
**firm** [1] - 32:10
**first** [22] - 3:5, 5:3, 5:4, 5:17, 8:6, 9:15, 10:8, 19:17, 20:17, 23:19, 37:20, 38:6, 38:9, 39:21, 45:4, 64:15, 64:19, 65:21, 67:14, 69:19, 72:1
**five** [4] - 22:7, 54:2, 68:14, 68:16
**FL** [3] - 1:14, 1:18, 1:22
**Flagler** [1] - 1:18
**flash** [1] - 16:11
**Florida** [12] - 4:25, 17:19, 33:6, 33:7, 33:9, 53:14, 54:8, 54:24, 54:25, 56:1, 57:7
**FLORIDA** [1] - 1:1
**focused** [1] - 4:10
**follow** [1] - 7:1
**followers** [1] - 9:8
**following** [2] - 3:2, 70:19
**follows** [2] - 25:13, 33:1

**fondly** [1] - 60:13
**football** [1] - 27:25
**FOR** [2] - 1:12, 1:17
**force** [1] - 33:6
**foregoing** [1] - 75:3
**foremost** [1] - 38:6
**forfeiture** [1] - 71:25
**form** [2] - 46:15, 55:19
**forma** [1] - 73:21
**forth** [2] - 18:4, 64:2
**forward** [1] - 3:20
**foster** [6] - 47:3, 47:4, 47:13, 47:15, 47:18, 47:20
**four** [6] - 29:23, 33:17, 35:20, 54:11, 54:20, 63:3
**freakish** [1] - 15:3
**freedom** [1] - 63:22
**Friday** [2] - 6:4, 38:16
**friend** [2] - 30:15, 68:6
**friendless** [1] - 50:16
**friends** [5] - 31:11, 31:12, 31:13, 31:14, 49:12
**friendships** [2] - 31:13, 31:16
**front** [2] - 51:12, 69:10
**Frost** [9] - 13:6, 13:8, 13:21, 14:12, 25:5, 25:21, 26:1, 31:23, 56:14
**FROST** [2] - 2:3, 25:11
**Frost2499** [1] - 13:6
**Frosty** [3] - 13:5, 13:23, 14:15
**Frosty2499** [1] - 13:20
**full** [3] - 13:5, 25:19, 53:7
**function** [2] - 58:8, 65:9
**future** [2] - 29:10, 63:22

**G**

**gained** [1] - 9:13
**gaining** [1] - 48:23
**gains** [3] - 47:11, 47:14, 49:3
**Gall** [1] - 52:25
**gang** [1] - 44:3
**Garrett** [30] - 13:6, 13:21, 14:1, 14:8, 14:12, 14:16, 14:17, 14:22, 15:2, 15:8, 15:11, 15:13, 15:18, 15:22, 24:16, 26:1, 26:10, 26:18, 27:22, 28:22, 29:6, 29:14, 29:15, 29:24, 30:8, 30:22, 31:1, 32:6, 56:14
**gat** [1] - 33:21
**general** [4] - 8:14, 12:5, 33:12, 52:4
**GigaTribe** [3] - 12:11, 17:7, 17:25
**girl** [9] - 27:4, 27:5, 27:6, 27:7, 30:17, 47:24, 57:3
**girl's** [1] - 57:1

**girlfriends** [1] - 31:15
**girls** [3] - 35:24, 57:18, 57:24
**girls'** [1] - 57:25
**given** [6] - 5:4, 47:14, 60:17, 60:21, 63:14, 69:1
**GIZELLA** [2] - 1:21, 75:9
**gizella_baan** [1] - 1:23
gizella_baan-proulx@flsd.
uscourts.gov [1] - 1:23
**glimpse** [1] - 45:11
**God** [2] - 63:17
**Google** [1] - 18:20
**government** [45] - 4:14, 4:20, 5:12, 5:18, 7:12, 8:1, 13:11, 19:3, 19:11, 19:13, 20:10, 20:13, 21:3, 21:9, 22:3, 22:5, 22:12, 23:19, 23:23, 24:25, 32:16, 32:22, 33:13, 37:3, 37:17, 41:20, 42:9, 42:11, 43:3, 43:8, 43:10, 46:17, 46:22, 46:25, 53:17, 55:17, 57:21, 58:9, 58:20, 62:5, 68:21, 68:23, 69:4, 72:4, 73:23
**government's** [12] - 4:11, 5:16, 6:4, 16:20, 17:5, 17:23, 18:21, 23:21, 24:24, 26:15, 56:17, 68:20
**Governor** [2] - 33:11, 33:12
**grade** [2] - 28:14, 28:15
**Graham** [2] - 53:14
**grandfathered** [1] - 54:18
**grandparents** [2] - 29:6, 32:14
**gratification** [3] - 10:19, 10:20, 10:24
**grave** [1] - 37:23
**great** [1] - 24:2
**grew** [1] - 44:13
**gross** [2] - 52:1, 71:23
**grossly** [2] - 58:12, 73:2
**group** [2] - 28:1, 28:2
**grow** [1] - 63:4
**growing** [1] - 62:21
**grown** [1] - 57:4
**growth** [2] - 48:14, 49:3
**guards** [1] - 60:16
**guidance** [3] - 4:8, 47:19, 62:8
**guideline** [5] - 4:7, 61:16, 67:16, 67:21, 67:22
**guidelines** [10] - 3:25, 4:5, 64:2, 67:18, 67:20, 67:24, 68:15, 68:23, 69:3, 73:13
**guilty** [7] - 38:7, 38:25, 39:25, 41:7, 41:9, 41:16
**guy** [2] - 17:3, 68:14
**guys** [1] - 17:1
**gymnast** [1] - 35:22

**H**

**ha-ha** [1] - 17:1
**half** [5] - 21:14, 45:15, 46:1, 47:9, 67:4
**hand's** [1] - 31:16
**handing** [1] - 49:1
**handle** [1] - 50:4
**hands** [2] - 55:13, 64:21
**hands-on** [1] - 55:13
**hang** [1] - 29:8
**hard** [5] - 15:2, 15:15, 35:1, 38:24, 66:7
**harm** [2] - 7:23, 24:1
**hate** [2] - 28:14
**head** [1] - 48:1
**headquarters** [1] - 33:7
**health** [4] - 29:21, 47:14, 48:5, 60:17
**Health** [1] - 53:5
**healthy** [1] - 30:5
**hear** [5] - 13:8, 24:14, 37:9, 38:21, 63:18
**heard** [1] - 50:25
**HEARING** [1] - 1:8
**hearing** [5] - 7:8, 64:19, 71:11, 74:3, 74:6
**heart** [1] - 63:21
**heavily** [1] - 64:24
**hefty** [1] - 24:12
**held** [3] - 3:2, 41:13, 44:15
**hello** [1] - 25:17
**help** [7] - 19:25, 38:12, 38:24, 39:3, 40:18, 48:8, 49:16
**hereby** [1] - 75:3
**hide** [2] - 57:9, 57:15
**high** [5] - 5:10, 22:1, 35:21, 43:9, 49:14
**higher** [4] - 22:1, 60:15, 69:17, 69:18
**highlight** [1] - 47:8
**highly** [3] - 47:1, 47:20, 48:5
**highly-controlled** [2] - 47:1, 48:5
**himself** [16] - 14:8, 14:18, 27:13, 27:24, 28:2, 34:15, 34:16, 34:21, 35:4, 37:22, 38:16, 39:9, 49:11, 50:11, 52:10, 66:24
**history** [2] - 60:21, 67:25
**hit** [1] - 8:24
**Hitler** [1] - 68:3
**hits** [1] - 51:4
**hold** [4] - 36:6, 36:19, 39:6, 40:17
**home** [14] - 26:20, 30:3, 49:13, 49:19, 49:24, 50:1, 50:6, 50:10, 54:16, 54:17, 54:19, 57:4, 58:11, 63:22

**homes** [2] - 24:9, 58:10
**homosexuality** [1] - 52:5
**honest** [1] - 41:1
**honestly** [1] - 41:13
**honestly-held** [1] - 41:13
**Honor** [116] - 3:8, 3:13, 3:22, 3:23, 4:2, 4:3, 4:13, 5:14, 5:17, 6:1, 6:11, 6:15, 6:17, 7:1, 7:7, 7:11, 7:17, 8:2, 8:3, 8:8, 9:6, 9:15, 10:6, 10:14, 10:19, 10:25, 11:4, 11:11, 11:19, 12:14, 12:17, 12:18, 12:20, 12:23, 12:24, 13:2, 13:3, 13:7, 13:13, 13:14, 13:18, 14:7, 14:11, 14:13, 14:24, 15:7, 15:10, 15:17, 15:23, 16:6, 16:19, 17:5, 17:15, 17:23, 18:21, 18:25, 19:13, 19:20, 20:9, 20:15, 21:10, 21:21, 22:14, 22:18, 22:20, 22:22, 23:4, 23:14, 23:19, 23:25, 24:8, 24:12, 24:22, 25:2, 25:4, 25:8, 31:21, 32:17, 32:19, 36:25, 37:4, 37:5, 39:5, 39:6, 40:13, 40:17, 41:19, 42:22, 43:24, 44:8, 48:19, 50:15, 50:24, 53:10, 56:13, 58:15, 60:9, 60:11, 60:12, 60:14, 60:24, 61:6, 61:9, 62:10, 62:15, 62:16, 63:20, 71:10, 71:16, 72:3, 72:20, 72:21, 73:15, 73:25, 74:1
**HONORABLE** [1] - 1:9
**hope** [3] - 54:14, 62:17, 63:6
**hopefully** [2] - 37:12, 66:16
**hopes** [1] - 59:7
**horrible** [4] - 44:2, 50:24, 60:4
**horrific** [5] - 44:18, 45:13, 46:5, 65:2, 66:4
**hot** [3] - 11:12, 18:7, 22:18
**hour** [1] - 67:4
**hours** [1] - 70:16
**house** [7] - 19:18, 20:11, 20:17, 24:10, 41:2, 50:2, 57:16
**household** [1] - 28:21
**housekeeping** [1] - 5:17
**housing** [3] - 23:10, 66:13, 66:19
**human** [3] - 52:9, 53:3
**hundred** [1] - 68:6
**hundreds** [2] - 20:15, 68:4
**hurt** [6] - 52:18, 52:20, 56:6, 57:2, 63:7, 63:9
**hurting** [1] - 35:4
**husband** [2] - 26:18, 29:13
**husband's** [1] - 26:5

## I

**idea** [1] - 9:16
**ideation** [1] - 35:3
**identify** [1] - 60:3
**identity** [7] - 23:4, 52:3, 52:4, 52:13, 52:14, 52:15, 66:18
**ill** [3] - 46:12, 46:20
**images** [12] - 6:6, 6:8, 6:21, 9:11, 18:3, 19:1, 19:4, 41:22, 42:5, 51:23, 58:2
**imagine** [1] - 51:16
**immature** [4] - 42:3, 48:16, 52:10, 58:13
**immaturity** [4] - 44:13, 52:2, 53:1, 62:25
**immediately** [1] - 71:7
**impact** [1] - 13:9
**important** [7] - 7:4, 7:17, 19:15, 21:21, 46:24, 49:6, 65:23
**impose** [6] - 19:14, 23:18, 43:7, 53:18, 62:12, 73:14
**imposed** [8] - 55:8, 67:17, 71:12, 72:16, 72:21, 72:23, 73:10, 73:17
**imposing** [2] - 43:2, 62:5
**impression** [1] - 51:25
**imprisoned** [1] - 69:24
**imprisonment** [2] - 70:10, 73:10
**improve** [1] - 21:18
**inability** [1] - 37:22
**inappropriate** [1] - 51:23
**inaud.)** [1] - 29:10
**incarceration** [1] - 71:21
**incident** [5] - 28:25, 29:20, 31:1, 31:19, 36:8
**include** [1] - 60:17
**included** [1] - 52:1
**including** [1] - 5:10
**incomplete** [1] - 22:4
**inconsequential** [1] - 53:2
**increase** [2] - 45:4, 67:5
**increased** [1] - 45:20
**incredible** [1] - 45:6
**independent** [1] - 38:10
**indicated** [3] - 4:23, 19:3, 72:5
**indicates** [1] - 19:9
**indictment** [1] - 16:2
**individual** [2] - 17:8, 17:13
**individuals** [1] - 11:5
**infants** [2] - 46:5, 46:6
**information** [2] - 72:7, 72:8
**informed** [1] - 47:20
**injuries** [1] - 66:6
**inmate** [4] - 59:9, 59:24, 66:20
**inmates** [2] - 60:14, 60:16

**innocence** [1] - 39:10
**innocent** [4] - 39:1, 39:2, 41:14, 42:1
**inquiring** [1] - 53:9
**inside** [1] - 24:9
**insight** [3] - 39:14, 48:21, 48:23
**insightful** [1] - 44:5
**Instagram** [6] - 8:13, 8:18, 9:8, 9:10, 14:4, 51:12
**Institutes** [1] - 53:5
**institutional** [1] - 47:5
**institutionalized** [2] - 45:20, 47:3
**institutions** [2] - 45:9, 46:5
**interact** [2] - 50:21, 51:10
**interacted** [1] - 52:23
**interactions** [4] - 40:13, 40:14, 50:1, 65:9
**interest** [6] - 8:22, 9:23, 11:14, 52:18, 52:20, 71:24
**internet** [11] - 11:1, 14:10, 16:15, 24:4, 24:19, 30:12, 50:17, 50:20, 51:9, 54:11, 55:3, 57:16, 64:20
**interpretation** [2] - 4:15, 5:6
**intervention** [6] - 21:11, 46:18, 46:19, 65:11, 65:14
**interviews** [2] - 46:3, 46:4
**intimate** [1] - 36:13
**introversion** [2] - 52:2, 52:11
**introvert** [1] - 34:7
**introverted** [1] - 62:23
**investigation** [6] - 6:5, 6:20, 59:2, 59:4, 64:1, 71:4
**involved** [5] - 28:1, 38:18, 56:3, 66:2, 66:22
**involvement** [3] - 20:22, 23:3, 70:24
**IP** [4] - 57:9, 57:10, 57:14, 57:15
**IQ** [1] - 21:25
**IQs** [1] - 21:24
**isolated** [2] - 49:11, 50:16
**issue** [2] - 4:18, 58:20
**issues** [12] - 3:25, 21:23, 22:25, 23:16, 33:12, 34:19, 35:11, 35:15, 35:19, 52:8, 60:17, 60:21
**Italy** [1] - 17:20
**itself** [1] - 47:12
**Ivory** [1] - 55:24
**Izzabel** [7] - 8:20, 9:3, 11:25, 12:3, 13:5, 16:24, 20:7

## J

**Jackson** [9] - 15:25, 16:1, 16:7, 16:9, 16:12, 16:13, 24:16, 33:24

**Jackson's** [1] - 34:5
**Jacob** [1] - 72:14
**jail** [4] - 15:4, 39:16, 39:18, 54:23
**Jake** [1] - 13:14
**JASON** [1] - 1:13
**Jason** [2] - 3:9, 4:13
**jason.wu@usdoj.gov** [1] - 1:16
**Jeffrey** [1] - 5:23
**Jo** [1] - 25:5
**JO** [2] - 2:3, 25:11
**job** [7] - 24:17, 33:8, 38:24, 39:1, 40:18, 71:19, 71:20
**jobs** [2] - 50:11
**Joey** [2] - 18:11, 18:16
**John** [1] - 8:14
**Johnson** [1] - 69:15
**join** [1] - 33:20
**joint** [1] - 33:6
**JR** [2] - 1:6, 1:17
**judge** [8] - 41:8, 65:15, 67:16, 68:11, 68:14, 68:22, 68:25, 69:2
**Judge** [9] - 5:22, 7:4, 7:7, 7:14, 17:16, 20:18, 20:20, 23:1, 39:19
**JUDGE** [1] - 1:10
**judge's** [1] - 67:19
**judges** [1] - 65:16
**judgment** [3] - 69:22, 72:14, 73:19
**judicial** [1] - 67:1
**jumped** [1] - 37:20
**June** [1] - 33:19
**Junior** [2] - 38:7, 63:23
**jurisdiction** [1] - 54:12
**jury** [1] - 10:17
**justice** [3] - 40:2, 68:5, 71:24
**justify** [1] - 7:12

## K

**Kapordelis** [8] - 4:10, 37:16, 67:15, 67:21, 67:25, 69:1, 69:5
**Karucem** [14] - 17:9, 17:14, 17:15, 17:16, 17:19, 17:21, 17:24, 18:4, 18:5, 18:9, 18:10, 18:15, 56:18, 56:19
**Karucem's** [1] - 42:12
**KATHERINE** [1] - 1:17
**Katie** [1] - 3:13
**katie_Carmon@fd.org** [1] - 1:19
**keep** [4] - 7:4, 7:17, 19:15, 54:19
**keeps** [2] - 14:9, 16:10
**kept** [2] - 26:23, 27:17
**key** [2] - 21:10, 21:18

**kid** [5] - 28:10, 34:10, 35:6, 49:11, 50:16
**kid's** [1] - 48:7
**kidney** [1] - 60:18
**kids** [10] - 9:17, 21:11, 21:18, 21:23, 24:7, 50:2, 51:18, 56:2, 61:18, 61:21
**Kik** [8] - 9:14, 9:16, 9:21, 9:22, 13:4, 13:6, 13:22
**kill** [1] - 56:20
**KILLEN** [2] - 1:6, 1:17
**Killen** [17] - 3:6, 3:14, 3:16, 34:1, 37:10, 38:7, 39:6, 39:8, 40:17, 42:25, 49:24, 62:11, 63:23, 69:18, 73:2, 73:16
**Killen's** [2] - 54:5, 67:22
**killen's** [1] - 37:22
**Killens** [4] - 48:9, 49:17, 50:4
**kind** [7] - 26:20, 29:25, 31:3, 31:16, 61:20, 66:23
**kinds** [1] - 30:24
**knit** [1] - 32:7
**known** [1] - 30:13
**knows** [4] - 38:11, 40:9, 55:2, 60:12

## L

**lack** [8] - 20:19, 35:2, 37:22, 45:17, 46:15, 46:21, 55:22, 55:23
**lacrosse** [1] - 31:14
**laid** [1] - 39:10
**language** [7] - 14:24, 22:19, 42:2, 47:12, 48:21, 56:5
**laptop** [2] - 19:11, 20:14
**last** [10] - 7:22, 25:20, 28:21, 32:9, 49:14, 58:15, 59:15, 63:3, 66:25, 67:5
**laundry** [1] - 50:12
**Laura** [2] - 1:25, 3:10
**law** [3] - 57:9, 62:3, 64:10
**leader** [2] - 28:2, 28:4
**leads** [2] - 46:12, 46:14
**learned** [1] - 63:18
**learning** [3] - 31:3, 33:24, 66:16
**least** [6] - 6:10, 22:1, 53:13, 58:12, 59:17, 67:8
**leave** [3] - 36:20, 54:15, 73:21
**led** [1] - 62:23
**left** [2] - 20:1, 59:2
**legs** [1] - 45:25
**lengthy** [2] - 64:9, 67:11
**less** [2] - 5:3, 61:21
**letter** [5] - 5:23, 38:4, 40:24, 62:16, 62:17
**letters** [1] - 5:19

**level** [9] - 4:5, 22:1, 28:15, 52:16, 52:25, 58:14, 61:16, 65:8
**levels** [1] - 29:9
**lice** [1] - 48:1
**lie** [1] - 66:17
**lied** [5] - 20:21, 23:1, 23:3, 23:4, 23:12
**life** [43] - 4:6, 15:18, 31:9, 32:3, 32:8, 32:13, 36:5, 36:7, 36:11, 36:20, 40:3, 41:17, 41:18, 43:5, 43:11, 43:18, 43:21, 44:8, 44:16, 45:11, 48:25, 49:2, 50:22, 51:3, 51:5, 51:7, 51:17, 53:19, 58:17, 61:5, 61:16, 63:16, 65:21, 66:17, 67:23, 68:23, 69:1, 69:5, 69:16, 70:11, 70:12
**lifetime** [4] - 48:8, 54:5, 55:15, 63:9
**light** [3] - 4:7, 28:9, 69:21
**like-minded** [2] - 11:2, 12:12
**line** [1] - 53:6
**listed** [1] - 16:2
**literally** [5] - 15:4, 15:6, 15:15, 19:5, 50:23
**literature** [3] - 21:8, 21:17, 21:22
**live** [6] - 24:16, 24:20, 25:22, 27:22, 54:8, 54:20
**lived** [1] - 32:3
**lives** [8] - 9:6, 18:16, 24:15, 24:17, 24:21, 50:10, 54:12, 64:13
**living** [5] - 24:14, 26:7, 54:18, 55:1, 58:11
**LMFAO** [1] - 15:20
**lock** [1] - 24:7
**loneliness** [2] - 52:1, 52:9
**lonely** [1] - 62:23
**long-term** [2] - 46:20, 65:4
**look** [5] - 8:15, 9:4, 22:11, 67:13, 67:15
**looked** [5] - 22:7, 60:13, 69:6, 69:13, 69:14
**Lopez** [2] - 3:14, 40:10
**LOPEZ** [2] - 61:9, 72:20
**lose** [1] - 66:21
**lost** [1] - 40:1
**love** [1] - 63:14
**loved** [1] - 28:9
**loving** [2] - 21:16, 49:17
**low** [2] - 21:24, 62:23
**lower** [1] - 45:25
**lure** [2] - 8:24, 10:5
**LWOP** [2] - 53:13, 53:20

**M**

**ma'am** [1] - 32:20
**MacBook** [5] - 18:24, 19:2, 19:19, 20:3, 20:13
**magistrate** [1] - 48:16
**Major** [1] - 33:10
**majority** [1] - 45:8
**male** [1] - 52:6
**males** [2] - 35:11, 57:25
**maltreatment** [1] - 48:11
**man** [3] - 48:22, 48:23, 57:4
**management** [1] - 47:19
**manboy** [1] - 19:7
**manboy15** [1] - 19:7
**mandate** [2] - 3:25, 62:4
**mandates** [2] - 5:5, 43:13, 44:23
**manifested** [1] - 36:9
**manipulated** [1] - 64:16
**manner** [2] - 52:19, 72:18
**Manning** [4] - 8:19, 9:2, 9:4, 9:5, 9:12, 12:3, 20:8
**Manning's** [1] - 9:9
**manufacturing** [1] - 56:3
**March** [1] - 20:11
**Mark** [6] - 26:5, 26:18, 28:2, 28:3, 28:7, 28:23
**Mark's** [1] - 32:14
**masturbate** [1] - 12:7
**masturbating** [2] - 11:23, 12:6
**match** [1] - 52:15
**mate** [5] - 59:1, 59:2, 59:3, 59:5
**material** [1] - 40:16
**materials** [1] - 71:1
**matter** [5] - 3:5, 3:19, 36:2, 52:3, 75:5
**matters** [2] - 5:18, 38:19
**mature** [1] - 66:16
**matured** [1] - 50:13
**maturity** [4] - 52:16, 53:7, 55:23, 67:6
**McGarity** [1] - 69:16
**meals** [1] - 50:12
**mean** [14] - 30:13, 34:16, 34:24, 34:25, 35:15, 35:20, 40:1, 50:10, 51:8, 51:12, 56:13, 58:21, 66:12, 68:16
**meaning** [1] - 49:1
**meaningful** [2] - 49:13, 51:24
**means** [2] - 55:2, 73:21
**meant** [1] - 45:18
**meanwhile** [1] - 38:12
**media** [1] - 18:19
**medical** [1] - 60:21
**medication** [1] - 61:3
**meet** [4] - 23:2, 48:2, 55:10,
69:10
**meeting** [1] - 26:21
**meets** [1] - 11:17
**Melissa** [1] - 12:15
**members** [3] - 44:2, 44:3, 57:20
**memorandum** [15] - 4:23, 37:17, 37:19, 37:25, 38:3, 38:12, 38:22, 39:11, 44:20, 55:18, 58:24, 62:3, 64:5, 68:20, 73:7
**men** [5] - 58:1, 58:3, 58:9, 58:22
**menial** [1] - 50:11
**menstruating** [1] - 45:2
**mental** [3] - 29:21, 47:14, 48:5
**mentioned** [1] - 17:7
**mercy** [1] - 63:20
**message** [1] - 40:5
**Messenger** [1] - 8:17
**methods** [1] - 57:15
**MIAMI** [1] - 1:2
**Miami** [5] - 1:14, 1:18, 1:22, 1:22, 54:20
**Miami-Dade** [1] - 54:20
**Middle** [4] - 4:24, 55:25, 57:6
**middle** [1] - 30:17
**might** [4] - 49:16, 56:20, 56:22, 67:23
**miles** [1] - 52:23
**Miley** [3] - 8:23, 8:24, 9:23
**military** [4] - 33:10, 33:14, 33:16, 33:20
**Military** [1] - 33:18
**mind** [5] - 4:20, 7:4, 7:17, 19:16, 39:24
**minded** [2] - 11:2, 12:12
**mindset** [1] - 44:13
**minimum** [1] - 53:25
**minors** [4] - 68:1, 68:2, 70:24
**minute** [4] - 25:2, 31:21, 32:3, 37:4
**minutes** [2] - 18:16, 49:7
**misbehave** [1] - 67:4
**misbehavior** [2] - 49:22, 66:3
**misled** [1] - 66:14
**mitigating** [1] - 21:4
**mitigation** [5] - 21:6, 40:11, 65:1, 66:5, 67:1
**mix** [1] - 42:13
**MO** [2] - 16:4, 18:18
**modified** [1] - 4:21
**molecular** [1] - 65:8
**molest** [3] - 10:23, 23:25, 24:3
**molested** [3] - 23:24, 67:8, 67:9
**molesting** [1] - 68:1
**Mom** [5] - 26:24, 27:18, 41:7
**mom** [8] - 35:4, 38:14, 38:15, 41:15, 41:25, 42:15, 56:6, 65:18
**money** [1] - 58:2
**monitored** [2] - 47:4, 47:17
**monthly** [1] - 71:23
**months** [20] - 23:15, 46:23, 61:21, 67:16, 67:17, 67:18, 67:22, 69:3, 69:12, 69:14, 69:24, 69:25, 70:1, 70:2, 70:3, 70:6, 70:9
**Moore** [8] - 5:22, 7:4, 7:7, 7:14, 17:16, 20:18, 20:20, 23:2
**morning** [15] - 3:3, 3:5, 3:8, 3:12, 3:13, 3:16, 3:17, 3:19, 4:13, 25:18, 33:5, 33:21, 41:19, 62:15
**mortgage** [1] - 54:16
**most** [12] - 8:24, 29:18, 46:12, 46:24, 50:1, 61:14, 61:16, 61:20, 61:23, 62:17, 65:22, 73:1
**mother** [14] - 26:1, 35:11, 35:13, 38:5, 38:9, 38:23, 39:16, 39:21, 40:1, 40:22, 41:4, 41:14, 42:24, 42:25
**mother's** [1] - 38:17
**motion** [1] - 38:17
**mountains** [1] - 39:2
**move** [5] - 6:10, 12:20, 30:16, 41:17, 54:17
**moved** [3] - 6:23, 35:20, 60:7
**moving** [1] - 30:20
**multiple** [4] - 18:12, 30:8, 39:18, 64:21
**must** [2] - 71:5, 73:18

**N**

**naked** [3] - 10:3, 10:12, 14:8
**name** [20] - 8:14, 8:19, 8:20, 11:5, 11:24, 13:5, 13:6, 13:19, 15:24, 16:21, 17:9, 17:12, 17:14, 20:7, 25:19, 25:20, 26:5, 42:25, 72:5
**names** [1] - 18:25
**nand** [1] - 57:7
**National** [1] - 53:5
**Natty0524** [4] - 11:6, 16:21, 16:23, 16:24
**nature** [1] - 8:7
**NE** [1] - 1:14
**necessarily** [1] - 35:15
**necessary** [3] - 7:24, 24:12, 47:19
**need** [3] - 4:19, 9:18, 48:8
**needed** [1] - 30:3

**needs** [3] - 19:24, 47:20, 58:12
**neighborhood** [3] - 27:23, 27:24, 31:12
**network** [3] - 57:8, 57:9, 57:13
**neurological** [1] - 65:5
**never** [23] - 16:15, 31:12, 31:15, 42:6, 43:19, 49:12, 50:11, 50:13, 50:21, 51:2, 51:10, 54:4, 54:10, 55:3, 55:11, 56:6, 56:21, 57:11, 61:3, 62:21, 63:14, 65:25
**never-ending** [1] - 63:14
**new** [2] - 19:7, 31:14
**news** [1] - 45:11
**next** [7] - 12:20, 14:17, 18:12, 23:17, 41:17, 48:22, 74:3
**night** [1] - 26:20
**nights** [1] - 49:12
**nine** [1] - 69:11
**NO** [1] - 1:2
**nobody** [8] - 46:7, 46:8, 54:23, 66:1, 68:16, 68:25
**nobody's** [1] - 46:7
**none** [9] - 2:11, 2:17, 4:6, 35:20, 44:11, 44:14, 47:22, 48:4, 60:2
**nonetheless** [1] - 7:11
**normal** [2] - 34:8, 51:24
**norms** [1] - 66:10
**North** [1] - 1:22
**Northern** [1] - 57:22
**note** [2] - 21:21, 72:23
**noted** [4] - 21:23, 39:11, 71:4, 73:7
**notes** [1] - 49:9
**nothing** [7] - 13:24, 15:2, 37:5, 38:13, 43:20, 59:24
**notice** [2] - 34:11, 73:18
**noting** [1] - 55:7
**nude** [4] - 41:22, 42:4, 57:24, 58:3
**number** [7] - 5:10, 6:6, 7:6, 7:10, 7:11, 7:16, 21:5
**numbers** [3] - 6:5, 6:11, 19:9
**nut** [1] - 38:10

## O

**object** [3] - 72:17, 72:21, 73:14
**objection** [2] - 6:12, 6:24
**obligations** [1] - 71:20
**obsessive** [1] - 52:7
**obstructed** [1] - 68:5
**obtain** [1] - 12:5
**obtained** [4] - 10:15, 10:21, 18:14, 20:10

**obtaining** [1] - 18:2
**obviously** [9] - 4:18, 17:1, 38:3, 38:18, 39:20, 50:7, 55:9, 59:12, 60:2
**occasion** [1] - 28:23
**occurred** [6] - 8:9, 17:21, 27:20, 28:17, 31:1, 31:10
**occurring** [1] - 34:3
**occurs** [2] - 24:23, 46:11
**OF** [3] - 1:1, 1:4, 1:13
**offender** [4] - 54:9, 54:19, 70:25, 71:2
**offenders** [1] - 4:24, 5:8
**offense** [7] - 4:5, 8:7, 53:1, 60:13, 61:16, 64:8, 73:9
**offenses** [1] - 61:24
**offer** [2] - 63:20, 66:19
**offered** [2] - 45:11, 59:8
**Office** [3] - 1:13, 1:17, 1:25
**office** [2] - 3:18, 70:18
**officers** [1] - 45:1
**officials** [1] - 59:6
**old** [8] - 8:15, 21:15, 26:10, 43:5, 43:6, 52:14, 56:1, 69:11
**older** [7] - 35:18, 46:23, 47:9, 48:24, 49:21, 58:1, 58:24
**oldest** [2] - 35:20, 46:23
**once** [4] - 8:16, 9:12, 23:11, 24:6
**one** [36] - 5:20, 6:19, 12:10, 14:4, 16:1, 17:3, 18:15, 18:23, 20:18, 23:6, 25:2, 29:17, 31:6, 31:21, 36:9, 37:4, 45:5, 46:6, 46:19, 49:21, 49:24, 54:21, 57:1, 57:12, 57:21, 61:5, 61:12, 62:16, 65:15, 65:23, 69:8, 70:13, 72:11, 72:12
**onion** [1] - 57:8
**online** [5] - 8:13, 12:5, 27:18, 33:25, 52:8
**open** [1] - 3:2
**opened** [1] - 50:3
**operated** [1] - 53:19
**operating** [1] - 58:13
**opines** [1] - 55:12
**opinion** [6] - 3:24, 4:9, 4:16, 5:6, 37:16, 43:14
**opportunities** [1] - 34:22
**opportunity** [4] - 30:21, 62:14, 63:21, 66:13
**order** [6] - 21:18, 23:9, 71:12, 71:17, 71:24, 72:5
**ordered** [1] - 71:9
**organization** [1] - 47:5
**organizations** [1] - 70:25
**orphanage** [3] - 21:3, 45:23, 47:6
**orphanages** [6] - 21:11,

21:19, 21:24, 65:2, 65:10, 66:1
**ourselves** [1] - 50:14
**outbursts** [2] - 48:20, 67:3
**outgoing** [3] - 34:7, 34:10, 35:24
**outward** [1] - 49:17
**outweighs** [1] - 21:6
**overall** [1] - 22:24
**overcome** [2] - 36:17, 66:7
**overpopulation** [1] - 45:7
**overwhelming** [1] - 7:16
**owes** [1] - 71:22
**own** [11] - 10:24, 21:16, 38:10, 39:24, 44:3, 51:13, 52:15, 56:3, 57:5, 58:10
**owned** [1] - 57:4

## P

**page** [3] - 18:12, 39:22, 51:21
**pages** [1] - 9:10
**paid** [2] - 30:6, 52:17
**pain** [2] - 60:19, 63:12
**paint** [1] - 46:8
**pale** [1] - 26:23
**parents** [7] - 5:20, 7:21, 22:6, 24:6, 24:10, 24:14, 37:6, 40:18, 41:24, 47:16, 47:20, 48:2, 49:10, 54:14, 54:15, 63:13, 65:18
**parents'** [2] - 19:22, 21:16
**Park** [2] - 25:23, 26:7
**park** [1] - 27:25
**parol** [1] - 49:2
**parole** [5] - 43:5, 43:11, 43:18, 44:16, 53:19
**part** [5] - 5:25, 35:1, 35:24, 46:24, 71:4
**particular** [9] - 4:9, 18:15, 37:21, 49:21, 59:9, 65:19, 68:11, 72:4
**particularly** [4] - 5:10, 56:25, 62:22, 64:13
**particularly-awkward** [1] - 64:13
**parties** [3] - 63:25, 64:6, 71:13
**pass** [2] - 54:14, 54:15
**passed** [1] - 49:3
**past** [5] - 29:10, 30:1, 52:20, 63:5, 63:11
**pastor** [1] - 35:23
**path** [2] - 43:21, 52:8
**PATRICK** [2] - 1:6, 1:17
**Patrick** [64] - 3:6, 33:25, 38:7, 39:9, 39:12, 40:8, 40:14, 40:18, 43:5, 43:17, 43:19, 43:23, 44:6, 44:11,

44:20, 45:14, 45:23, 46:16, 46:22, 47:9, 48:3, 48:16, 49:3, 49:4, 49:6, 49:10, 49:16, 49:19, 50:8, 50:17, 51:2, 51:16, 52:19, 52:22, 53:19, 54:1, 54:2, 54:5, 54:15, 54:16, 55:6, 55:7, 55:9, 55:12, 55:14, 55:16, 55:23, 56:25, 57:15, 58:16, 58:18, 58:21, 58:24, 58:25, 59:3, 59:11, 59:25, 60:4, 60:24, 61:24, 63:23
**Patrick's** [18] - 44:8, 44:17, 46:24, 47:22, 47:23, 48:2, 48:25, 49:10, 51:22, 52:8, 52:24, 54:22, 56:5, 58:20, 59:2, 60:9, 60:17, 61:5
**pauperis** [1] - 73:21
**pay** [6] - 71:5, 71:18, 71:19, 71:21, 71:22, 73:20
**payable** [1] - 71:6
**payment** [1] - 71:24
**pedophile** [6] - 11:16, 16:21, 22:13, 22:19, 41:21, 51:22
**pedophiles** [6] - 11:2, 11:21, 12:10, 12:13, 16:18, 64:21
**peers** [1] - 52:7
**penalty** [1] - 53:11
**penetrate** [1] - 24:9
**penitentiary** [2] - 58:18, 58:19
**people** [20] - 21:11, 24:18, 36:9, 38:25, 39:1, 41:9, 44:1, 44:4, 46:4, 50:22, 51:12, 59:19, 59:20, 60:12, 61:20, 61:23, 63:1, 66:21, 67:3
**per** [2] - 46:6, 71:21
**percent** [2] - 71:19, 71:23
**period** [3] - 46:21, 54:4, 64:8
**periods** [2] - 46:12, 48:12
**permanent** [2] - 66:2, 66:6
**person** [25] - 22:6, 27:8, 27:14, 33:10, 34:18, 36:9, 40:19, 44:23, 48:2, 50:15, 50:18, 50:19, 50:23, 50:24, 51:10, 51:11, 52:12, 53:7, 60:7, 63:1, 63:2, 65:23, 65:24, 70:17
**persona** [2] - 50:22, 50:23
**personality** [2] - 34:5, 34:11
**personally** [1] - 38:18
**personified** [1] - 52:13
**persons** [3] - 52:10, 52:17, 52:23
**persuasive** [1] - 37:18
**pertinent** [2] - 46:13, 48:15
**petty** [1] - 48:21
**ph** [2] - 22:4, 40:11
**ph.)** [3] - 11:20, 12:8, 69:9

**phase** [1] - 41:17
**Philip** [1] - 69:7
**phone** [1] - 55:3
**photograph** [5] - 12:6, 14:14, 14:18, 15:14, 17:2
**photographs** [24] - 10:18, 10:22, 10:23, 11:1, 11:3, 11:4, 11:9, 11:18, 12:12, 14:14, 14:21, 16:8, 16:11, 16:14, 16:17, 16:18, 18:10, 18:13, 18:14, 24:18, 24:19, 27:14, 58:3, 64:20
**photos** [6] - 9:19, 10:2, 57:23, 57:24, 57:25
**physical** [2] - 55:10, 60:5
**physically** [1] - 23:24
**pic** [1] - 15:1
**pick** [1] - 28:13
**picking** [1] - 29:25
**picks** [1] - 66:1
**picture** [3] - 14:8, 14:13, 14:21
**pictures** [23] - 9:1, 10:3, 10:4, 10:8, 10:11, 10:12, 10:15, 14:9, 16:8, 16:22, 27:3, 27:4, 27:8, 27:13, 27:16, 30:9, 30:11, 30:16, 30:18, 30:23, 69:9
**place** [2] - 44:19, 53:23
**placed** [5] - 44:23, 47:3, 47:13, 63:12, 70:10
**places** [3] - 45:1, 46:3, 54:20
**plaintiff** [1] - 1:4
**PLAINTIFF** [1] - 1:12
**plan** [1] - 12:1
**plane** [1] - 48:2
**play** [3] - 27:25, 29:22, 38:19
**played** [2] - 24:24, 29:4
**playing** [2] - 34:23, 46:7
**plus** [1] - 33:18
**pocket** [1] - 30:7
**point** [16] - 12:20, 22:23, 23:14, 23:17, 29:23, 30:2, 31:6, 38:22, 58:15, 59:5, 60:22, 60:24, 62:2, 64:7, 67:19, 68:12
**Point** [1] - 33:17
**pointed** [6] - 20:18, 22:14, 46:17, 48:19, 65:7, 69:7
**police** [1] - 45:1
**popular** [2] - 9:6, 9:17
**population** [2] - 45:4, 45:20
**porn** [1] - 61:13
**pornography** [12] - 6:7, 6:9, 14:12, 19:4, 19:10, 20:5, 20:16, 22:10, 56:3, 58:23, 61:17, 72:25
**portion** [1] - 51:3
**posing** [1] - 13:4
**position** [1] - 4:11

**positions** [1] - 10:16
**positive** [1] - 63:3
**possess** [2] - 42:9, 54:10
**possessed** [2] - 42:7, 42:10
**possession** [2] - 70:22, 71:1
**possible** [1] - 4:17
**post** [6] - 14:10, 15:3, 15:9, 15:12, 16:7, 27:18
**posting** [2] - 15:13, 51:12
**potentially** [1] - 27:7
**pounds** [1] - 58:21
**power** [1] - 44:22
**powerful** [3] - 37:24, 50:19, 51:16
**powerless** [1] - 50:16
**practice** [1] - 47:25
**practitioners** [1] - 47:15
**pray** [1] - 63:20
**prayed** [2] - 63:17, 64:12
**precisely** [4] - 7:14, 8:12, 14:6, 25:1
**predation** [1] - 52:21
**predator** [1] - 52:22
**predict** [1] - 29:16
**preferred** [1] - 35:15
**preliminary** [1] - 37:11
**preparation** [1] - 37:13
**prepared** [1] - 3:20
**prepaying** [1] - 73:22
**prepubescent** [2] - 61:18, 61:21
**present** [3] - 1:25, 3:14, 28:19
**presentation** [4] - 5:16, 7:20, 12:22, 13:7
**presented** [1] - 37:18
**presentence** [4] - 6:5, 6:20, 64:1, 71:4
**pretend** [1] - 8:18
**pretended** [1] - 8:11
**pretending** [1] - 9:2
**pretty** [3] - 28:24, 32:12, 60:4
**prevent** [1] - 62:4
**previous** [4] - 7:8, 64:5, 72:11, 72:12
**previously** [2] - 59:23, 71:9
**prison** [16] - 22:22, 23:7, 41:15, 43:9, 53:24, 54:15, 58:22, 59:18, 60:13, 66:11, 66:12, 67:10, 68:24, 69:1, 70:9
**Prisons** [4] - 59:8, 66:18, 69:24, 70:17
**pristine** [1] - 50:6
**private** [1] - 40:7
**privileges** [2] - 66:21, 66:22
**pro** [2] - 39:7, 42:24
**PROBATION** [2] - 3:17, 71:10

**Probation** [2] - 1:25, 3:18
**probation** [3] - 23:7, 70:17, 72:9
**problem** [2] - 23:21, 31:18
**problematic** [1] - 29:12
**procedure** [1] - 73:5
**proceeded** [2] - 27:6, 31:8
**proceeding** [1] - 72:1
**proceedings** [3] - 3:2, 68:3, 75:4
**process** [3] - 29:18, 66:14, 67:2
**produce** [1] - 10:22
**producing** [1] - 11:19
**production** [7] - 58:22, 61:14, 61:15, 61:17, 61:20, 69:13, 73:1
**professionals** [1] - 48:6
**profile** [1] - 20:8
**profound** [3] - 46:12, 48:13, 52:2
**prohibition** [1] - 43:15
**pronounced** [1] - 72:18
**properly** [1] - 73:11
**proportion** [1] - 41:21
**prosecutor** [1] - 68:3
**protect** [2] - 45:18, 64:10
**protection** [1] - 59:7
**protections** [1] - 59:13
**protesting** [1] - 39:10
**PROULX** [2] - 1:21, 75:9
**proulx@flsd.uscourts.gov** [1] - 1:23
**provide** [2] - 64:9, 72:6
**provided** [1] - 47:19
**PSI** [2] - 21:15, 49:9
**psychiatrist** [1] - 35:5
**psychological** [4] - 45:12, 52:2, 52:16, 65:5
**psychologically** [1] - 58:13
**psychologists** [1] - 46:3
**Public** [1] - 1:17
**public** [2] - 43:25, 64:10
**pulled** [2] - 27:24, 28:1
**pulls** [1] - 29:6
**punishable** [1] - 4:6
**punishment** [4] - 43:16, 61:1, 64:10, 73:4
**put** [8] - 8:14, 11:3, 11:7, 12:16, 12:17, 14:3, 15:7, 25:8

**Q**

**qualify** [1] - 58:18
**quarter** [1] - 71:21
**questioned** [1] - 62:21
**questions** [2] - 32:18, 36:24
**quickly** [2] - 9:25, 28:24
**quite** [2] - 22:12, 57:23

**R**

**raise** [2] - 35:7, 36:17
**randomly** [1] - 47:2
**range** [15] - 4:7, 4:22, 7:3, 7:25, 8:15, 9:8, 11:10, 11:15, 19:15, 22:2, 55:20, 61:16, 67:16, 67:22, 67:23
**rank** [1] - 33:14
**rape** [1] - 59:10
**raped** [5] - 22:22, 58:25, 59:4, 61:21, 68:4
**raping** [1] - 61:17
**rate** [1] - 71:22
**rather** [2] - 9:25, 63:1
**re** [1] - 31:13
**re-have** [1] - 31:13
**reaches** [1] - 53:7
**read** [15] - 15:6, 22:5, 37:13, 37:14, 37:16, 37:21, 37:24, 40:23, 40:24, 48:20, 49:5, 51:3, 66:25, 68:20
**reading** [3] - 22:1, 28:15, 50:15
**reads** [1] - 47:13
**ready** [2] - 60:24, 63:19
**real** [6] - 25:1, 31:17, 50:22, 51:2, 51:5, 51:6
**realization** [1] - 39:24
**realize** [2] - 15:12, 63:5
**really** [18] - 9:4, 28:6, 37:20, 38:13, 38:20, 39:3, 41:7, 41:9, 41:16, 46:12, 46:19, 48:12, 49:12, 50:13, 51:4, 53:16, 62:4, 62:8
**reason** [4] - 5:2, 13:14, 19:13, 68:15
**rebuild** [1] - 45:21
**recanted** [1] - 23:12
**receive** [1] - 7:25
**received** [6] - 5:8, 38:3, 39:18, 50:3, 69:5, 69:18
**recent** [3] - 8:24, 53:2, 53:5
**recess** [1] - 74:2
**recognize** [1] - 26:15
**recognized** [1] - 21:3
**recognizes** [1] - 4:14
**recommend** [1] - 4:22
**recommendation** [1] - 4:21
**record** [9] - 3:7, 5:25, 6:11, 6:23, 25:19, 42:23, 56:2, 60:15, 72:20
**recorded** [1] - 57:17
**records** [1] - 60:3
**Recross** [1] - 2:2
**redirect** [1] - 2:2
**referring** [1] - 17:1
**refrigerator** [1] - 31:4
**refused** [1] - 29:24
**regain** [1] - 63:22

**regard** [1] - 51:22
**register** [1] - 54:11
**registered** [1] - 54:9
**registration** [1] - 71:2
**rehabilitated** [2] - 49:4, 55:15
**rehabilitation** [1] - 43:18
**rejected** [1] - 52:6
**relating** [2] - 3:25, 38:17
**relationship** [10] - 29:1, 29:11, 29:12, 31:15, 35:9, 35:13, 36:13, 39:23, 47:18, 49:13
**relationships** [1] - 31:10
**release** [8] - 70:10, 70:11, 70:12, 70:14, 70:16, 70:19, 70:21, 71:21
**released** [3] - 54:1, 54:2, 70:18
**remember** [1] - 67:18
**reminiscent** [1] - 52:19
**remorse** [6] - 20:23, 37:23, 38:4, 56:21, 64:17, 68:2
**remorseful** [4] - 38:20, 40:25, 44:4, 48:24
**remorseless** [1] - 44:5
**removed** [4] - 34:16, 34:21, 35:10, 59:5
**repeatedly** [1] - 20:21
**report** [13] - 6:6, 6:20, 21:21, 22:4, 53:6, 59:10, 61:11, 61:13, 61:18, 62:7, 64:1, 70:17, 71:4
**REPORTED** [1] - 1:21
**reported** [4] - 23:15, 58:25, 59:3, 60:6
**reporter** [1] - 25:12
**Reporter** [1] - 1:21
**reports** [1] - 45:12
**reprehensible** [2] - 43:24, 44:2
**representation** [1] - 37:25
**represented** [1] - 44:1
**repressed** [1] - 52:5
**request** [1] - 62:9
**requested** [1] - 23:18
**require** [1] - 55:15
**requirement** [1] - 71:3
**research** [1] - 8:12
**researched** [1] - 18:19
**resentencing** [2] - 3:20, 3:21
**RESENTENCING** [1] - 1:8
**reserved** [1] - 34:15
**residents** [1] - 59:12
**resolved** [2] - 71:25, 72:2
**resources** [1] - 45:7
**respect** [11] - 5:17, 6:3, 21:1, 21:10, 22:3, 22:20, 31:25, 64:9, 67:1, 72:3, 72:4

**respectfully** [1] - 63:23
**respecting** [1] - 4:18
**respects** [1] - 5:4
**respond** [2] - 14:20, 15:19
**responds** [3] - 15:2, 15:13, 17:2
**response** [1] - 24:24
**responsibility** [1] - 20:20
**responsible** [2] - 38:15, 50:11
**rest** [6] - 24:15, 24:17, 24:21, 36:7, 36:20, 40:2
**restitution** [8] - 71:8, 71:10, 71:11, 71:12, 71:15, 71:18, 71:22, 72:3
**restricted** [1] - 70:25
**restriction** [5] - 54:18, 70:21, 70:22, 70:23
**result** [4] - 28:25, 29:20, 56:22, 68:18
**results** [1] - 66:3
**resurfacing** [1] - 64:22
**retire** [1] - 33:18
**return** [2] - 58:2, 58:3
**reviewed** [3] - 6:2, 12:21, 64:4
**reviewing** [1] - 22:9
**rewarded** [1] - 44:24
**rife** [1] - 48:20
**Riselda** [2] - 1:25, 3:17
**risk** [3] - 55:12, 55:13, 60:15
**rival** [1] - 44:3
**ROBERT** [2] - 1:9, 1:12
**Robert** [2] - 3:8, 57:22
**robert.emery@usdoj.gov** [1] - 1:15
**Romania** [6] - 44:21, 44:23, 45:5, 45:16, 45:23, 47:25
**Romanian** [6] - 21:2, 21:11, 21:19, 21:24, 45:23, 65:2
**room** [5] - 28:9, 31:5, 34:24, 52:12, 55:11
**Roper** [1] - 53:12
**rough** [1] - 26:20
**RPR** [2] - 1:21, 75:9
**rude** [1] - 50:19
**ruined** [2] - 31:9, 32:12
**Ruiz** [2] - 1:25, 3:17
**rule** [1] - 62:4
**rules** [1] - 66:24
**rulings** [1] - 72:19
**runs** [1] - 65:20
**Russia** [1] - 57:11

**S**

**safe** [2] - 24:8, 60:1
**Sara** [1] - 40:11
**Sarah** [1] - 72:9
**Sarras** [1] - 69:15

**sat** [1] - 31:6
**satisfy** [1] - 5:7
**saving** [4] - 43:22, 44:9, 49:1, 61:6
**saw** [3] - 16:7, 28:11, 28:12
**scam** [1] - 57:23
**scared** [5] - 15:3, 15:9, 27:10, 27:11, 27:19, 56:15
**scars** [1] - 45:24
**scary** [1] - 30:13
**scheme** [6] - 8:9, 33:25, 57:10, 58:5
**school** [16] - 13:24, 18:17, 22:2, 26:21, 27:5, 27:9, 28:13, 28:14, 30:17, 30:18, 34:20, 35:21, 49:14, 57:1, 57:2
**schooled** [1] - 49:14
**Schwartzenberger** [4] - 1:25, 3:10, 19:8, 19:22
**science** [1] - 65:20
**scientists** [2] - 46:10, 48:11
**SCOLA** [1] - 1:9
**Scott** [2] - 33:11, 33:13
**scratch** [1] - 61:4
**scream** [1] - 31:8
**screen** [9] - 8:20, 11:5, 11:24, 12:18, 13:14, 13:15, 13:19, 16:21, 50:21
**screens** [1] - 12:25
**se** [2] - 39:7, 42:24
**seal** [1] - 5:18
**search** [5] - 18:19, 20:10, 38:23, 71:1
**seated** [1] - 3:4
**second** [2] - 34:22, 59:9
**secretly** [1] - 57:17
**section** [1] - 73:13
**Section** [3] - 4:8, 64:3, 69:22
**see** [15] - 8:14, 10:2, 10:3, 10:9, 11:23, 12:18, 13:12, 14:12, 14:22, 14:23, 16:23, 19:7, 23:21, 45:2, 57:14
**seeking** [1] - 7:2
**seem** [2] - 23:22, 53:16
**seized** [3] - 19:11, 20:13, 22:10
**self** [2] - 35:14, 62:23
**self-esteemed** [1] - 62:23
**send** [9] - 9:1, 10:3, 10:4, 10:10, 10:12, 14:4, 27:4, 30:23, 69:9
**sending** [4] - 10:7, 31:8, 39:9, 40:15
**sends** [3] - 14:17, 14:20, 15:14
**senior** [2] - 33:9, 33:10
**sensitive** [1] - 64:13
**sensory** [3] - 46:11, 46:13, 46:20

**sent** [13] - 14:8, 15:1, 16:8, 16:14, 27:3, 27:8, 27:13, 27:16, 30:8, 39:7, 39:8, 42:25, 58:19
**sentence** [62] - 4:6, 4:12, 4:19, 4:22, 5:3, 7:3, 7:12, 7:25, 19:14, 23:8, 23:18, 24:12, 38:6, 39:1, 43:2, 43:4, 43:7, 43:11, 43:12, 43:17, 43:18, 44:16, 49:1, 53:19, 53:20, 53:21, 53:23, 54:2, 54:3, 58:17, 58:18, 61:6, 61:19, 61:24, 62:5, 62:9, 62:12, 64:9, 67:11, 67:12, 67:17, 68:10, 68:11, 68:13, 68:17, 68:18, 68:23, 69:2, 69:5, 69:8, 69:18, 69:25, 70:6, 70:9, 72:16, 72:18, 72:21, 72:23, 72:25, 73:6, 73:14, 73:17
**sentenced** [4] - 5:1, 7:15, 58:16, 69:12
**sentences** [9] - 5:8, 55:8, 69:6, 69:13, 69:17, 69:20, 70:7, 73:1, 73:3
**sentencing** [40] - 4:7, 4:23, 7:8, 7:10, 7:23, 20:19, 20:24, 37:7, 37:14, 37:15, 37:17, 37:19, 37:21, 37:24, 38:3, 38:12, 38:25, 39:11, 39:21, 44:20, 53:8, 55:18, 58:24, 61:11, 61:13, 61:18, 62:1, 64:5, 64:19, 67:19, 67:20, 68:19, 68:20, 69:14, 71:12, 72:19, 72:24, 73:7, 73:12
**September** [5] - 17:20, 26:7, 26:19, 28:18, 34:12
**serene** [2] - 49:15, 50:6
**serial** [1] - 7:5
**serious** [4] - 64:8, 68:7, 68:8, 68:10
**seriousness** [3] - 19:24, 21:5, 62:19
**serving** [1] - 23:7
**set** [5] - 3:19, 12:1, 16:25, 64:2, 68:12
**sets** [2] - 16:25, 71:23
**several** [1] - 52:1
**severe** [3] - 13:9, 22:24, 23:16
**severely** [2] - 62:24, 65:11
**sex** [7] - 54:9, 54:19, 55:11, 68:1, 69:11, 70:25, 71:2
**sextortion** [2] - 23:20, 25:1
**sexual** [11] - 10:1, 10:19, 10:20, 10:24, 49:22, 52:3, 60:5, 60:6, 60:15, 66:18, 71:1
**sexually** [15] - 10:16, 10:23,

11:22, 16:8, 18:2, 18:3, 18:13, 24:2, 24:9, 27:14, 44:3, 59:25, 60:16, 64:14, 67:9
**sexually-explicit** [7] - 10:16, 11:22, 16:8, 18:2, 18:3, 18:13, 27:14
**shafts** [1] - 22:7
**Shannon** [1] - 40:11
**share** [4] - 9:19, 12:6, 12:11, 12:12
**shares** - 16:17
**sharing** [1] - 65:18
**shave** [1] - 47:25
**shells** [1] - 28:20
**shirt** [1] - 10:8
**short** [1] - 42:15
**shortly** [1] - 17:18
**show** [5] - 15:20, 15:22, 18:21, 18:25, 47:10
**showed** [8] - 17:3, 19:20, 20:15, 20:23, 52:18, 52:20, 56:14, 68:2
**showing** [1] - 26:14
**shown** [4] - 45:19, 49:3, 67:1, 67:5
**shows** [2] - 24:4, 66:6
**shut** [1] - 28:24
**sic** [2] - 42:1, 46:6
**sic]** [1] - 34:8
**side** [2] - 37:10, 37:18
**sides** [2] - 3:20, 69:6
**significance** [1] - 23:23
**significant** [2] - 47:11, 54:3
**similar** [7] - 4:24, 5:8, 15:23, 16:4, 16:6, 35:19
**Simmons** [1] - 53:12
**sincere** [2] - 62:18, 63:19
**sincerely** [1] - 59:17
**sister** [2] - 56:6, 57:1
**sisters** [2] - 32:15, 35:18
**sit** [1] - 67:3
**sites** [1] - 18:19
**sits** [1] - 48:22
**sitting** [1] - 22:8
**situation** [3] - 21:18, 46:25, 54:22
**situations** [1] - 30:3
**six** [3] - 23:15, 32:9, 46:22
**sixth** [1] - 28:14
**skater** [1] - 11:12
**skills** [1] - 68:4
**Skype** [1] - 11:25
**slipped** [1] - 57:12
**smile** [1] - 28:8
**smiles** [1] - 28:8
**Smith** [1] - 8:14
**social** [11] - 18:19, 34:8, 35:24, 46:14, 47:14, 47:17,

48:5, 48:13, 52:2, 52:11, 65:9
**socially** [1] - 48:17
**society** [1] - 43:20
**society's** [1] - 66:10
**software** [2] - 12:10, 17:7
**soldiers** [1] - 36:19
**solicit** [3] - 57:23, 57:24, 58:2
**solicited** [1] - 51:23
**someone** [6] - 8:22, 40:5, 48:6, 50:8, 51:16, 54:3
**somewhat** [4] - 4:11, 4:20, 66:11, 67:5
**somewhere** [1] - 9:7
**son** [16] - 13:10, 26:18, 26:19, 27:13, 27:20, 29:1, 30:4, 30:8, 33:24, 35:7, 35:25, 36:10, 38:6, 38:11, 39:7
**son's** [1] - 32:12
**sons** [1] - 7:22
**sophisticated** [1] - 57:15
**sophistication** [3] - 55:23, 55:24, 58:6
**sorry** [4] - 14:3, 26:24, 39:17, 42:19
**sort** [11] - 21:6, 45:10, 46:10, 46:11, 46:20, 49:13, 49:19, 49:22, 50:23, 57:8, 57:12
**souls** [2] - 8:3, 8:4
**sound** [1] - 50:16
**SOUTHERN** [1] - 1:1
**Southern** [3] - 17:18, 17:19, 54:8
**speaking** [3] - 17:13, 17:24, 40:20
**special** [2] - 70:19, 71:5
**Special** [4] - 1:25, 3:10, 19:8, 19:22
**specialist** [1] - 40:11
**specialized** [1] - 47:20
**specific** [1] - 61:10
**specifically** [2] - 35:8, 47:17, 71:3
**spell** [1] - 25:19
**spend** [2] - 22:23, 40:2
**spite** [2] - 66:15, 66:16
**spoken** [1] - 40:8
**sporting** [1] - 34:21
**sports** [2] - 9:24, 27:24
**St** [1] - 33:6
**stages** [1] - 47:4
**stand** [6] - 17:11, 20:21, 20:22, 20:24, 23:1, 25:9
**standard** [1] - 70:20
**standing** [1] - 40:19
**star** [1] - 34:22
**Starman** [1] - 12:15

**start** [3] - 10:1, 10:7, 31:1
**started** [3] - 9:15, 10:5, 27:22
**starting** [4] - 4:4, 61:4, 64:7, 67:19
**starts** [2] - 13:21, 16:22
**State** [4] - 33:7, 33:9, 54:24, 54:25
**state** [5] - 3:7, 25:19, 33:11, 54:12, 62:25
**statement** [1] - 62:12
**statements** [1] - 63:25
**STATES** [4] - 1:1, 1:4, 1:10, 1:13
**States** [13] - 1:21, 3:6, 3:9, 4:8, 4:14, 21:14, 25:4, 45:24, 64:3, 69:7, 69:15, 69:22, 71:7
**statistics** [1] - 58:23
**stature** [1] - 60:21
**statutorily** [1] - 55:5
**statutory** [2] - 64:2, 70:20
**stay** [3] - 37:7, 47:2, 52:23
**stayed** [2] - 34:24, 47:6
**step** [3] - 32:21, 37:1, 49:17
**still** [10] - 20:6, 38:18, 39:13, 39:23, 54:2, 59:14, 66:15, 66:17, 66:23, 71:22
**stimulation** [1] - 46:10
**stimulization** [1] - 46:6
**stipulated** [1] - 71:13
**stole** [3] - 9:10, 20:7
**stop** [4] - 10:25, 15:10, 15:16, 41:8
**stopped** [2] - 28:3, 34:23
**strained** [4] - 29:2, 29:9, 32:9
**strapped** [1] - 45:25
**Street** [2] - 1:14, 1:18
**strike** [1] - 8:21
**strikes** [2] - 55:18, 55:22
**stripes** [1] - 36:4
**structure** [2] - 65:9, 66:3
**structures** [1] - 65:8
**struggle** [1] - 65:16
**student** [2] - 28:7, 35:22
**studies** [6] - 21:10, 45:12, 45:19, 53:2, 53:16, 60:13
**study** [7] - 46:17, 46:22, 46:25, 47:1, 47:10, 47:12, 50:3
**stupid** [1] - 42:4
**subject** [1] - 64:22
**submission** [1] - 56:17
**submissions** [2] - 40:22, 42:24
**submit** [1] - 58:1
**submits** [1] - 22:3
**submitted** [7] - 21:9, 21:22, 21:23, 23:6, 24:23, 64:6
**subsections** [1] - 73:13

**subsequent** [1] - 71:12
**substantively** [1] - 43:12, 72:22
**sucking** [1] - 19:12
**suffered** [1] - 24:2
**suffering** [1] - 41:14
**sufficient** [2] - 4:19, 12:19
**suggest** [1] - 53:16
**suggests** [1] - 46:18
**suicide** [5] - 24:22, 24:25, 25:3, 56:9
**Suite** [2] - 1:18, 1:22
**summaries** [1] - 6:21
**summarized** [1] - 6:18
**summary** [2] - 12:19, 12:21
**summer** [1] - 23:20
**supervised** [5] - 70:11, 70:12, 70:14, 70:19, 70:21
**supervision** [3] - 54:5, 54:7, 55:2
**support** [3] - 45:7, 48:19, 63:14
**supportive** [1] - 21:17
**supports** [1] - 12:16
**suppose** [1] - 43:8
**suppress** [1] - 38:18
**surface** [1] - 61:5
**surprising** [1] - 22:12
**susceptibility** [1] - 60:10
**susceptible** [2] - 60:22, 67:9
**suspended** [1] - 34:20
**sustained** [1] - 66:6
**sweet** [2] - 28:10
**sword** [1] - 66:5
**sworn** [2] - 25:12, 32:25
**synapses** [1] - 65:25
**synapsis** [1] - 65:22
**system** [2] - 29:22, 40:2

## T

**talks** [3] - 11:11, 11:12, 35:11
**target** [1] - 52:22
**targets** [1] - 22:16
**tasked** [1] - 45:1
**tax** [1] - 44:24
**teachers** [1] - 28:9
**teams** [1] - 35:22
**teenage** [3] - 41:22, 42:4, 53:20
**teenager** [1] - 27:15
**telephone** [2] - 66:20, 66:21
**ten** [4] - 6:18, 6:21, 43:25, 49:7
**tendencies** [2] - 32:6, 52:7
**tender** [1] - 36:22
**tenders** [1] - 32:16
**tenors** [1] - 40:15
**TERA** [2] - 2:3, 25:11

**Tera** [2] - 25:4, 25:21
**term** [3] - 45:17, 46:20, 65:4
**terror** [1] - 64:17
**terrorized** [1] - 64:16
**Terry** [1] - 32:22
**TERRY** [2] - 2:4, 32:24
**testified** [7] - 7:9, 9:7, 19:8, 25:12, 29:17, 30:8, 32:25
**testify** [2] - 16:1, 25:6
**testimony** [5] - 6:11, 17:10, 19:21, 48:20, 49:5
**Texas** [4] - 9:6, 25:23, 26:7, 57:22
**THE** [54] - 1:1, 1:9, 1:12, 1:17, 3:3, 3:12, 3:16, 3:19, 3:24, 4:4, 5:12, 6:2, 6:14, 6:16, 12:21, 13:1, 25:3, 25:6, 32:18, 32:20, 33:21, 36:24, 37:1, 37:3, 37:6, 37:9, 39:15, 39:20, 40:21, 41:4, 41:7, 41:12, 41:19, 42:18, 42:19, 42:20, 42:23, 51:5, 56:8, 56:23, 59:14, 60:6, 61:8, 62:11, 62:15, 63:24, 71:15, 71:17, 72:8, 72:11, 72:13, 72:16, 73:16, 74:2
**theirs** [1] - 41:15
**themselves** [6] - 10:13, 10:24, 24:3, 45:9, 56:20, 58:4
**therapeutic** [1] - 50:6
**therapist** [1] - 31:8
**therapy** [2] - 48:8, 50:7
**therefore** [1] - 42:8
**Thereupon** [3] - 25:10, 32:23, 74:6
**thinking** [1] - 26:11
**thinks** [2] - 24:6, 41:13
**thoughts** [3] - 37:11, 38:10, 56:15
**thousands** [1] - 19:5
**threatened** [5] - 15:12, 15:18, 16:3, 56:6, 57:2
**threatening** [1] - 66:22
**threatens** [1] - 16:7
**threats** [4] - 16:4, 56:4, 56:7, 57:19
**three** [5] - 21:14, 30:1, 44:6, 46:1, 49:2
**threshold** [1] - 68:13
**threw** [2] - 49:19, 50:2
**throughout** [2] - 63:15, 68:2
**title** [1] - 33:8
**today** [3] - 5:15, 38:21, 43:4
**together** [5] - 29:4, 29:5, 32:8
**tomorrow** [1] - 54:1
**tone** [2] - 10:1, 14:25
**took** [5] - 17:11, 20:21,

20:24, 26:25, 49:17
**top** [1] - 67:18
**total** [4] - 4:4, 6:6, 70:9, 71:6
**touch** [1] - 13:15, 20:25, 55:9
**towards** [2] - 28:5, 71:19
**trade** [1] - 16:22
**traded** [5] - 11:2, 11:8, 11:9, 17:3
**tragic** [1] - 65:4
**transcript** [6] - 37:14, 37:15, 37:21, 64:4, 64:5, 66:25
**transcription** [1] - 75:4
**transcripts** [1] - 48:19
**transgender** [9] - 23:8, 23:10, 23:13, 59:7, 59:16, 59:19, 59:21, 60:2, 66:12
**transition** [1] - 35:6
**trap** [1] - 10:6
**traveled** [1] - 68:1
**treat** [1] - 41:2
**treated** [2] - 23:11, 50:12
**treatment** [2] - 59:17, 70:25
**tree** [1] - 20:15
**trees** [1] - 18:22
**trend** [2] - 65:17
**trial** [19] - 9:7, 11:3, 11:7, 13:20, 16:5, 17:6, 17:10, 17:16, 18:24, 19:8, 19:21, 20:24, 22:9, 26:14, 37:14, 39:13, 48:19, 49:5, 64:4
**tried** [1] - 23:19
**Triparket's** [1] - 22:4
**trouble** [1] - 54:4
**true** [1] - 62:8
**truly** [2] - 62:16, 63:2
**trust** [4] - 9:13, 31:18, 35:2, 35:14
**truth** [1] - 41:16
**trying** [3] - 29:22, 35:6, 39:20
**turn** [2] - 12:25, 58:7
**twice** [2] - 54:11, 59:8
**two** [14] - 6:19, 7:21, 19:12, 30:1, 35:18, 35:24, 40:14, 40:15, 49:18, 57:21, 60:8, 65:17, 65:21, 66:5
**two-edged** [1] - 66:5
**type** [3] - 7:24, 29:13, 43:11
**types** [1] - 24:22
**typical** [2] - 19:10, 24:6
**typically** [1] - 28:24

## U

**U.S** [4] - 1:13, 1:25, 3:17, 69:9
**ugly** [1] - 49:5
**ultimately** [4] - 16:12, 16:17, 54:17, 59:2
**unable** [1] - 73:20
**uncles** [1] - 29:8

**under** [6] - 4:5, 4:19, 5:18, 35:5, 54:21, 69:22
**underdevelopment** [1] - 46:14
**undisputed** [1] - 65:3
**unforgiving** [1] - 56:5
**unfortunately** [6] - 14:11, 45:5, 45:19, 49:15, 49:18, 50:17
**UNICOR** [2] - 71:19, 71:20
**uniquely** [1] - 35:24
**unit** [2] - 34:17, 34:25
**UNITED** [4] - 1:1, 1:4, 1:10, 1:13
**United** [13] - 1:21, 3:5, 3:9, 4:8, 4:14, 21:14, 25:4, 45:24, 64:3, 69:7, 69:15, 69:22, 71:7
**universe** [1] - 64:21
**University** [1] - 35:22
**university** [1] - 35:23
**unless** [1] - 71:23
**unnecessary** [1] - 4:18
**unreasonable** [4] - 43:12, 44:16, 53:22, 72:22
**unrelenting** [1] - 15:10
**unusual** [2] - 43:15, 73:4
**unwarranted** [1] - 68:18
**up** [29] - 7:1, 8:14, 8:21, 12:1, 13:23, 16:15, 16:24, 21:1, 24:18, 24:19, 25:8, 28:9, 28:13, 28:18, 30:16, 30:20, 31:4, 44:14, 45:6, 50:3, 57:12, 59:25, 61:15, 62:3, 62:21, 65:10, 65:20, 66:1, 69:2
**upbringing** [1] - 44:18
**update** [1] - 6:5
**updated** [1] - 5:23
**updating** [1] - 20:8
**upper** [2] - 45:25, 67:21
**USC** [1] - 73:7
**user** [1] - 17:12
**uses** [1] - 11:8

## V

**vacations** [2] - 29:4, 32:8
**valid** [1] - 60:10
**Vanyher** [2] - 11:6, 11:22
**vast** [1] - 45:8
**verbally** [2] - 28:7, 28:22
**verbiage** [1] - 30:3
**verify** [1] - 72:13
**version** [3] - 45:17, 51:11, 51:15
**versus** [7] - 3:6, 47:5, 53:12, 53:14, 55:23, 69:7, 69:9, 69:15
**very-high** [1] - 5:10

**very-similar** [1] - 4:24
**veterans** [1] - 35:23
**victim** [3] - 33:25, 72:4, 72:5
**victims** [16] - 5:11, 5:20, 5:21, 7:6, 7:7, 7:16, 8:12, 8:16, 10:14, 16:2, 21:5, 22:16, 23:5, 38:2, 63:9, 64:25
**video** [5] - 12:2, 12:4, 12:5, 15:12, 57:17
**videos** [23] - 6:6, 6:8, 6:18, 6:22, 9:10, 11:19, 11:22, 12:12, 17:1, 18:3, 19:1, 19:5, 19:6, 19:9, 19:12, 20:15, 42:5, 42:6, 42:10, 42:11, 68:4, 68:6
**violate** [4] - 44:3, 53:21, 73:3, 73:7
**violates** [3] - 43:13, 43:14, 73:12
**violence** [3] - 56:4, 56:7, 57:19
**visited** [1] - 46:3
**VPN** [2] - 57:8, 57:13
**vs** [1] - 1:5
**vulgar** [2] - 48:20, 50:19

## W

**wages** [1] - 71:19
**walking** [1] - 28:20
**Walsh** [1] - 71:1
**wanking** [1] - 19:12
**wants** [14] - 5:13, 14:1, 14:14, 14:21, 14:22, 14:23, 16:13, 16:14, 16:17, 38:21, 43:10, 52:22
**warrant** [2] - 20:10, 20:11
**warranted** [1] - 64:9
**watch** [3] - 42:5, 42:7, 56:2
**watched** [1] - 42:6
**watching** [1] - 55:1
**ways** [1] - 46:19
**weak** [1] - 60:20
**weapon** [2] - 54:5, 55:4
**web** [1] - 58:8
**web-based** [1] - 58:8
**webcams** [1] - 56:1
**website** [1] - 20:6
**week** [2] - 22:9, 59:16
**weeks** [1] - 60:8
**weigh** [1] - 64:24
**welcome** [1] - 3:4
**West** [1] - 33:17
**western** [1] - 45:10
**white** [1] - 13:17
**whole** [6] - 16:25, 22:9, 29:18, 49:11, 63:15, 73:9
**width** [1] - 31:16
**WiFi** [1] - 9:18

**willing** [1] - 66:15
**wishes** [1] - 12:18
**withdrawn** [1] - 27:22
**Witness** [1] - 2:2
**witness** [2] - 32:17, 36:23
**witnesses** [1] - 66:22
**woman** [2] - 9:2, 12:5
**women** [1] - 45:2
**wonder** [1] - 36:12
**word** [1] - 11:8
**words** [1] - 21:16
**workers** [4] - 46:4, 47:14,
   47:17, 48:5
**works** [2] - 9:20, 32:2
**world** [1] - 45:10
**worried** [1] - 61:25
**worse** [3] - 11:18, 51:15,
   61:24
**worth** [6] - 43:21, 44:8,
   44:17, 49:1, 55:7, 61:5
**worthy** [1] - 66:4
**wove** [1] - 52:8
**wow** [1] - 15:9
**writing** [2] - 40:1, 62:16
**written** [1] - 40:24
**wrote** [1] - 44:19
**WTF** [3] - 14:2, 15:11, 15:22
**Wu** [3] - 3:10, 4:13, 7:2
**WU** [5] - 1:13, 4:13, 13:16,
   33:4, 33:23

## Y

**year** [5] - 28:15, 39:14,
   54:11, 64:22, 70:13
**years** [44] - 4:23, 7:15, 8:10,
   8:15, 9:16, 21:14, 25:25,
   28:21, 29:3, 32:9, 33:17,
   33:18, 36:5, 39:12, 39:13,
   43:5, 43:6, 43:25, 44:6,
   45:21, 46:1, 49:3, 49:14,
   52:14, 53:24, 54:2, 55:20,
   56:1, 58:16, 61:22, 63:3,
   64:23, 65:15, 65:21, 67:17,
   68:15, 68:16, 69:11, 69:15,
   69:16, 69:24, 72:24
**young** [7] - 12:7, 30:17, 42:3,
   48:13, 57:24, 57:25, 64:12
**younger** [1] - 49:19
**youngest** [1] - 43:8
**yourself** [3] - 15:21, 51:11,
   51:15
**youth** [2] - 28:1, 70:25

## Z

**zero** [2] - 23:23, 36:18
**zone** [1] - 57:12