UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20106-CR-MOORE(s)



GOVERNMENT EXHIBIT
CASE NO. 15-CR-20106-KMM
EXHIBIT NO. 1

UNITED STATES OF AMERICA

vs.

PATRICK KILLEN, JR.,
   a/k/a "rebeccatill05,"
   a/k/a "beverlyhills05,"
   a/k/a "chanelizzabel,"

        Defendant.
_____/

## TRIAL STIPULATIONS

COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, and the Defendant, Patrick Killen, Jr., personally and through his attorney, and stipulate as set forth below regarding the Government's exhibits admitted during the trial:

1. The visual depictions at issue in this case were produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce.

2. The visual depictions at issue in this case were shipped or transported by computer, over the Internet, in or affecting interstate commerce.

Date: 7/6/15

By: _____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY

Date: 7/6/15

By: _____
FRED A. SCHWARTZ
ATTORNEY FOR DEFENDANT

Date: 7/6/15

By: _____
PATRICK KILLEN, JR.
DEFENDANT