```
                              BIND-rebeccatil105_9gj.log
        1359842363096    rebeccatil105_9gj       74.161.131.45
        1360255153105    rebeccatil105_9gj       74.161.131.45
        1356560269330    rebeccatil105_9gj       166.147.113.3
        1356560391479    rebeccatil105_9gj       166.147.113.9
        1356560658418    rebeccatil105_9gj       166.147.115.12
        1353386196858    rebeccatil105_9gj       74.161.130.168
        1359500223967    rebeccatil105_9gj       74.161.131.45
        1364148004242    rebeccatil105_9gj       74.161.2.184
        1364148098001    rebeccatil105_9gj       74.161.2.184
        1358099858707    rebeccatil105_9gj       74.161.131.45
        1361843483289    rebeccatil105_9gj       166.147.116.159
        1361843563252    rebeccatil105_9gj       166.147.119.51
        1361843589461    rebeccatil105_9gj       74.161.0.238
        1354674350090    rebeccatil105_9gj       74.161.130.168
        1354675175921    rebeccatil105_9gj       74.161.130.168
        1354675177408    rebeccatil105_9gj       74.161.130.168
        1356070345819    rebeccatil105_9gj       166.147.115.1
        1356071971811    rebeccatil105_9gj       166.147.115.1
        1356072008728    rebeccatil105_9gj       166.147.115.1
        1356072835214    rebeccatil105_9gj       166.147.115.1
        1353175084317    rebeccatil105_9gj       74.161.130.168
        1360186569805    rebeccatil105_9gj       74.161.131.45
        1356249003456    rebeccatil105_9gj       166.147.115.238
        1358194957658    rebeccatil105_9gj       74.161.131.45
        1354821507941    rebeccatil105_9gj       74.161.130.168
        1358473651601    rebeccatil105_9gj       74.161.131.45
        1358474364608    rebeccatil105_9gj       74.161.131.45
        1359782290217    rebeccatil105_9gj       74.161.131.45
        1363381387903    rebeccatil105_9gj       166.147.108.23
        1363381399027    rebeccatil105_9gj       166.147.108.23
        1363381436788    rebeccatil105_9gj       166.147.110.115
        1363381540874    rebeccatil105_9gj       74.161.0.238
        1363382217272    rebeccatil105_9gj       74.161.0.238
        1363382502554    rebeccatil105_9gj       166.147.110.104
        1357625109450    rebeccatil105_9gj       74.161.131.45
        1354399289855    rebeccatil105_9gj       74.161.130.168
        1360766521764    rebeccatil105_9gj       74.161.131.45
        1360976987634    rebeccatil105_9gj       166.147.117.235
        1360978540156    rebeccatil105_9gj       166.147.117.235
        1362957570204    rebeccatil105_9gj       74.161.0.238
        1354678413958    rebeccatil105_9gj       74.161.130.168
        1354679086105    rebeccatil105_9gj       74.161.130.168
        1360879608718    rebeccatil105_9gj       74.161.0.238
        1360879664877    rebeccatil105_9gj       74.161.0.238
        1360879983159    rebeccatil105_9gj       74.161.0.238
        1360881570052    rebeccatil105_9gj       74.161.0.238
        1355893672050    rebeccatil105_9gj       72.145.34.93
        1355893689638    rebeccatil105_9gj       72.145.34.93
        1364133764682    rebeccatil105_9gj       74.161.2.184
        1361237108523    rebeccatil105_9gj       166.147.118.59
        1361237217168    rebeccatil105_9gj       166.147.118.59
        1361238393394    rebeccatil105_9gj       74.161.0.238
        1356049266220    rebeccatil105_9gj       166.147.112.52
        1356049615595    rebeccatil105_9gj       166.147.112.52
        1355997925124    rebeccatil105_9gj       166.147.115.117
        1355998740000    rebeccatil105_9gj       166.147.115.117
        1355999475952    rebeccatil105_9gj       166.147.115.117
        1356000296170    rebeccatil105_9gj       166.147.115.117
        1356001080401    rebeccatil105_9gj       166.147.115.117
        1354147225993    rebeccatil105_9gj       74.161.130.168
        1354147231065    rebeccatil105_9gj       74.161.130.168
        1362092477771    rebeccatil105_9gj       74.161.0.238
        1362094158233    rebeccatil105_9gj       74.161.0.238
                                    Page 1
```



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 15-CR-20106-KMM
EXHIBIT NO. 2D

```
                                    BIND-rebeccatill05_9gj.log
         1356563232248   rebeccatill05_9gj      166.147.115.63
         1356564418460   rebeccatill05_9gj      166.147.115.118
         1356564798970   rebeccatill05_9gj      166.147.115.118
         1356564824880   rebeccatill05_9gj      74.161.131.45
         1356565169376   rebeccatill05_9gj      74.161.131.45
         1356565691166   rebeccatill05_9gj      74.161.131.45
         1354183348122   rebeccatill05_9gj      74.161.130.168
         1359324411933   rebeccatill05_9gj      74.161.131.45
         1363624270669   rebeccatill05_9gj      74.161.2.184
         1360681664124   rebeccatill05_9gj      74.161.131.45
         1358185500594   rebeccatill05_9gj      74.161.131.45
         1356926434713   rebeccatill05_9gj      74.161.131.45
         1356926564059   rebeccatill05_9gj      74.161.131.45
         1356926649075   rebeccatill05_9gj      74.161.131.45
         1356926666479   rebeccatill05_9gj      74.161.131.45
         1356929982814   rebeccatill05_9gj      74.161.131.45
         1353974192948   rebeccatill05_9gj      74.161.130.168
         1362792347466   rebeccatill05_9gj      166.147.113.68
         1362793043677   rebeccatill05_9gj      166.147.113.68
         1362793676100   rebeccatill05_9gj      74.161.0.238
         1359667428477   rebeccatill05_9gj      74.161.131.45
         1359667460536   rebeccatill05_9gj      74.161.131.45
         1359668688592   rebeccatill05_9gj      74.161.131.45
         1354405682782   rebeccatill05_9gj      74.161.130.168
         1363779905080   rebeccatill05_9gj      74.161.2.184
         1363780386978   rebeccatill05_9gj      74.161.2.184
         1360041264418   rebeccatill05_9gj      166.147.114.82
         1360041282453   rebeccatill05_9gj      74.161.131.45
         1360041361437   rebeccatill05_9gj      166.147.112.82
         1360041485123   rebeccatill05_9gj      74.161.131.45
         1360042224453   rebeccatill05_9gj      74.161.131.45
         1360042486255   rebeccatill05_9gj      74.161.131.45
         1354656095811   rebeccatill05_9gj      74.161.130.168
         1354657598819   rebeccatill05_9gj      74.161.130.168
         1354658395050   rebeccatill05_9gj      74.161.130.168
         1353764251899   rebeccatill05_9gj      74.161.130.168
         1353765529795   rebeccatill05_9gj      74.161.130.168
         1353277140418   rebeccatill05_9gj      74.161.130.168
         1353277874056   rebeccatill05_9gj      74.161.130.168
         1353277921551   rebeccatill05_9gj      74.161.130.168
         1353279251917   rebeccatill05_9gj      74.161.130.168
         1353803175583   rebeccatill05_9gj      74.161.130.168
         1353803442902   rebeccatill05_9gj      74.161.130.168
         1356001803146   rebeccatill05_9gj      166.147.115.117
         1356002622633   rebeccatill05_9gj      166.147.115.117
         1356003376493   rebeccatill05_9gj      166.147.115.117
         1356004200431   rebeccatill05_9gj      166.147.115.117
         1361548857247   rebeccatill05_9gj      166.147.119.122
         1361549684944   rebeccatill05_9gj      166.147.119.122
         1361550443146   rebeccatill05_9gj      166.147.119.122
         1361551420410   rebeccatill05_9gj      166.147.119.122
         1361552275694   rebeccatill05_9gj      166.147.119.122
         1361733211838   rebeccatill05_9gj      74.161.0.238
         1361733820983   rebeccatill05_9gj      74.161.0.238
         1358375312145   rebeccatill05_9gj      74.161.131.45
         1358216586294   rebeccatill05_9gj      74.161.131.45
         1358216602085   rebeccatill05_9gj      74.161.131.45
         1356595815760   rebeccatill05_9gj      74.161.131.45
         1357070547807   rebeccatill05_9gj      166.147.109.191
         1357070632384   rebeccatill05_9gj      166.147.109.191
         1357071468417   rebeccatill05_9gj      166.147.109.191
         1357073161239   rebeccatill05_9gj      166.147.109.191
         1358799587840   rebeccatill05_9gj      74.161.131.45
                                        Page 2
```