**Verizon** 9:39 PM 78 %

Back

# Rebecca is typin...

No

How?

The message bubble

Top right

Click it

And screenshot it

Dont act dumb!



GOVERNMENT
EXHIBIT

CASE NO. 15-CR-20106-KMM

EXHIBIT NO. 4 🕱

What message bubble?

Type a message...