

**Reb▮▮▮▮ is typin…**

 U are stupid

 Stop sending me pics of ur fucking hat covering ur face

 And i wont call u stupid

 U do stupid shit then u wonder why i call u stupid

 U have 10 seconds to respond and be nice

 Or then i share ur kik



GOVERNMENT EXHIBIT
CASE NO. 15-CR-20106-KMM
EXHIBIT NO. 4P