# FEDERAL BUREAU OF INVESTIGATION
## Computer Analysis Response Team
## Examination Notes

UCFN: **305G-MM-4436153**
Lab Number: **155251**
Examiner: **ITS/FE Ricardo Soto**

## Gigatribe Install



Page 1 of 10  Examiner: RS  Date: 7/2/15

GOVERNMENT EXHIBIT
CASE NO. 15-CR-20106-KMM
EXHIBIT NO. 16B