●●○○○ AT&T LTE 8:43 PM 38%

[redacted] **PHOTO**

[redacted] 3d

**56 likes**

[redacted] Getty anyone up for a s4s I'm almost at 500 #s4s #pleaseeee

[redacted] Hey ill give you one whats your kik?

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 15-CR-20106-KMM

EXHIBIT NO. 92C

