

AD586-C

GOVERNMENT
EXHIBIT

CASE
NO.   15-CR-20106-KMM

EXHIBIT
NO.   49C