

Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(1) Gigatribe Downloads folder for profile: **Mac Owner**:

 Examiner: RLS



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 1 of 25)

Examiner:



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 2 of 25)



[Screenshot of AccessData FTK Imager 3.3.0.5 software window. The Evidence Tree pane shows a file system hierarchy including folders such as [root], $BadClus, $Extend, $RecycleBin, $Secure, Boot, Documents and Settings, Intel, MSOCache, PerfLogs, Program Files, ProgramData, Recovery, System Volume Information, Temp, Users (All Users, Default, Default User, Mac Owner → AppData, Application Data, Contacts, Cookies, Desktop, Documents → GigaTribe Downloads → beverlyhills05 → GOOD ACTION BIBS, SELFMADE; My Music, My Pictures, My Videos, Outlook Files, Skype Folder; Downloads, Favorites, Links, Local Settings, Music, My Documents, NetHood, Pictures, PrintHood, Recent, Saved Games, Searches, SendTo, Start Menu, Templates, Videos), Public, Windows, [unallocated space], Unpartitioned Space [basic disk].

The File List pane contains a listing of files and sizes that reference child sexual abuse material. The explicit filenames are not reproduced here.

Properties bar: Cursor pos = 0
Path: QMH40211DM1.E01/Partition 4 [238418MB]/BOOTCAMP [NTFS]/[root]/Users/Mac Owner/Documents/GigaTribe Downloads/beverlyhills05]

Examiner: [signature]



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 3 of 25)

AccessData FTK Imager 3.3.0.5

File View Mode Help

Evidence Tree

- [root]
  - $BadClus
  - $Extend
  - $Recycle.Bin
  - $Secure
  - Boot
  - Documents and Settings
  - Intel
  - MSOCache
  - PerfLogs
  - Program Files
  - ProgramData
  - Recovery
  - System Volume Information
  - Temp
  - Users
    - All Users
    - Default
    - Default User
    - Mac Owner
      - AppData
      - Application Data
      - Contacts
      - Cookies
      - Desktop
      - Documents
        - GigaTribe Downloads
          - beverlyhills05
            - GOOD ACTION BIBS
              - SELFMADE
        - My Music
        - My Pictures
        - My Videos
        - Outlook Files
        - Skype Folder
      - Downloads
      - Favorites
      - Links
      - Local Settings
      - Music
      - My Documents
      - NetHood
      - Pictures
      - PrintHood
      - Recent
      - Saved Games
      - Searches
      - SendTo
      - Start Menu
      - Templates
      - Videos
    - Public
  - Windows
  - [unallocated space]
- Unpartitioned Space [basic disk]

File List

| Name | Size |
|---|---|
| [redacted].mp4.downloading | 9,210 |
| [redacted].mp4.downloading.state | 1 |
| 525ad7246f94f.mp4 | 2,451 |
| 54adb28f-955a-4bff-b205-43cf497ed8e4.jpg | 68 |
| 55019c6c-f355-4c73-aa52-e2106377969e.jpg | 85 |
| 6.mkv.jpg | 116 |
| [redacted] | 186 |
| 70992.mpg | 69,568 |
| 70992.mpg.jpg | 154 |
| [redacted] | 135 |
| 78707.flv | 1,335 |
| [redacted] | 111 |
| 84b2c02d-9c3c-480b-a52c-63956a6a43ec.jpg | 70 |
| 8f8ad296-76b8-4ee6-a594-d02d6918bf1e.jpg | 59 |
| 91682cd8-466b-4c26-8745-dc0fd5b59eeb.jpg | 73 |
| 9cc09ca0-f7bb-47f0-ba1c-0efba1738890.jpg | 37 |
| [redacted] | 9,601 |
| [redacted] | 129 |
| a747711c-8ebf-410b-9d63-4ffba6c61dc9.jpg | 72 |
| Aaa-_hall_mountain_manner_P1.mp4.jpg | 164 |
| abcd.mp4.jpg | 126 |
| [redacted] | 21,131 |
| alexhypehyper0002.avi.jpg | 283 |
| [redacted] | 20,459 |
| almen _ Allemand Deutch (Full 48m).avi.jpg | 131 |
| Anno ChestNuts.avi.jpg | 141 |
| [redacted] | 14,078 |
| [redacted] | 78 |
| [redacted] | 1,046 |
| [redacted] | 1 |
| AutoScreenRecorder_03 Dec. 16 10.27 [redacted].avi | 56,813 |
| AutoScreenRecorder_04 Jul. 31 09.34.avi | 11,361 |
| AutoScreenRecorder_04 Jun. 17 11.36.avi | 17,056 |
| [redacted] | 8,489 |
| [redacted] | 176 |
| [redacted] | 2,068 |
| [redacted] | 2,758 |
| [redacted] | 46,295 |
| B02.mpg.jpg | 153 |
| B06.mpg.jpg | 174 |
| b15a5e30-79ea-43d8-86a7-25452b58f47a.jpg | 48 |
| [redacted] | 82 |
| [redacted] | 127 |
| bb109.mpg.jpg | 120 |
| [redacted] | 95 |
| [redacted] | 7,142 |
| Bez imeni-13.04.flv.jpg | 112 |
| [redacted] | 87,986 |
| [redacted] | 20,676 |
| [redacted] | 5,319 |

Properties | Cursor pos = 0

QMM40211DM1.E01/Partition 4 [238418MB]/BOOTCAMP [NTFS]/[root]/Users/Mac Owner/Documents/GigaTribe Downloads/beverlyhills05

Examiner: [signature]



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 4 of 25)

[Screenshot of AccessData FTK Imager software showing an Evidence Tree and a File List. The file listing is omitted here because the file names describe child sexual abuse material.]

Status bar path: QMM40211DM1.E01/Partition 4 [23841MB]/BOOTCAMP [NTFS]/[root]/Users/Mac Owner/Documents/GigaTribe Downloads/beverlyhills05

Examiner: [signature]



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 5 of 25)

AccessData FTK Imager 3.3.0.5

File View Mode Help

Evidence Tree

- [root]
  - $BadClus
  - $Extend
  - $Recycle.Bin
  - $Secure
  - Boot
  - Documents and Settings
  - Intel
  - MSOCache
  - PerfLogs
  - Program Files
  - ProgramData
  - Recovery
  - System Volume Information
  - Temp
  - Users
    - All Users
    - Default
    - Default User
    - Mac Owner
      - AppData
      - Application Data
      - Contacts
      - Cookies
      - Desktop
      - Documents
        - GigaTribe Downloads
          - beverlyhills05
            - GOOD ACTION BIBS
              - SELFMADE
        - My Music
        - My Pictures
        - My Videos
        - Outlook Files
        - Skype Folder
      - Downloads
      - Favorites
      - Links
      - Local Settings
      - Music
      - My Documents
      - NetHood
      - Pictures
      - PrintHood
      - Recent
      - Saved Games
      - Searches
      - SendTo
      - Start Menu
      - Templates
      - Videos
    - Public
  - Windows
- [unallocated space]
- Unpartitioned Space [basic disk]

File List

| Name | Size |
|---|---|
| boys suck cmpl (P1010022_1).avi.jpg | 210 |
| BoySpyCam_Boy asleep gets jerked.wmv.jpg | 178 |
| Boy_man_in_the_office.avi.mp4 | 19,137 |
| Boy_man_in_the_office.avi.mp4.jpg | 114 |
| BRAS-08.avi.jpg | 190 |
| brayan_131.mpeg.jpg | 135 |
| brayan_131_2.mpeg.jpg | 177 |
| Brazil Videos youngboy.flv | 16,257 |
| Brazil Videos youngboy.flv.jpg | 133 |
| brothers on cam 8m.m4v.downloading | 3,552 |
| brothers on cam 8m.m4v.downloading.state | 1 |
| BTGerman SM727.divx.avi.jpg | 122 |
| BTGerman SM727.mpg.jpg | 112 |
| Budboy&Man.mpg.downloading | 99,066 |
| Budboy&Man.mpg.downloading.state | 1 |
| BY Congcong summer at the hotel.mpg.jpg | 142 |
| c40a4379-817b-42b9-b725-5c01bf80a8c7.jpg | 63 |
| CAM00089.jpg | 2,007 |
| Cama.mpg.jpg | 116 |
| CamBrazil003.wmv.jpg | 133 |
| Cambrazil4 35.avi.jpg | 176 |
| Canuck Private Home Videos - Video 1 dec2008.avi.jpg | 162 |
| Canuck Private Home Videos(Cum 12.32).avi.jpg | 153 |
| capture2004.avi.jpg | 57 |
| Carly.wmv | 14,437 |
| caseros! (20).divx.avi.jpg | 84 |
| CBL-B-023.wmv | 59,109 |
| CBL-B-026.wmv | 74,555 |
| CBL-B-047.wmv | 36,554 |
| CBL-B-115.wmv | 3,866 |
| CBL-B-125.wmv | 10,545 |
| CD1_Clip08 part 1 (+Q).avi.jpg | 148 |
| CD1_Clip08 part 2 (+Q)_older and younger teen getting it on_good!.avi.jpg | 157 |
| CD1_Clip08.AVI.jpg | 143 |
| Cell phone anal Arab 1.3gp.jpg | 106 |
| Cell Phone anal Arab 2.3gp.jpg | 111 |
| Cellphone Kid Suck (sound).3gp.jpg | 115 |
| chatroulette - blonde hoodie boy.avi | 10,378 |
| Chatroulette Blonde Boy.flv | 27,968 |
| Chatroulette2012.07.01 - 2Boys10-13 and Girl13.m4v | 56,800 |
| chatzppl luke blonde-02 cum.avi | 3,688 |
| chicos (11).divx.jpg | 65 |
| chris - very hot fuck - anjinhos.wmv | 57,554 |
| chris - very hot fuck - anjinhos.wmv.jpg | 116 |
| chris - very hot fuck.flv.jpg | 120 |
| Chris Clip 5.rm | 11,643 |
| Chris Clip 5.rm.jpg | 94 |
| christian (5).mkv | 15,590 |
| christian (5).mkv.jpg | 114 |
| Chubbycamboy cafesochubby.avi.jpg | 106 |

Properties

Cursor pos = 0

QMM40211DM1.E01/Partition 4 [238418MB]/BOOTCAMP [NTFS]/[root]/Users/Mac Owner/Documents/GigaTribe Downloads/beverlyhills05

Examiner: RU

Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 7 of 25)

Examiner: [signature]

Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 8 of 25)

[Screenshot of AccessData FTK Imager showing an Evidence Tree and File List. Path: QMM4021\DM1.E01/Partition 4 [230418MB]/BOOTCAMP [NTFS]/[root]/Users/Mac Owner/Documents/GigaTribe Downloads/beverlyhills05. The detailed file names are not transcribed.]

Examiner: [signature]



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 9 of 25)

Examiner: RH



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 10 of 25)



Examiner:



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 11 of 25)



Examiner: RU



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 12 of 25)



Examiner:



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 13 of 25)

[Screenshot of AccessData FTK Imager 3.3.0.5 software window. The left "Evidence Tree" panel shows a file system hierarchy including folders such as $BadClus, $Extend, $Recycle.Bin, $Secure, Boot, Documents and Settings, Intel, MSOCache, PerfLogs, Program Files, ProgramData, Recovery, System Volume Information, Temp, Users (All Users, Default, Default User, Mac Owner → AppData, Application Data, Contacts, Cookies, Desktop, Documents → GigaTribe Downloads → beverlyhills05 → GOOD ACTION BIBS, SELFMADE; My Music, My Pictures, My Videos, Outlook Files, Skype Folder; Downloads, Favorites, Links, Local Settings, Music, My Documents, NetHood, Pictures, PrintHood, Recent, Saved Games, Searches, SendTo, Start Menu, Templates, Videos), Public, Windows, [unallocated space], Unpartitioned Space [basic disk].

The right "File List" panel displays a list of file names and sizes. The file names describe child sexual abuse material and are not reproduced here.

Properties panel path: QMM40211DM1.E01/Partition 4 [238418MB]/BOOTCAMP [NTFS]/[root]/Users/Mac Owner/Documents/GigaTribe Downloads/beverlyhills05]

Examiner: [signature]



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 14 of 25)



Examiner: _Res_



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 15 of 25)



Examiner:



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 16 of 25)

 Examiner: RCS



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 17 of 25)

AccessData FTK Imager 3.3.0.5

File View Mode Help

Evidence Tree

- [root]
  - $BadClus
  - $Extend
  - $Recycle.Bin
  - $Secure
  - Boot
  - Documents and Settings
  - Intel
  - MSOCache
  - PerfLogs
  - Program Files
  - ProgramData
  - Recovery
  - System Volume Information
  - Temp
  - Users
    - All Users
    - Default
    - Default User
    - Mac Owner
      - AppData
      - Application Data
      - Contacts
      - Cookies
      - Desktop
      - Documents
        - GigaTribe Downloads
          - beverlyhills05
            - GOOD ACTION BIBS
              - SELFMADE
        - My Music
        - My Pictures
        - My Videos
        - Outlook Files
        - Skype Folder
      - Downloads
      - Favorites
      - Links
      - Local Settings
      - Music
      - My Documents
      - NetHood
      - Pictures
      - PrintHood
      - Recent
      - Saved Games
      - Searches
      - SendTo
      - Start Menu
      - Templates
      - Videos
    - Public
  - Windows
- [unallocated space]
- Unpartitioned Space [basic disk]

File List

| Name | Size |
|---|---|
| Skype - 2013.08.13 - Oscar Mejia 15m US (2).wmv | 120,557 |
| Skype - 2013.08.14 - Adrian Duernas 13m US.wmv | 29,421 |
| Skype - 2013.08.15 - Tyler Whaley 12m US.wmv | 110,285 |
| Skype - 2013.08.16 - Joseph Calvello 14m US.wmv | 117,861 |
| Skype - 2013.08.17 - Tyler Whaley 12m US.wmv.downloading | 64,303 |
| Skype - 2013.08.17 - Tyler Whaley 12m US.wmv.downloading.state | 1 |
| Skype - 2013.08.18 - Tommy Durrant 14m US.wmv.downloading | 9,848 |
| Skype - 2013.08.18 - Tommy Durrant 14m US.wmv.downloading.state | 1 |
| Skype - 2013.08.21 - Dustin Macclure 14m US.wmv.downloading | 47,248 |
| Skype - 2013.08.21 - Dustin Macclure 14m US.wmv.downloading.state | 1 |
| Skype - 2013.08.22 - Cody Sull 13m US.wmv | 141,346 |
| Skype - 2013.08.23 - Adrien Harris 14m US.wmv.downloading | 3,096 |
| Skype - 2013.08.23 - Adrien Harris 14m US.wmv.downloading.state | 1 |
| Skype - 2013.08.24 - Ben Sanders 14m US.wmv.downloading | 43,848 |
| Skype - 2013.08.24 - Ben Sanders 14m US.wmv.downloading.state | 1 |
| Skype - 2013.08.29 - Preston Bradford 13m US.wmv | 92,799 |
| Skype - 2013.10.12 - Alexander Zimmer & Elias Müller 14m DE.avi | 175,424 |
| Skype - 2013.11.02 - Colton 15m US.avi | 193,171 |
| Skype - 2013.11.03 - Jake Perry 14m US.avi.downloading | 216 |
| Skype - 2013.11.03 - Jake Perry 14m US.avi.downloading.state | 1 |
| Skype - 2013.11.08 - Chris Marino 13m US.avi.downloading | 264 |
| Skype - 2013.11.08 - Chris Marino 13m US.avi.downloading.state | 1 |
| Skype - 2013.11.12 - Richard Merchant 13m US.avi.downloading | 872 |
| Skype - 2013.11.12 - Richard Merchant 13m US.avi.downloading.state | 1 |
| Skype - 2013.11.20 - Joseph Calvello 14m US.avi | 32,707 |
| Skype - 2013.11.24 - Aaron Connolly 14m UK.avi | 47,209 |
| Skype - 2013.11.27 - Christian Wallace 13m US.avi | 41,869 |
| Skype - 2013.11.27 - Reece Cope (NC) 13m US.avi | 43,509 |
| Skype - 2013.11.28 - Reece Cope (NC) 13m US.avi | 127,338 |
| Skype - 2013.11.29 - Nathan Brinlee 13m US.avi | 65,502 |
| Skype - 2013.11.29 - Xavier Bickford 13m US.avi | 45,393 |
| Skype - 2013.12.03 - Hayden Burge 13m US.avi | 10,378 |
| Skype - 2013.12.03 - Ronnie Morris 15m US.avi | 45,444 |
| Skype - 2013.12.04 - Kay G 14m DE.avi | 59,847 |
| Skype - 2013.12.04 - Nathan Brinlee 13m US.avi | 54,763 |
| Skype - 2013.12.05 - Ben Azoulay 14m US.avi | 37,485 |
| Skype - 2013.12.07 - Ben Azoulay 14m US.avi | 42,716 |
| Skype - 2013.12.07 - Matthew Dolton 14m US.avi | 69,255 |
| Skype - 2013.12.08 - Chandler Ake 14m US.avi.downloading | 10,086 |
| Skype - 2013.12.08 - Chandler Ake 14m US.avi.downloading.state | 1 |
| Skype - 2013.12.08 - Johnny Carthew 13m AU.avi | 67,249 |
| Skype - 2013.12.09 - Johnny Carthew 13m AU.avi | 87,124 |
| Skype - 2013.12.09 - Matthew Dolton 14m US.avi | 41,413 |
| Skype - 2013.12.09 - Reece Cope (NC) 13m US.avi | 74,426 |
| Skype - 2013.12.09 - Rodrigo Kiehnle 13m MX (1).avi | 43,523 |
| Skype - 2013.12.09 - Rodrigo Kiehnle 13m MX (2).avi.downloading | 7,652 |
| Skype - 2013.12.09 - Rodrigo Kiehnle 13m MX (2).avi.downloading.state | 1 |
| Skype - 2013.12.09 - Rodrigo Kiehnle 13m MX.avi.downloading.state | 1 |
| Skype - 2013.12.11 - Austin Carrigan 14m US.avi | 27,871 |
| Skype - 2013.12.11 - Dalton Pasley 15m US.avi | 13,848 |

Properties

Cursor pos = 0

QMM40211DM1.E01/Partition 4 [238418MB]/BOOTCAMP [NTFS]/[root]/Users/Mac Owner/Documents/GigaTribe Downloads/beverlyhills05

Examiner: DQ



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 18 of 25)

Examiner: RU



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 19 of 25)

Examiner: RU



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 20 of 25)

Examiner: [signature]



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 21 of 25)

 Examiner:





Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 22 of 25)

Examiner: RU



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 23 of 25)

Examiner:



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 24 of 25)

Examiner: RCS



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(2) **beverlyhills05** subfolder: (screenshot 25 of 25)

Examiner: DCS

Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(3) **GOOD ACTION BIBS** subfolder: (screenshot 2 of 2)

Examiner: [signature]



Federal Bureau of Investigation
305G-MM-4436153
1B1: Apple MacBook Pro
Gigatribe Screenshots

(4) **SELFMADE** subfolder: (screenshot 1 of 2)

Examiner: [signature]