*This is to certify that the following is a true certified copy of the record on file in the Division of Vital Statistics of the Englewood Health Department*

**ENGLEWOOD HEALTH DEPARTMENT**
73 South Van Brunt Street

OCT 20
Date of Issue

Registrar of Vital Statistics

**WARNING: DO NOT ACCEPT THIS COPY WITHOUT RAISED SEAL OF THE ENGLEWOOD HEALTH DEPARTMENT AFFIXED HEREON**

**GOVERNMENT EXHIBIT**
CASE NO. 15-CR-20106-KMM
EXHIBIT NO. 27C

New Jersey Department of Health and Senior Services
**Certificate of Live Birth**

1739

| Field | Value |
|---|---|
| 1. NAME OF CHILD (First) | Samuel |
| 2a. DATE OF BIRTH | 10/02/ |
| 3. SEX | MALE |
| 4a. PLURALITY | TWIN |
| 4b. THIS CHILD BORN | 2nd |
| 5a. PLACE OF BIRTH | HOSPITAL |
| 5b. NAME OF FACILITY | Hospital And Medical Center |
| 6a. MOTHER - Maiden Name | Colleen |
| 6b. DATE OF BIRTH | 05/07/ |
| 7c. RESIDENCE - City | Closter |
| 8. INSIDE CITY LIMITS | Yes |
| 9b. CITY OR TOWNSHIP | Closter |
| 10a. FATHER - Name | George |
| 10b. DATE OF BIRTH | 08/12/ |
| 11a. NAME OF INFORMANT | Colleen |
| 11b. RELATIONSHIP TO CHILD | Mother |
| 12a. CERTIFIER - Name | Rebecca |
| 14. ATTENDANT | MD |
| Signature | Rebecca |
| 15b. DATE RECEIVED | OCT - 8 |