# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

**United States of America v. Patrick Killen, Jr.**

**WITNESS AND EXHIBIT LIST**

**CASE NUMBER:** 15-20106-CR-MOORE(s)

| PRESIDING JUDGE | | | | | ASSISTANT UNITED STATES ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Hon. K. Michael Moore | | | | | Robert Emery/Ben Widlanski | Fred Schwartz |
| TRIAL DATE(S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| July 6, 2015 | | | | | | Robin Goodwin |

| USA NO. | DEF. NO. | DATE OFFERED | DATE ADMITTED | WITNESS | DESCRIPTION OF EXHIBITS' AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | 7/10 | | Trial Stipulations |
| 2A | | | 7/6/15 | Susan | Kik Interactive, Inc., MLAT Response (encrypted) |
| 2B | | | 7/6/15 | Susan | Kik Interactive, Inc., MLAT Response (unencrypted) |
| 2C | | | 7/6/15 | Susan | Kik Interactive, Inc., Metrics User Inspector - MLAT |
| 2D | | | 7/6/15 | Susan | Bind Log Pages from MLAT Response |
| 2E | | | 7/6/15 | Susan | Kik Chat Logs between rebeccatill05 and kylerj723 |
| 2F | | | 7/6/15 | Susan | Kik Chat Logs between rebeccatill05 and jeteriam |
| 2G | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Response |
| 2H | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Response |
| 2I | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Response |
| 2J | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Response |
| 2K | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Response |
| 2L | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Response |
| ~~2M~~ | | | | | ~~Image from Kik Interactive, Inc., MLAT Response~~ |
| 3 | | | 7/6/15 | Susan | AT&T/Bellsouth Business Records for IP 74.161.131.45 (Patrick Killen) |
| 4A | | | 7/6/15 | Susan | Kik Interactive, Inc. MLAT Supplemental Response (thumb drive encrypted) |
| 4B | | | 7/6/15 | Susan | Kik Interactive, Inc. MLAT Supplemental Response (unencrypted) |
| 4C | | | 7/6/15 | Susan | Kik Interactive, Inc. MLAT Supplemental Response (unencrypted) – Bind and Chat Logs |
| 4D | | | 7/6/15 | Susan | Bind Log Pages from MLAT Supplemental Response |
| 4E | | | 7/6/15 | Susan | Chat Log from MLAT Supplemental Response |
| 4F | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4G | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4H | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |

| 4I | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
|---|---|---|---|---|---|
| 4J | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4K | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4L | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4M | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4N | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4O | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4P | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4Q | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4R | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4S | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4T | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4U | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4V | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4W | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4X | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4Y | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4Z | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4AA | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4BB | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4CC | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4DD | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4EE | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4FF | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4GG | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4HH | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4II | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4JJ | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4KK | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4LL | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4MM | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4NN | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4OO | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4PP | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |

Case 1:15-cr-20106-KMM   Document 83   Entered on FLSD Docket 07/03/2015   Page 3 of 11

| | | | | | |
|---|---|---|---|---|---|
| 4QQ | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4RR | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4SS | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4TT | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4UU | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4VV | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4WW | | | 7/6/15 | Susan | Image from Kik Interactive, Inc., MLAT Supplemental Response |
| 4XX | | | 7/6/15 | Susan | Kik Interactive, Inc., Metrics User Inspector – Supplemental MLAT |
| 5 | | | 7/6/15 | Susan | Certified Birth Certificate for K.E. |
| 6 | | | 7/6/15 | Jason | Picture of Residence |
| 7 | | | 7/6/15 | Jason | Apple MacBook Pro Laptop Computer – February 11, 2014 |
| 8 | | | 7/6/15 | Jason | Apple iPhone – February 11, 2014 |
| 9 | | | 7/6/15 | Jason | SanDisk USB Flash Drive – February 11, 2014 |
| 10 | | | 7/6/15 | Jason | Consent to Search Form |
| 11 | | | 7/6/15 | Jason | Property Receipt |
| 12A | | | 7/6/15 | Rick | Hash Value Report of MacBook Pro Laptop Computer |
| 12B | | | 7/6/15 | Rick | Imaged Hard Drive (MacBook Pro Laptop Computer) |
| 12C | | | 7/6/15 | Rick | Hash Value Verification Screen Shot |
| 13A | | | 7/6/15 | Rick | Examination Report of MacBook Pro Laptop |
| 13B | | | 7/6/15 | Rick | Examination Report of Mobilesync Backup Folder of MacBook Pro Laptop |
| 13C | | | 7/7/15 | Mel | Summary Chart of Kik Chats from September 8, 2013 |
| 13D | | | 7/6/15 | Rick | Apple Mobilesync Backup Folder |
| 13E | | | 7/6/15 | Rick | Apple Mobilesync Backup Folder Kik plist |
| 13F | | | 7/7/15 | Rick | Virtual Machine Screenshot of MacBook Pro Laptop Computer |
| 13G | | | 7/7/15 | Rick | Virtual Machine Screenshot of MacBook Pro Laptop Computer |
| 13H | | | 7/7/15 | Rick | Virtual Machine Screenshot of MacBook Pro Laptop Computer |
| 13I | | | 7/7/15 | Rick | Virtual Machine Screenshot of MacBook Pro Laptop Computer |
| 13J | | | 7/7/15 | Rick | Virtual Machine Screenshot of MacBook Pro Laptop Computer |
| 13K | | | 7/7/15 | Rick | Virtual Machine Screenshot of MacBook Pro Laptop Computer |
| 13L | | | 7/6/15 | Rick | Summary Chart Kik.squite (Table: zkikuser) from Mobile Sync Backup Folder of MacBook Pro Laptop |
| 13M | | | 7/6/15 | Rick | Lantern Report Screenshot – MacBook Pro Laptop Computer |
| 13N | | | 7/6/15 | Rick | Lantern Report Screenshot – MacBook Pro Laptop Computer |

Case 1:15-cr-20106-KMM   Document 83   Entered on FLSD Docket 07/03/2015   Page 4 of 11

| | | | | | |
|---|---|---|---|---|---|
| 13O | | | 7/6/15 | Rick | Lantern Report Screenshot – MacBook Pro Laptop Computer |
| 13P | | | 7/6/15 | Rick | Lantern Report Screenshot – MacBook Pro Laptop Computer |
| 13Q | | | 7/6/15 | Rick | Lantern Report Screenshot – MacBook Pro Laptop Computer |
| 13R | | | 7/6/15 | Rick | Lantern Report Screenshot – MacBook Pro Laptop Computer |
| 13S | | | 7/6/15 | Rick | Lantern Report Screenshot – MacBook Pro Laptop Computer |
| 13T | | | 7/6/15 | Rick | Lantern Report Screenshot – MacBook Pro Laptop Computer |
| 13U | | | 7/6/15 | Rick | Lantern Report Screenshot – MacBook Pro Laptop Computer |
| 13V | | | 7/7/15 | Rick | File Tree for Recycle Bin of MacBook Pro Laptop Computer |
| 14A | | | 7/7/15 | Rick | Disk with Summary Chart of Google Searches from MacBook Pro Laptop Computer |
| 14B | | | 7/8/15 | Mel | Summary Condensed Chart of Google Searches from MacBook Pro Laptop Computer |
| 14C | | | 7/7/15 | Rick | Screenshot of Summary Chart of Google Searches from MacBook Pro Laptop Computer |
| 15A | | | 7/7/15 | Rick | Summary Report of NTuser.dat files of MacBook Pro Laptop |
| 15B | | | 7/7/15 | Rick | Windows System Information MacBook |
| 16A | | | 7/7/15 | Rick | File Tree for GigaTribe folder of MacBook Pro Laptop Computer |
| 16B | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16C | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16D | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16E | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16F | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16G | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16H | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16I | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16J | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16K | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16L | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16M | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16N | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 16O | | | 7/7/15 | Rick | Screenshot of GigaTribe |
| 17A | | | 7/7/15 | Rick | Disk with GigaTribe Chats from MacBook Pro Laptop Computer |
| 17B | | | 7/7/15 | Rick | Summary Chart of GigaTribe Chats |
| 18A | | | 7/7/15 | Rick | Disk with Skype Chats from MacBook Pro Laptop Computer |
| 18B | | | 7/7/15 | Rick | Summary Chart of Skype Chats |

| | | | | | |
|---|---|---|---|---|---|
| 19A | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username masonlikescake |
| 19B | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username frosty2499 |
| 19C | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username jacksoncook10 |
| 19D | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username vanyher (*masonlikescake*) (9/1/13 distribution) |
| 19E | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username vanyher (9/11/13 distribution of frosty2499 ~~and jacksoncook10~~) |
| 19F | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username natty0524  (8/31/13 receipt) |
| 19G | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username vanyher (9/2/13 receipt) |
| 19H | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username vanyher (9/11/13 distribution of ~~frosty2499 and~~ jacksoncook10) |
| 19I | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username vanyher |
| 19J | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username vanyher |
| 19K | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username vanyher |
| 19L | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username vanyher |
| 19M | | | 7/7/15 | Mel | Summary Chart of Kik Chats with username vanyher |
| 20A | | | 7/8/15 | Heather | Certified Birth Certificate of M.F. |
| 20B | | | 7/8/15 | Heather | Kik Business Records for username masonlikescake |
| ~~21A~~ | | | *Not used* | | ~~Picture of M.F. from September 1, 2013 Kik Chat~~ |
| ~~21B~~ | | | *Not used* | | ~~Picture of M.F. from September 1, 2013 Kik Chat~~ |
| ~~22A~~ | *Not used* | | | | ~~Picture of Patrick Killen, Jr. – signed by A.R.~~ |
| ~~22B~~ | *Not used* | | | | ~~Picture of Patrick Killen, Jr. – signed by A.R.~~ |
| 23A | | | 7/7/15 | Reyes | Image of A.R. of her Instagram page from MacBook Pro Laptop |
| 23B | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23C | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23D | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23E | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23F | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23G | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23H | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23I | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23J | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23K | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23L | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23M | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 23N | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |

Case 1:15-cr-20106-KMM   Document 83   Entered on FLSD Docket 07/03/2015   Page 6 of 11

| | | | | | |
|---|---|---|---|---|---|
| 23O | | | 7/6/15 | Susan | Image of A.R. from Kik Interactive, Inc., MLAT Supplemental |
| 24 | | | 7/7/15 | Chris | Facebook Business Records for chanel.izzabel |
| 25 | | | 7/7/15 | Chris | Instagram Business Records carly_m_izzabel |
| 26 | | | 7/7/15 | Chris | Microsoft Business Records for chanel.izzabel@outlook.com |
| 27A | | | 7/7/15 | Chris | AT&T/Bellsouth Business Records for IP 65.3.49.116  (Patrick Killen) |
| 27B | | | 7/7/15 | Chris | Summary Chart of chanel.izzabel IP addresses |
| 27C | | | 7/7/15 | Chris | S.K. Birth Certificate |
| 28 | | | 7/7/15 | Chris | Kik Business Records for username chanelizzabel |
| 29A | | | 7/7/15 | Chris | Screenshot of Facebook page of Chanel.izzabel |
| 29B | | | 7/7/15 | Chris | Screenshot of Facebook page of Chanel.izzabel |
| 29C | | | 7/7/15 | Chris | Screenshot of Facebook page of Chanel.izzabel |
| 29D | | | 7/7/15 | Chris | Screenshot of Facebook page of Chanel.izzabel |
| 30A | | | 7/7/15 | Chris | Screenshot of Kik Chat Chanelizzabel |
| 30B | | | 7/7/15 | Chris | Screenshot of Kik Chat Chanelizzabel |
| 30C | | | 7/7/15 | Chris | Screenshot of Kik Chat Chanelizzabel |
| 31A | | | 7/7/15 | Chris | Screenshot of Patrick Killen, Jr. |
| 31B | | | 7/7/15 | Chris | Screenshot of Patrick Killen, Jr. Facebook page |
| 32A | | | 7/9/15 | Cook | Kik Business Records for username jacksoncook10 |
| 32B | | | 7/9/15 | Cook | Birth Certificate of J.C. |
| 32C | | | 7/8/15 | Mel | Image of J.C. with Sister from Mobilesync Backup of MacBook Pro Laptop |
| 32D | | | Not used | | Image of J.C. from September 11, 2013 Kik Chat |
| 32E | | | Not used | | Image of J.C. from September 11, 2013 Kik Chat |
| 33A | | | 7/8/15 | Alexis | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33B | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33C | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33D | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33E | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33F | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33G | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33H | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33I | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33J | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33K | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33L | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |

Case 1:15-cr-20106-KMM   Document 83   Entered on FLSD Docket 07/03/2015   Page 7 of 11

| | | | Date | By | Description |
|---|---|---|---|---|---|
| 33M | | | 7/8/15 | Alexis | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33N | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 33O | | | | | Photograph – March 6, 2015 Search of Patrick Killen, Jr.'s Residence |
| 34 | | | 7/8/15 | Alexis | Dell Laptop Computer |
| 35 | | | 7/8/15 | Alexis | SanDisk Micro Cruzer USB Flash Drive |
| 36A | | | 7/8/15 | Yohel | Imaged Hard Drive of Dell Laptop Computer |
| 36B | | | 7/8/15 | Yohel | Image Log of Dell |
| 37A | | | 7/9/15 | Yohel | Disk with IEF, SkypeAlyzer, and Gigatribe Report of Dell |
| 37B | | | 7/9/15 | Yohel | Summary Chart of GigaTribe Chats from IEF Report |
| 37C | | | 7/9/15 | Yohel | Summary Chart of Chrome Bookmarks of Dell Laptop from IEF Report |
| 37D | | | 7/9/15 | Yohel | Summary Chart of Skype Account Rebeccatill05 of Dell Laptop from SkypeAlyzer |
| 37E | | | 7/9/15 | Yohel | Summary Chart of Skype User Names of Dell Laptop from IEF Report |
| 37F | | | 7/9/15 | Lanna | Summary Chart of Skype Chat Messages from Dell Laptop Computer |
| 37G | | | 7/9/15 | Yohel | Summary Chart of Skype Account Chanel.izzabel of Dell Laptop from SkypeAlyzer |
| 37H | | | 7/9/15 | Yohel | Summary Chart of Skype Account pkillen01 of Dell Laptop from SkypeAlyzer |
| 38A | | | 7/8/15 | Yohel | Disk with AD FTK Lab Examination Reports of Dell Laptop Computer (Cam Video, etc.) |
| 38B | | | 7/8/15 | Yohel | Screenshot of AD FTK Report |
| 38C | | | 7/8/15 | Yohel | Security Account Manager  (SAM) |
| 38D | | | 7/8/15 | Yohel | PRTK Report of Dell Laptop Computer |
| 38E | | | 7/8/15 | Yohel | Top Sites from Safari Browser – AD FTK Report |
| 38F | | | 7/9/15 | Yohel | Patrick J Killen user NTUSER.DAT – AD FTK Report |
| 38G | | | 7/9/15 | Yohel | Lnk File Report from Dell |
| 39A | | | 7/9/15 | Yohel | Summary Chart of CP Videos Bookmarked File List from Dell Laptop Computer from AD Lab/ FTK |
| 39B | | | 7/9/15 | Yohel | Summary Chart of CP Video Enhancement Bookmarked File List from Dell Laptop Computer from AD Lab/FTK |
| 39C | | | | Not Used | File Tree for Recycle Bin of Dell Laptop Computer |
| 40A | | | 7/9/15 | Yohel | Screenshot of Dell Laptop Computer |
| 40B | | | 7/9/15 | Yohel | Screenshot of Dell Laptop Computer with Images |
| 41A | | | 7/8/15 | Yohel | Lantern Extraction of iPhone |
| 41B | | | 7/8/15 | Yohel | Examination Report of iPhone |
| 41C | | | 7/8/15 | Yohel | Overview first page of report |
| 41D | | | 7/8/15 | Yohel | iPhone Device Information |

| | | | Date | Initials | Description |
|---|---|---|---|---|---|
| 41E | | | 7/8/15 | Yohel | iPhone Note Section |
| 41F | | | 7/8/15 | Yohel | iPhone Internet (bookmark) |
| 41G | | | 7/8/15 | Yohel | iPhone Internet (history) |
| 41H | | | 7/8/15 | Yohel | iPhone Dictionary Page 1 |
| 41I | | | 7/8/15 | Yohel | iPhone Dictionary Page 2 |
| 41J | | | 7/8/15 | Yohel | iPhone Wifi |
| 41K | | | 7/8/15 | Yohel | iPhone Videos |
| 41L | | | 7/8/15 | Yohel | iPhone Images |
| 41M | | | 7/8/15 | Yohel | iPhone Apps |
| 41N | | | 7/8/15 | Yohel | iPhone Email Accounts |
| 41O | | | 7/8/15 | Yohel | FTK Imager for iPhone |
| 42A | | | 7/8/15 | Frost | Certified Birth Certificate of G.F. |
| 42B | | | 7/8/15 | Frost | Kik Business Records for username frosty2499 |
| 42C | | | 7/8/15 | Frost | Picture of G.F. |
| 42D | | | | Not | ~~Picture of G.F. from September 10, 2013 Kik Chat~~ |
| 42E | | | | Not | ~~Picture of G.F. from September 10, 2013 Kik Chat~~ |
| 43A | | | 7/9/15 | Carly | C.M. Instagram True Page from Mobilesync Backup Folder |
| 43B | | | 7/9/15 | Carly | C.M. Instagram True Page from Mobilesync Backup Folder |
| 43C | | | 7/9/15 | Carly | C.M. Instagram Fake Page from Mobilesync Backup Folder |
| 43D | | | 7/9/15 | Carly | C.M. Instagram Fake Page from Mobilesync Backup Folder |
| 43E | | | 7/9/15 | Carly | C.M. Instagram Fake Page from Mobilesync Backup Folder |
| 43F | | | 7/9/15 | Carly | C.M. Instagram Fake Page from Mobilesync Backup Folder |
| 43G | | | 7/9/15 | Carly | C.M. Instagram Fake Page from Mobilesync Backup Folder |
| 44A | | | 7/7/15 | Chris | Chanel.izzabel Facebook Page Not Identified by C.M. |
| 44B | | | 7/7/15 | Chris | Chanel.izzabel Facebook Page Not Identified by C.M. |
| 44C | | | 7/7/15 | Chris | Chanel.izzabel Facebook Page Not Identified by C.M. |
| 44E | | | 7/7/15 | Chris | Chanel.izzabel Facebook Page Not identified by C.M. |
| 45A | | | 7/9/15 | Carly | Car M Izza Facebook  Page Not Identified by C.M. |
| 45B | | | 7/9/15 | Carly | Car M Izza Facebook  Page Not Identified by C.M. |
| 45C | | | 7/9/15 | Carly | Car M Izza Facebook  Page Not Identified by C.M. |
| 45D | | | 7/9/15 | Carly | Car M Izza Facebook  Page Not Identified by C.M. |
| 45E | | | 7/9/15 | Carly | Car M Izza Facebook  Page Not Identified by C.M. |
| 45F | | | 7/9/15 | Carly | Car M Izza Facebook  Page Not Identified by C.M. |
| 45G | | | 7/9/15 | Carly | Car M Izza Facebook  Page Not Identified by C.M. |
| 46A | | | Not | Used | ~~Picture identified by C.M. from Mobilesync Backup Folder~~ |

| No. | | | Date | Initials | Description |
|---|---|---|---|---|---|
| 46B | | | | | Picture identified by C.M. from Mobilesync Backup Folder |
| 46C | | | | | Picture identified by C.M. from Mobilesync Backup Folder |
| 46D | | | | | Picture identified by C.M. from Mobilesync Backup Folder |
| 46E | | | | | Picture identified by C.M. from Mobilesync Backup Folder |
| 46F | | | | | Picture identified by C.M. from Mobilesync Backup Folder |
| 46G | | | | | Picture identified by C.M. from Mobilesync Backup Folder |
| 46H | | | | | Picture identified by C.M. from Mobilesync Backup Folder |
| 46I | | | | | Picture identified by C.M. from Mobilesync Backup Folder |
| 46J | | | | | Picture identified by C.M. from Mobilesync Backup Folder |
| 46K | | | 7/9/15 | Carly | Picture identified by C.M. from Mobilesync Backup Folder |
| 46L | | | 7/9/15 | Carly | Picture identified by C.M. from Mobilesync Backup Folder |
| 46M | | Not Used | | | Picture identified by C.M. from Mobilesync Backup Folder |
| 46N | | Not Used | | | Picture identified by C.M. from Mobilesync Backup Folder |
| 47A | | | | | Picture of Patrick Killen, Jr. not identified by C.M. |
| 47B | | Not Used | | | Picture of Patrick Killen, Jr. not identified by C.M. |
| 48A | | | 7/6/15 | Rick | February 11, 2014 Possessed Video from MacBook Pro |
| 48B | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from MacBook Pro |
| 48C | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from MacBook Pro |
| 48D | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from MacBook Pro |
| 48E | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from MacBook Pro |
| 48F | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from MacBook Pro |
| 48G | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from MacBook Pro |
| 48H | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from MacBook Pro |
| 48I | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from MacBook Pro |
| 49A | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from SanDisk USB |
| 49B | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from SanDisk USB |
| 49C | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from SanDisk USB |
| 49D | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from SanDisk USB |
| 49E | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from SanDisk USB |
| 49F | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from SanDisk USB |
| 49G | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from SanDisk USB |
| 49H | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from SanDisk USB |
| 49I | | | 7/9/15 | Laura | Screenshot of February 11, 2014 Possessed Video from SanDisk USB |
| 50A | | | 7/9/15 | Ychel | Screenshot of September 24, 2014 Received Video from Dell Laptop |

Case 1:15-cr-20106-KMM   Document 83   Entered on FLSD Docket 07/03/2015   Page 10 of 11

| | | | | | |
|---|---|---|---|---|---|
| 50B | | | 7/9/15 | Yohel | Page from AD FTK Lab Examination Report of Dell Laptop Computer |
| 50C | | | 7/9/15 | Yohel | Page from AD FTK Lab Examination Report of Dell Laptop Computer |
| 50D | | | 7/9/15 | Yohel | Screenshot of March 6, 2015 Possessed Video from Dell Laptop |
| 51A | | | 7/9/15 | Laura | Screenshot of March 6, 2015 Possessed Video from Dell Laptop |
| 51B | | | 7/9/15 | Laura | Screenshot of March 6, 2015 Possessed Video from Dell Laptop |
| 51C | | | 7/9/15 | Laura | Screenshot of March 6, 2015 Possessed Video from Dell Laptop |
| 51D | | | 7/9/15 | Laura | Screenshot of March 6, 2015 Possessed Video from Dell Laptop |
| 51E | | | 7/9/15 | Laura | Screenshot of March 6, 2015 Possessed Video from Dell Laptop |
| 52A | | | 7/9/15 | Laura | Screenshot of March 6, 2015 Possessed Video from SanDisk Micro Cruzer USB |
| 52B | | | 7/9/15 | Laura | Screenshot of March 6, 2015 Possessed Video from SanDisk Micro Cruzer USB |
| 52C | | | 7/9/15 | Laura | Screenshot of March 6, 2015 Possessed Video from SanDisk Micro Cruzer USB |
| 52D | | | 7/9/15 | Laura | Screenshot of March 6, 2015 Possessed Video from SanDisk Micro Cruzer USB |
| ~~53~~ | | | ~~NOT~~ | | ~~Video Report from Mobilesync Backup Folder of MacBook Pro Laptop~~ |
| 54A | | | 7/7/15 | Chris | Image of S.K. from MacBook Pro Laptop Computer |
| 54B | | | 7/7/15 | Chris | Image of S.K. from MacBook Pro Laptop Computer |
| 54C | | | 7/7/15 | Chris | Image of S.K. from MacBook Pro Laptop Computer |
| 54D | | | 7/7/15 | Chris | Image of S.K. from MacBook Pro Laptop Computer |
| 54E | | | 7/7/15 | Chris | Image of S.K. from MacBook Pro Laptop Computer |
| 54F | | | 7/9/15 | Laura | Image of S.K. from MacBook Pro Laptop Computer |
| 54G | | | 7/9/15 | Laura | Image of S.K. from MacBook Pro Laptop Computer |
| 54H | | | 7/9/15 | Laura | Image of S.K. from MacBook Pro Laptop Computer |
| 55A | | | 7/9/15 | Laura | Image of Logan from MacBook Pro Laptop Computer |
| 55B | | | 7/9/15 | Laura | Image of Logan from MacBook Pro Laptop Computer |
| 56A | | | 7/9/15 | Laura | Mirror screenshot from Mobilesync Backup Folder |
| 56B | | | 7/9/15 | Laura | Mirror screen shot from Mobilesync Backup Folder |
| ~~57~~ | | | | | ~~C.M. Instagram Image from MacBook Pro Laptop Computer~~ Not Used |
| ~~58~~ | | | | | ~~A.R. Instagram Image from MacBook Pro Laptop Computer~~ Not Used |
| 59 | | | 7/9/15 | Laura | K.E. Instagram image from MacBook Pro Laptop Computer |
| | | | | | |
| | | | | | |
| | | | | | Witnesses: |
| | | | 7/6/15 | | Susan Ostrobinski, Special Agent, FBI |
| | | | 7/6/15 | | Jason Ginther, Special Agent, FBI |
| | | | 7/6-7/15 | | Ricardo Soto, Forensic Examiner, FBI |

| 60A | | | 7/9/15 | Yohel | VM screenshot of windows 7 on Dell |
| 60B | | | 7/9/15 | Yohel | VM screenshot of home screen w/ Higatub login for Dell |
| 60C | | | 7/9/15 | Yohel | VM screenshot of windows starting virtualization on Dell |

| | | | | | |
|---|---|---|---|---|---|
| | | | 7/7/15 | | A.R |
| | | | 7/7/15 | | Christian Federici, Sergeant, Norwood Police Department |
| | | | 7/7-8/15 | | Melissa Starman, FBI |
| | | | 7/8/15 | | Tara Jo Frost |
| | | | 7/8/15 | | Heather Freeman |
| | | | 7/9/15 | | C.M. |
| | | | 7/8/15 | | Alexis Carpinteri, Special Agent, FBI |
| | | | 7/8-9/15 | | Yohel Diaz, Forensic Examiner, FBI |
| | | | 7/9/15 | | Colonel Terry Cook |
| | | | 7/9/15 | | Laura Schwartzenberger, Special Agent, FBI |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | |
|---|---|---|---|---|
| 60 D | 7/9/15 | Yohel | VM | screenshot of my Documents folder on Dell |
| 60 E | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 F | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 G | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 H | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 I | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 J | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 K | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 L | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 M | 7/9/15 | Yohel | VM | screenshot of GT Downloads folder on Dell |
| 60 N | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 O | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 P | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 Q | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 R | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 S | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 T | 7/9/15 | Yohel | VM | screenshot of HT Downloads folder on Dell |
| 60 U | 7/9/15 | Yohel | VM | screenshot of contents of Pierce folder on Dell |
| 60 V | 7/9/15 | Yohel | VM | screenshot of contents of Pierce folder on Dell |